COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 849-7400

JEFFREY D. LOMBARD (285371) (jlombard@cooley.com)
1700 Seventh Avenue, Suite 1900
Seattle, WA 98101-1355
Telephone: (206) 452-8700
Facsimile: (206) 452-8800

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

STITCH FIX, INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P.,

Defendants.

Case No. 4:22-cv-04893-HSG

**STIPULATED REQUEST AND ORDER TO EXTEND DEFENDANTS' TIME TO RESPOND TO THE COMPLAINT AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

Date: November 29, 2022
Time: 2:00 p.m.
Dept: Courtroom 2, 4th Fl.
Judge: Hon. Haywood S. Gilliam, Jr.

Trial Date: Not Yet Set
Date Action Filed: August 26, 2022

Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), plaintiffs Retail Wholesale Department Store Union ("RWDSU") Local 338 Retirement Fund, RWDSU Local 338 Health & Welfare Fund, RWDSU Local 338 General Fund, and RWDSU Local 338 Benefits Trust Fund (collectively, "Plaintiffs") and defendants Stitch Fix, Inc., Katrina Lake, Elizabeth Spaulding, Steven Anderson II, Baseline Ventures LLC, Baseline Ventures 2009 LLC, Baseline Increased Exposure Fund, LLC, Baseline Cable Car, LLC, and Baseline Encore, L.P. (collectively "Defendants," and together with Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court extending Defendants' time to respond to the Complaint (defined below), vacating the Initial Case Management Conference scheduled for November 29, 2022, and all associated deadlines, and vacating the Alternative Dispute Resolution ("ADR") deadlines set by the Court.

WHEREAS, on August 26, 2022, Plaintiffs filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Complaint");

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including its procedures for the appointment of lead plaintiff and lead counsel (15 U.S.C. § 78u-4(a)(3));

WHEREAS, on August 26, 2022, pursuant to the PSLRA (15 U.S.C. § 78u-4(a)(3)(A)(i)), counsel for Plaintiffs published notice alerting members of the purported class to the pendency of the action and the October 25, 2022 deadline for seeking appointment as lead plaintiff (*see* ECF No. 8);

WHEREAS, on August 26, 2022, the Court issued an Order Setting Initial Case Management Conference and ADR Deadlines (ECF No. 5), setting the following deadlines:

- November 8, 2022, for the Parties to comply with certain requirements under the Federal Rules of Civil Procedure and the Civil Local Rules and ADR Local Rules regarding initial disclosures, early settlement, ADR process selection, and discovery planning;

- November 22, 2022, for the Parties to file a Rule 26(f) Report, complete initial disclosures or state objections in the Rule 26(f) Report, and file a Joint Case Management Statement; and
- November 29, 2022, at 2:00 p.m. for an Initial Case Management Conference;

WHEREAS, on September 6, 2022, Plaintiffs served Stitch Fix with, among other documents, the Complaint (*see* ECF No. 9);

WHEREAS, Stitch Fix's deadline to respond to the Complaint is September 27, 2022;

WHEREAS, the Parties believe that, in order to conserve the Court's and the Parties' resources, good cause exists to defer Defendants' response to the Complaint until after a lead plaintiff has been appointed and filed an amended complaint, and to vacate the Initial Case Management Conference and associated deadlines and the ADR Program deadlines set by the Court, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided;

WHEREAS, the Parties have not sought any other extensions of time in this action; and

WHEREAS, the Parties do not seek to reset these dates for the purpose of delay, and the proposed new dates will not have an effect on any additional pre-trial and trial dates as the Court has yet to schedule these dates.

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. Counsel for Defendants accepts service of the Complaint on behalf of Defendants Lake, Spaulding, Anderson, and each of the Baseline entities.

2. Pursuant to Civil Local Rule 6-2, Defendants' obligation to answer, move to dismiss, or otherwise respond to the Complaint is extended until a date to be set after the appointment of a lead plaintiff.

3. Within ten (10) days following the appointment of lead plaintiff and lead counsel, lead counsel and counsel for Defendants will meet and confer and submit a schedule for the filing of an amended complaint and Defendants' response thereto.

4. Pursuant to Civil Local Rule 16-2, the Initial Case Management Conference scheduled for November 29, 2022, is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided and shall be reset on a date the Court determines to be appropriate.

5. All associated ADR Program deadlines are likewise vacated until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided and shall be reset for dates the Court determines to be appropriate.

6. Nothing in this stipulation shall be construed as a waiver of any of Defendants' rights or positions in law or equity, or as a waiver of any defenses that Defendants would otherwise have, including, without limitation, jurisdictional defenses.

IT IS SO STIPULATED.

Dated: September 21, 2022

COOLEY LLP

By: */s/ Patrick E. Gibbs*
Patrick E. Gibbs

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P.

Dated: September 21, 2022

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: */s/ Jonathan D. Uslaner*

Jonathan D. Uslaner (Bar No. 256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
Email: jonathanu@blbglaw.com

Avi Josefson
Scott R. Foglietta
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: avi@blbglaw.com
Email: scott.foglietta@blbglaw.com

Attorneys for Plaintiffs RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND

**ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.

Dated: September 21, 2022

By: */s/ Patrick E. Gibbs*

Patrick E. Gibbs

**IT IS SO ORDERED**.

Date: 9/22/2022

Haywood S. Gilliam Jr.

Honorable Haywood S. Gilliam, Jr.
United States District Judge