**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel:    (310) 819-3470

*Counsel for Proposed Lead Plaintiff Retail Wholesale Department Store Union Local 338 Retirement Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, Retail Wholesale Department Store Union Local 338 General Fund, and Retail Wholesale Department Store Union Local 338 Benefits Trust Fund*

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated, | Case No. 4:22-cv-4893-HSG<br><br>CLASS ACTION<br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN D. USLANER IN FURTHER SUPPORT OF THE MOTION OF RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, AND RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF THEIR SELECTION OF LEAD COUNSEL, AND IN OPPOSITION TO THE COMPETING MOTION** |
| Plaintiffs, | |
| v. | |
| STITCH FIX INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P., | |
| Defendants. | Date: January 5, 2023<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2, 4th Floor<br>Judge: Hon. Haywood S. Gilliam, Jr. |

I, Jonathan D. Uslaner, declare as follows:

1.    I am a member in good standing of the bar of the State of California and am admitted to practice before this Court.  I am a partner with the law firm Bernstein Litowitz Berger & Grossmann LLP ("Bernstein Litowitz").  I respectfully submit this supplemental declaration in further support of the Motion of Retail Wholesale Department Store Union ("RWDSU") Local 338 Retirement Fund, RWDSU Local 338 Health & Welfare Fund, RWDSU Local 338 General Fund, and RWDSU Local 338 Benefits Trust Fund (collectively, the "Local 338 Funds") for appointment as Lead Plaintiff in the above-captioned securities class action and approval of the Local 338 Funds' selection of Bernstein Litowitz to serve as Lead Counsel for the Class, and in opposition to the competing motion.

2.    Attached as Exhibit A is a true and correct copy of a chart of transactions and losses of the New Mexico State Investment Council, prepared by counsel for the Local 338 Funds.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 8th day of November, 2022.

/s/ Jonathan D. Uslaner
Jonathan D. Uslaner

SUPPLEMENTAL DECLARATION OF JONATHAN D. USLANER
CASE NO. 4:22-cv-4893-HSG