# EXHIBIT A

**New Mexico State Investment Council**
LIFO Loss in Stitch Fix, Inc. (SFIX)
Class Period: 12/08/20 - 03/08/22
CUSIP: 860897107
Retained share price: $9.5178 (03/09/22 - 06/06/22)

| Transaction | Date | Shares | Price | Cost | Transaction | Date | Shares | Price | Proceeds |
|---|---|---|---|---|---|---|---|---|---|
| | Pre-class holdings | 10,522 | | | Sale | 12/15/2020 | (873) | 63.6754 | ($55,588.62) |
| | | | | | Sale | 12/16/2020 | (913) | 64.8185 | ($59,179.29) |
| | | | | | Sale | 12/17/2020 | (726) | 69.3248 | ($50,329.80) |
| | | | | | Sale | 12/18/2020 | (754) | 69.2973 | ($52,250.16) |
| | | | | | Sale | 12/29/2020 | (1,242) | 61.7858 | ($76,737.96) |
| | | | | | Sale | 1/5/2021 | (270) | 57.1800 | ($15,438.60) |
| | | | | | | | (4,778) | | ($309,524.45) |
| Purchase | 1/15/2021 | 841 | 74.2908 | $62,478.56 | | | | | |
| Purchase | 1/28/2021 | 511 | 99.1784 | $50,680.16 | | | | | |
| Purchase | 1/29/2021 | 721 | 97.6200 | $70,384.02 | | | | | |
| Purchase | 2/10/2021 | 875 | 86.0712 | $75,312.30 | | | | | |
| Purchase | 2/11/2021 | 638 | 86.3343 | $55,081.28 | | | | | |
| Purchase | 2/16/2021 | 714 | 84.4842 | $60,321.72 | | | | | |
| Purchase | 2/19/2021 | 864 | 79.3357 | $68,546.04 | | | | | |
| Purchase | 2/23/2021 | 1,015 | 72.0455 | $73,126.18 | | | | | |
| Purchase | 4/15/2021 | 1,535 | 45.2506 | $69,459.67 | | | | | |
| Purchase | 6/22/2021 | 1,196 | 62.3602 | $74,582.80 | | | | | |
| Purchase | 6/30/2021 | 3,279 | 61.0362 | $200,137.70 | | | | | |
| Purchase | 7/2/2021 | 980 | 62.7013 | $61,447.27 | | | | | |
| Purchase | 7/8/2021 | 929 | 58.5885 | $54,428.72 | | | | | |
| Purchase | 7/13/2021 | 2,568 | 60.8653 | $156,302.09 | | | | | |
| Purchase | 7/14/2021 | 1,353 | 57.5100 | $77,811.03 | | | | | |
| Purchase | 7/20/2021 | 1,697 | 56.3911 | $95,695.70 | | | | | |
| Purchase | 7/30/2021 | 1,153 | 54.0464 | $62,315.50 | Sale | 3/11/2021 | (1,089) | 50.4703 | ($54,962.16) |
| Purchase | 8/9/2021 | 1,603 | 44.9682 | $72,084.02 | Sale | 5/21/2021 | (1,354) | 47.0234 | ($63,669.68) |
| Purchase | 9/8/2021 | 1,957 | 38.8610 | $76,050.98 | Sale | 6/4/2021 | (924) | 55.4300 | ($51,217.32) |
| Purchase | 9/14/2021 | 4,975 | 35.1463 | $174,852.84 | Sale | 6/8/2021 | (1,168) | 65.4628 | ($76,460.55) |
| Purchase | 9/15/2021 | 3,640 | 34.4501 | $125,398.36 | Sale | 9/28/2021 | (998) | 41.5641 | ($41,480.97) |
| Purchase | 9/15/2021 | 1,435 | 34.4895 | $49,492.43 | Sale | 9/29/2021 | (1,667) | 39.9283 | ($66,560.48) |
| Purchase | 9/16/2021 | 2,872 | 34.2391 | $98,334.70 | Sale | 9/30/2021 | (1,939) | 39.4126 | ($76,421.03) |
| Purchase | 9/16/2021 | 1,012 | 34.4833 | $34,897.10 | Sale | 10/4/2021 | (3,413) | 38.0811 | ($129,970.79) |
| Purchase | 9/16/2021 | 873 | 34.5150 | $30,131.60 | Sale | 10/5/2021 | (1,575) | 36.1453 | ($56,928.85) |
| Purchase | 9/17/2021 | 2,795 | 35.3946 | $98,927.91 | Sale | 10/7/2021 | (1,381) | 37.4063 | ($51,658.10) |
| Purchase | 9/20/2021 | 1,939 | 35.9386 | $69,684.95 | | | | | |
| Purchase | 9/21/2021 | 2,283 | 36.1269 | $82,477.71 | Retained | | (30,745) | 9.5178 | ($292,625.46) |
| | | 46,253 | | $2,280,443.35 | | | (46,253) | | ($961,955.39) |

| | | |
|---|---|---|
| | **Loss** | **($1,318,487.96)** |