**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STITCH FIX, INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P.,<br><br>Defendants | CASE NO. 4:22-CV-04893<br><br>SUPPLEMENTAL DECLARATION OF SAMUEL M. WARD |

SUPPLEMENTAL DECL. OF SAMUEL M. WARD

I, Samuel M. Ward, hereby declare as follow:

1.      I am an attorney duly licensed by the State of California and am a partner at Barrack, Rodos & Bacine, Lead Counsel for the New Mexico State Investment Council. I submit this declaration in Support of the Motion of the New Mexico State Investment Council Appointment of Lead Plaintiff and Approval of Lead Plaintiff's Selection of Lead Counsel;

2.      Attached hereto as Exhibit A is a true and correct copy of a table calculating losses for NMSIC on a LIFO basis and on a retained shares basis.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If called as a witness, I could and would competently testify thereto. Executed this 15th day of November 2022.


                                        /s/SAMUEL M. WARD_
                                        SAMUEL M. WARD

SUPPLEMENTAL DECL. OF SAMUEL M. WARD