# EXHIBIT A

**LIFO Loss Chart**

New Mexico State Investment Council
Stitch Fix, Inc.
Class Period: 12/08/2020 through 03/08/2022
**Loss Chart—LIFO**

| | PURCHASES | | | | SALES | | | | PROFIT/(LOSS) |
|---|---|---|---|---|---|---|---|---|---|
| **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | **DATE** | **SHARES** | **PRICE/SH** | **AMOUNT** | | **PROFIT/(LOSS)** |
| Beg. Bal. | 10,522 | | | | | | | | |
| 1/15/2021 | 841 | 74.2908 | 62,479 | Retained | 841 | 9.5178 | 8,004 | | (54,474) |
| 1/28/2021 | 511 | 99.1784 | 50,680 | Retained | 511 | 9.5178 | 4,864 | | (45,817) |
| 1/29/2021 | 721 | 97.6200 | 70,384 | Retained | 721 | 9.5178 | 6,862 | | (63,522) |
| 2/10/2021 | 875 | 86.0712 | 75,312 | Retained | 875 | 9.5178 | 8,328 | | (66,984) |
| 2/11/2021 | 231 | 86.3343 | 19,943 | Retained | 231 | 9.5178 | 2,199 | | (17,745) |
| 2/11/2021 | 407 | 86.3343 | 35,138 | 6/8/2021 | 407 | 65.4628 | 26,643 | | (8,495) |
| 2/16/2021 | 714 | 84.4842 | 60,322 | 6/8/2021 | 714 | 65.4628 | 46,740 | | (13,581) |
| 2/19/2021 | 47 | 79.3357 | 3,729 | 6/8/2021 | 47 | 65.4628 | 3,077 | | (652) |
| 2/19/2021 | 743 | 79.3357 | 58,946 | 6/4/2021 | 743 | 55.4300 | 41,184 | | (17,762) |
| 2/19/2021 | 74 | 79.3357 | 5,871 | 3/11/2021 | 74 | 50.4703 | 3,735 | | (2,136) |
| 2/23/2021 | 1,015 | 72.0455 | 73,126 | 3/11/2021 | 1,015 | 50.4703 | 51,227 | | (21,899) |
| 4/15/2021 | 181 | 45.2506 | 8,190 | 6/4/2021 | 181 | 55.4300 | 10,033 | | 1,842 |
| 4/15/2021 | 1,354 | 45.2506 | 61,269 | 5/21/2021 | 1,354 | 47.0234 | 63,670 | | 2,400 |
| 6/22/2021 | 1,196 | 62.3602 | 74,583 | Retained | 1,196 | 9.5178 | 11,383 | | (63,200) |
| 6/30/2021 | 3,279 | 61.0362 | 200,138 | Retained | 3,279 | 9.5178 | 31,209 | | (168,929) |
| 7/2/2021 | 980 | 62.7013 | 61,447 | Retained | 980 | 9.5178 | 9,327 | | (52,120) |
| 7/8/2021 | 929 | 58.5885 | 54,429 | Retained | 929 | 9.5178 | 8,842 | | (45,587) |
| 7/13/2021 | 2,568 | 60.8653 | 156,302 | Retained | 2,568 | 9.5178 | 24,442 | | (131,860) |
| 7/14/2021 | 1,353 | 57.5100 | 77,811 | Retained | 1,353 | 9.5178 | 12,878 | | (64,933) |
| 7/20/2021 | 1,697 | 56.3911 | 95,696 | Retained | 1,697 | 9.5178 | 16,152 | | (79,544) |
| 7/30/2021 | 1,153 | 54.0464 | 62,316 | Retained | 1,153 | 9.5178 | 10,974 | | (51,341) |
| 8/9/2021 | 1,603 | 44.9682 | 72,084 | Retained | 1,603 | 9.5178 | 15,257 | | (56,827) |
| 9/8/2021 | 1,957 | 38.8610 | 76,051 | Retained | 1,957 | 9.5178 | 18,626 | | (57,425) |
| 9/14/2021 | 4,975 | 35.1463 | 174,853 | Retained | 4,975 | 9.5178 | 47,351 | | (127,502) |
| 9/15/2021 | 3,640 | 34.4501 | 125,398 | Retained | 3,640 | 9.5178 | 34,645 | | (90,754) |
| 9/15/2021 | 1,435 | 34.4895 | 49,492 | Retained | 1,435 | 9.5178 | 13,658 | | (35,834) |
| 9/16/2021 | 801 | 34.2391 | 27,426 | Retained | 801 | 9.5178 | 7,624 | | (19,802) |
| 9/16/2021 | 1,381 | 34.2391 | 47,284 | 10/7/2021 | 1,381 | 37.4063 | 51,658 | | 4,374 |
| 9/16/2021 | 885 | 34.4833 | 30,518 | 10/5/2021 | 885 | 36.1453 | 31,989 | | 1,471 |
| 9/16/2021 | 690 | 34.2391 | 23,625 | 10/5/2021 | 690 | 36.1453 | 24,940 | | 1,315 |
| 9/16/2021 | 873 | 34.5150 | 30,132 | 10/4/2021 | 873 | 38.0811 | 33,245 | | 3,113 |
| 9/16/2021 | 127 | 34.4833 | 4,379 | 10/4/2021 | 127 | 38.0811 | 4,836 | | 457 |
| 9/17/2021 | 2,413 | 35.3946 | 85,407 | 10/4/2021 | 2,413 | 38.0811 | 91,890 | | 6,483 |
| 9/17/2021 | 382 | 35.3946 | 13,521 | 9/30/2021 | 382 | 39.4126 | 15,056 | | 1,535 |
| 9/20/2021 | 1,557 | 35.9386 | 55,956 | 9/30/2021 | 1,557 | 39.4126 | 61,365 | | 5,409 |
| 9/20/2021 | 382 | 35.9386 | 13,729 | 9/29/2021 | 382 | 39.9283 | 15,253 | | 1,524 |
| 9/21/2021 | 1,285 | 36.1269 | 46,423 | 9/29/2021 | 1,285 | 39.9283 | 51,308 | | 4,885 |
| 9/21/2021 | 998 | 36.1269 | 36,055 | 9/28/2021 | 998 | 41.5641 | 41,481 | | 5,426 |
| **Total** | 46,253 | | 2,280,443 | | 46,253 | | 961,955 | | (1,318,489) |
| | | | | | | | | | (1,294,198) **Loss on retained shares only** |