UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated,

Plaintiff(s),

v.

Stitch Fix, Inc., et al.,

Defendant(s).

Case No. 4:22-cv-04893-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Rebecca E. Boon, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See attached Schedule A. in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 256898.

| | |
|---|---|
| Bernstein Litowitz Berger & Grossmann LLP<br>1251 Avenue of the Americas, 44th Floor,<br>New York, New York 10020<br>MY ADDRESS OF RECORD | Bernstein Litowitz Berger & Grossmann LLP<br>2121 Avenue of the Stars, Suite 2575<br>Los Angeles, CA 90067<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (212) 554-1400<br>MY TELEPHONE # OF RECORD | (310) 819-3472<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| Rebecca.Boon@blbglaw.com<br>MY EMAIL ADDRESS OF RECORD | jonathanu@blbglaw.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4602728.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 12/19/2022

s/ Rebecca E. Boon
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Rebecca E. Boon  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  12/19/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE

## **SCHEDULE A**

      I, Rebecca E. Boon, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Plaintiffs and Lead Plaintiff Movants:

Retail Wholesale Department Store Union Local 338 Retirement Fund,
Retail Wholesale Department Store Union Local 338 Health & Welfare Fund,
Retail Wholesale Department Store Union Local 338 General Fund, and
Retail Wholesale Department Store Union Local 338 Benefits Trust Fund.



## Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Rebecca Ellen Boon

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 19, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of New York on August 3, 2022.*

*Clerk of the Court*

CertID-00077784