**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (Bar No. 256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiffs Retail Wholesale Department Store Union ("RWDSU") Local 338 Retirement Fund, RWDSU Local 338 Health & Welfare Fund, RWDSU Local 338 General Fund, and RWDSU Local 338 Benefits Trust Fund*

[Additional Counsel on Signature Block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated,<br><br>Lead Plaintiffs,<br><br>v.<br><br>STITCH FIX, INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P.,<br><br>Defendants. | Case No. 4:22-cv-04893-HSG<br><br>**STIPULATED REQUEST AND ORDER TO SET SCHEDULE FOR AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING AND VACATE INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**<br><br>Date:     June 6, 2023<br>Time:    2:00 p.m.<br>Dept:    AT&T Conference Line<br>Judge:   Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date: Not Yet Set<br>Date Action Filed: August 26, 2022 |

     Pursuant to Rules 6-2 and 7-12 of the Northern District of California Civil Local Rules ("Civil Local Rule(s)"), Lead Plaintiffs Retail Wholesale Department Store Union ("RWDSU") Local 338 Retirement Fund, RWDSU Local 338 Health & Welfare Fund, RWDSU Local 338

General Fund, and RWDSU Local 338 Benefits Trust Fund (collectively, "Lead Plaintiffs") and defendants Stitch Fix, Inc., Katrina Lake, Elizabeth Spaulding, Steven Anderson II, Baseline Ventures LLC, Baseline Ventures 2009 LLC, Baseline Increased Exposure Fund, LLC, Baseline Cable Car, LLC, and Baseline Encore, L.P. (collectively "Defendants," and together with Lead Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court setting Lead Plaintiffs' time to amend the Complaint (defined below) and for Defendants' subsequent motion to dismiss, and vacating the Case Management Conference scheduled for June 6, 2023, and all associated deadlines.

WHEREAS, on August 26, 2022, Lead Plaintiffs filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Complaint");

WHEREAS, this action is governed by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), including its procedures for the appointment of lead plaintiff and lead counsel (15 U.S.C. § 78u-4(a)(3));

WHEREAS, under section 78u-4(b)(3)(B) of the PSLRA, all discovery and other proceedings in the above captioned action are stayed during the pendency of any motion to dismiss;

WHEREAS, on August 26, 2022, pursuant to the PSLRA (15 U.S.C. § 78u-4(a)(3)(A)(i)), counsel for Lead Plaintiffs published notice alerting members of the purported class to the pendency of the action and the October 25, 2022 deadline for seeking appointment as lead plaintiff (*see* ECF No. 8);

WHEREAS, on September 21, 2022, the Parties submitted a joint stipulation (*see* ECF No. 14) providing that:

- Pursuant to Civil Local Rule 6-2, Defendants' obligation to answer, move to dismiss, or otherwise respond to the Complaint is extended until a date to be set after the appointment of a lead plaintiff;

- Within ten (10) days following the appointment of lead plaintiff and lead counsel, lead counsel and counsel for Defendants will meet and confer and submit a schedule for the filing of an amended complaint and Defendants' response thereto; and

- Pursuant to Civil Local Rule 16-2, the Initial Case Management Conference scheduled for November 29, 2022, is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, until after Defendants' anticipated motion to dismiss the lead plaintiff's amended complaint has been decided and shall be reset on a date the Court determines to be appropriate.

WHEREAS, on September 22, 2022, the Court "so-ordered" the Parties' September 21, 2022 joint stipulation (ECF No. 15);

WHEREAS, on May 22, 2023, the Court granted Lead Plaintiffs' Motion for Appointment as Lead Plaintiff and Lead Counsel, and set an Initial Case Management Conference for June 6, 2023 (ECF No. 42);

WHEREAS, the Parties subsequently met and conferred concerning a schedule for the filing of an amended complaint and Defendants' response thereto;

WHEREAS, the Parties agree that, in light of the deadline to file a Joint Case Management Statement, and in the interests of judicial economy and preservation of the Court's and the Parties' resources, the Parties need not file a Joint Case Management Statement until after the Court rules on Defendants' motion to dismiss;

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1. Lead Plaintiffs shall file their amended complaint by August 15, 2023.
2. Defendants shall file their motion to dismiss by November 1, 2023.
3. Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss by December 22, 2023.
4. Defendants shall file their reply in support of their motion to dismiss by February 6, 2024.
5. Pursuant to Civil Local Rule 16-2, the Initial Case Management Conference scheduled for June 6, 2023 is vacated, along with any associated deadlines under the Federal Rules of Civil Procedure and Civil Local Rules, until after Defendants'

motion to dismiss Lead Plaintiffs' amended complaint has been decided and shall be reset on a date the Court determines to be appropriate.

6. All associated ADR Program deadlines are likewise vacated until after Defendants' motion to dismiss Lead Plaintiff's amended complaint has been decided and shall be reset for dates the Court determines to be appropriate.

IT IS SO STIPULATED.

Dated: May 26, 2023

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: */s/ Rebecca E. Boon*
Rebecca E. Boon (*pro hac vice*)
(Rebecca.boon@blbglaw.com)
John C. Browne (*pro hac vice pending*)
(johnb@blbglaw.com)
William E. Freeland (*pro hac vice pending*)
(William.freeland@blbglaw.com)
Brandon A. Slotkin (*pro hac vice pending*)
(brandon.slotkin@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
(jonathanu@blbglaw.com)

Attorneys for Lead Plaintiffs
RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND

| | | |
|---|---|---|
|1| Dated: May 26, 2023 | COOLEY LLP |
|2| | |
|3| | By: */s/ Brett H. De Jarnette* |
|4| | Brett H. De Jarnette |
|5| | Attorneys for Defendants STITCH FIX, INC., KATRINA LAKE, ELIZABETH SPAULDING, STEVEN ANDERSON II, BASELINE VENTURES LLC, BASELINE VENTURES 2009 LLC, BASELINE INCREASED EXPOSURE FUND, LLC, BASELINE CABLE CAR, LLC, and BASELINE ENCORE, L.P. |

**ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.

Dated: May 26, 2023                                By: */s/ Rebecca E. Boon*
                                                                            Rebecca E. Boon

**IT IS SO ORDERED**.

Date:  May 26, 2023                             _____
                                                                   Honorable Haywood S. Gilliam, Jr.
                                                                   United States District Judge

5

**STIPULATION AND ORDER**
**4:22-CV-04893-HSG**