COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, and
ELIZABETH SPAULDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> STITCH FIX, INC., KATRINA LAKE, and ELIZABETH SPAULDING, <br><br> Defendants. | Case No. 4:22-cv-04893-PCP <br><br> **STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINE TO FILE JOINT CASE MANAGEMENT STATEMENT AND ANTICIPATED CASE MANAGEMENT CONFERENCE AND ALL RELATED DEADLINES** <br><br> Dept:        Courtroom 8, 4th Fl. <br> Judge:       Hon. P. Casey Pitts <br><br> Trial Date: Not Yet Set <br> Date Action Filed: August 26, 2022 |

Pursuant to Civil Local Rules 6-1 and 6-2, Lead Plaintiffs Retail Wholesale Department Store Union Local 338 Benefits Trust Fund, Retail Wholesale Department Store Union Local 338 General Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, and Retail Wholesale Department Store Union Local 338 Retirement Fund ("Plaintiffs"), individually and on behalf of all others similarly situated, by and through its undersigned counsel, and Defendants Stitch Fix, Inc., Katrina Lake, and Elizabeth Spaulding (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 26, 2022, Plaintiffs filed the Complaint for Violations of the Federal Securities Laws alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, under section 78u-4(b)(3)(B) of the Private Securities Litigation Reform Act of 1995 ("PSLRA"), all discovery and other proceedings in the above captioned action are stayed during the pendency of any motion to dismiss;

WHEREAS, on September 22, 2022, the Honorable Haywood S. Gilliam, Jr., granted the Stipulated Request and Order to Extend Defendants' Time to Respond to the Complaint and Vacate Initial Case Management Conference and ADR Deadlines (ECF No. 15);

WHEREAS, on May 22, 2023, Judge Gilliam, Jr., issued an Order Granting the Local 338 Funds' Motion for Appointment as Lead Plaintiff and Approval of its Selection as Counsel and Denying New Mexico's Motion (ECF No. 42);

WHEREAS, on May 26, 2023, Judge Gilliam, Jr., granted the Stipulated Request and Order to Set Schedule for Amended Complaint and Motion to Dismiss Briefing and to Vacate Initial Case Management Conference and ADR Deadlines (ECF No. 51), providing that:

- Lead Plaintiffs shall file their amended complaint by August 15, 2023;

- Defendants shall file their motion to dismiss by November 1, 2023;

- Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss by December 22, 2023;

- Defendants shall file their reply in support of their motion to dismiss by February 6,

STIP. AND [PROP'D] ORDER TO VACATE CMC
4:22-CV-04893-PCP

2024;

WHEREAS, on August 15, 2023, Plaintiffs filed the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Amended Complaint") (ECF No. 52);

WHEREAS, on August 18, 2023, the instant action was reassigned to the Honorable P. Casey Pitts in Courtroom 8 of the San Jose Division of the Northern District of California (ECF No. 62);

WHEREAS, on August 18, 2023, this Court ordered the Parties to file a Joint Case Management Statement by September 11, 2023 (ECF No. 62);

WHEREAS, the Parties agree that, in light of the deadline to file a Joint Case Management Statement, and in the interests of judicial economy and preservation of the Court's and the Parties' resources, the Parties need not file a Joint Case Management Statement until this Court has ruled on any future motion to dismiss the Amended Complaint;

WHEREAS, under Civil Local Rule 6-1(b), a Court order is required for any enlargement or shortening of time that alters an event or deadline fixed by Court order or that involves papers required to be filed or lodged with the Court;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

1.    The deadline for the Parties to file a Joint Case Management Statement shall be vacated and reset after the Court has ruled on any future motion to dismiss the Amended Complaint.

2.    The Case Management Conference and any associated deadlines under the Federal Rules of Civil Procedure and Local Rules (including ADR deadlines), shall remain vacated and shall be reset after this Court has ruled on any future motion to dismiss the Amended Complaint.

**IT IS SO STIPULATED.**

Dated: September 7, 2023               COOLEY LLP

By:    _/s/ Brett H. De Jarnette_
          Brett H. De Jarnette

Attorneys for Defendants STITCH FIX, INC., KATRINA LAKE, and ELIZABETH SPAULDING

Dated:  September 7, 2023                    BERNSTEIN LITOWITZ BERGER &
                                            GROSSMANN LLP


                                            By: _____ /s/ Rebecca E. Boon _____
                                                    Rebecca E. Boon (*Pro Hac Vice*)

                                            John C. Browne (*Pro Hac Vice*)
                                            Scott R. Foglietta (*Pro Hac Vice*)
                                            Brandon A. Slotkin (*Pro Hac Vice*)
                                            William E. Freeland (*Pro Hac Vice*)
                                            1251 Avenue of the Americas
                                            New York, New York 1002
                                            Tel: (212) 554-1400
                                            rebecca.boon@blbglaw.com
                                            johnb@blbglaw.com
                                            scott.foglietta@blbglaw.com
                                            brandon.slotkin@blbglaw.com
                                            billy.freeland@blbglaw.com

                                            Jonathan D. Uslaner (Bar No. 256898)
                                            2121 Avenue of the Stars, Suite 2575
                                            Los Angeles, CA 90067
                                            Tel: (310) 819-3470
                                            jonathanu@blbglaw.com

                                            Attorneys for Lead Plaintiffs
                                            RETAIL WHOLESALE DEPARTMENT STORE
                                            UNION LOCAL 338 BENEFITS TRUST FUND,
                                            RETAIL WHOLESALE DEPARTMENT STORE
                                            UNION LOCAL 338 GENERAL FUND, RETAIL
                                            WHOLESALE DEPARTMENT STORE UNION
                                            LOCAL 338 HEALTH & WELFARE FUND, and
                                            RETAIL WHOLESALE DEPARTMENT STORE
                                            UNION LOCAL 338 RETIREMENT FUND


                                            * * * * *

                                    **FILER'S ATTESTATION**

       Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Brett H. De Jarnette hereby

attests that concurrence in the filing of this document has been obtained from all the signatories

above.

Dated: September 7, 2023


                                            /s/ Brett H. De Jarnette
                                            Brett H. De Jarnette


                                            4                    STIP. AND [PROP'D] ORDER TO VACATE CMC
                                                                        4:22-CV-04893-PCP

**IT IS SO ORDERED.**

Dated: _September 8_ , 2023

_____

The Honorable P. Casey Pitts

STIP. AND [PROP'D] ORDER TO VACATE CMC
4:22-CV-04893-PCP