COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
AMIE L. SIMMONS (336356) (asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE,
and ELIZABETH SPAULDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>STITCH FIX, INC., KATRINA LAKE, and ELIZABETH SPAULDING,<br><br>    Defendants. | Case No. 4:22-cv-04893-PCP<br><br>**DECLARATION OF JANELLE M. FERNANDES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:  April 18, 2024<br>Time:  10:00 a.m.<br>Dept:  Courtroom 8, 4th Floor<br>Judge:  Hon. P. Casey Pitts<br><br>Trial Date: Not Yet Set<br>Date Action Filed: August 26, 2022 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

**FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP**

I, Janelle M. Fernandes, declare:

1.      I am an associate with the law firm Cooley LLP, counsel for Defendants Stitch Fix, Inc. ("Stitch Fix" or the "Company"), Katrina Lake, and Elizabeth Spaulding (together with Stitch Fix, "Defendants") in this action.  I submit this declaration in support of Defendants' Motion to Dismiss the Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion" or "Motion to Dismiss").

2.      I am an attorney licensed to practice law before the courts of the State of California and this district court.  I am over 18 years of age and have personal knowledge of the facts set forth below.  If called as a witness, I could and would competently testify thereto.

3.      This Declaration concerns two topics.  In Part I, I describe the documents subject to Defendants' Request for Judicial Notice and for Incorporation By Reference in Support of Defendants' Motion to Dismiss, filed concurrently herewith.  In Part II, I describe the steps I took to analyze stock sales by Defendant Lake using Forms 4 Statements of Changes in Beneficial Ownership filed by Stitch Fix with the U.S. Securities and Exchange Commission ("SEC").

## I.      DOCUMENTS SUBJECT TO JUDICIAL NOTICE AND/OR INCORPORATION BY REFERENCE

4.      Attached as **Exhibit 1** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended August 3, 2019, filed with the SEC on October 1, 2019.    The  Form  8-K  is  publicly  available  from  the  SEC  on  its  website  at https://www.sec.gov/Archives/edgar/data/1576942/000157694219000010/q42019earningsrelease 8-k.htm.  Relevant portions of this document are highlighted for the Court's convenience.

5.      Attached as **Exhibit 2** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the fourth quarter of fiscal year 2019, which occurred on October 1, 2019, published by S&P Global Market Intelligence.  This earnings call is referenced in the Complaint at ¶¶26-27.  Relevant portions of this document are highlighted for the Court's convenience.

6.      Attached as **Exhibit 3** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the first quarter of fiscal year 2020, which occurred on December 9, 2019,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

published by S&P Global Market Intelligence. Relevant portions of this document are highlighted for the Court's convenience.

7.    Attached as **Exhibit 4** is a true and correct copy of a Transcript of Stitch Fix's presentation at the Goldman Sachs Technology & Internet Conference on February 11, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶31. Relevant portions of this document are highlighted for the Court's convenience.

8.    Attached as **Exhibit 5** is a true and correct copy of a Transcript of Stitch Fix's earnings call for the second quarter of fiscal year 2020, which occurred on March 9, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶31. Relevant portions of this document are highlighted for the Court's convenience.

9.    Attached as **Exhibit 6** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended May 2, 2020, filed with the SEC on June 8, 2020. The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694220000032/sfix-20200608.htm. Relevant portions of this document are highlighted for the Court's convenience.

10.    Attached as **Exhibit** 7 is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the third quarter of fiscal year 2020, which occurred on June 8, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶32. Relevant portions of this document are highlighted for the Court's convenience.

11.    Attached as **Exhibit 8** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the fourth quarter of fiscal year 2020, which occurred on September 22, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶33. Relevant portions of this document are highlighted for the Court's convenience.

12.    Attached as **Exhibit 9** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended October 31, 2020, filed with the SEC on December 7, 2020. The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694220000139/sfix-20201

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

207.htm. This 8-K is referenced in the Complaint at ¶¶34-35, 98-99, and 105-06. Relevant portions of this document are highlighted for the Court's convenience.

13.    Attached as **Exhibit 10** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the first quarter of fiscal year 2021, which occurred on December 7, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶¶5, 34, 35, 36, 98-103, 105-06, and 164. Relevant portions of this document are highlighted for the Court's convenience.

14.    Attached as **Exhibit 11** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended October 31, 2020, filed with the SEC on December 8, 2020. The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694220000144/sfix-20201031.htm. This 8-K is referenced in the Complaint at ¶¶35 and 104-06. Portions of this document referenced in the Complaint and Motion are highlighted for the Court's convenience.

15.    Attached as **Exhibit 12** is a true and correct copy of a Transcript of Stitch Fix's presentation at the Goldman Sachs Technology & Internet Conference on February 10, 2021, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶¶38, 107-12, 157, and 165. Relevant portions of this document are highlighted for the Court's convenience.

16.    Attached as **Exhibit 13** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended January 30, 2021, filed with the SEC on March 8, 2021. The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694221000038/sfix-20210308.htm. This 8-K is referenced in the Complaint at ¶¶7, 49-50, 113-15, and 123. Relevant portions of this document are highlighted for the Court's convenience.

17.    Attached as **Exhibit 14** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the second quarter of fiscal year 2021, which occurred on March 8, 2021, published by S&P Global Market Intelligence. This presentation is referenced in the Complaint at ¶¶7, 49, 50, 51, 116, 117, 118, 119, 120, 121, 167, and 174. Relevant portions of this document

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO
4
FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

are highlighted for the Court's convenience.

18.    Attached as **Exhibit 15** is a true and correct copy of an analyst report published by Deutsche Bank on March 8, 2021, written by Kunal Madhukar and titled *One Size Too Big – SFIX misses top line, guides down; delays Act III; D/G to Hold.*  This analyst report is referenced in the Complaint at ¶52.  Relevant portions of this document are highlighted for the Court's convenience.

19.    Attached as **Exhibit 16** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended January 30, 2021, filed with the SEC on March 9, 2021.  The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000040/sfix-20210130.htm.    This 10-Q is referenced in the Complaint at ¶¶122-24.  Relevant portions of this document are highlighted for the Court's convenience.

20.    Attached as **Exhibit 17** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the third quarter of fiscal year 2021, which occurred on June 7, 2021, published by S&P Global Market Intelligence.  This presentation is referenced in the Complaint at ¶¶58, 125-27, and 129-30.  Relevant portions of this document are highlighted for the Court's convenience.

21.    Attached as **Exhibit 18** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended May 1 2021, filed with the SEC on June 8 2021.  The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000082/sfix-20210501.htm.    This 10-Q is referenced in the Complaint ¶¶128-30.  Relevant portions of this document are highlighted for the Court's convenience.

22.    Attached as **Exhibit 19** is a true and correct copy of an analyst report published by J.P. Morgan on June 8, 2021, written by Cory Carpenter and titled *Stabilizing Qtr; Clean Beat & Raise with Strength Across Fixes, Direct Buy, & Profit; Increasing PT to $52.*  This analyst report is referenced in the Complaint at ¶59.  Relevant portions of this document are highlighted for the Court's convenience.

23.    Attached as **Exhibit 20** is a true and correct copy of a Transcript of Stitch Fix's presentation at the Baird Global Consumer, Technology, & Services Conference on June 10, 2021,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶137-38. Relevant portions of this document are highlighted for the Court's convenience.

24.    Attached as **Exhibit 21** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the fourth quarter of fiscal year 2021, which occurred on September 21, 2021, published by S&P Global Market Intelligence. This presentation is referenced in the Complaint at ¶¶9, 68-69, 134-38, and 169. Relevant portions of this document are highlighted for the Court's convenience.

25.    Attached as **Exhibit 22** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-K for the fiscal year 2021, filed with the SEC on September 27, 2021. The 10-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000121/sfix-20210731.htm. This 10-K is referenced in the Complaint at ¶¶137-38. Relevant portions of this document are highlighted for the Court's convenience.

26.    Attached as **Exhibit 23** are relevant excerpts of a true and correct copy of Stitch Fix's Schedule 14A Definitive Proxy Statement, filed with the SEC on November 4, 2021. The Schedule 14A is publicly available from the SEC on its website at https://www.sec.gov/Archives/ edgar/data/1576942/000157694221000127/a2021proxystatement.htm. This Schedule 14A is referenced in the Complaint at ¶¶173-74. Relevant portions of this document are highlighted for the Court's convenience.

27.    Attached as **Exhibit 24** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended October 30, 2021, filed with the SEC on December 7 2021. The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694221000140/sfix-20211 207.htm. This 8-K is referenced in the Complaint at ¶73. Relevant portions of this document are highlighted for the Court's convenience.

28.    Attached as **Exhibit 25** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the first quarter of fiscal year 2022, which occurred on December 7, 2021, published by S&P Global Market Intelligence. This presentation is referenced in the Complaint at

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

6

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

¶¶11, 73, 75-76, 141-42, and 174.  Relevant portions of this document are highlighted for the Court's convenience.

29.    Attached as **Exhibit 26** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended January 29, 2022, filed with the SEC on March 8, 2022.  The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694222000011/sfix-20220308.htm.    This    8-K    is referenced in the Complaint at ¶78.  Relevant portions of this document are highlighted for the Court's convenience.

30.    Attached as **Exhibit 27** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the second quarter of fiscal year 2022, which occurred on March 8, 2022, published by S&P Global Market Intelligence.  This presentation is referenced in the Complaint at ¶¶12, 78, 80, and 143-45.  Relevant portions of this document are highlighted for the Court's convenience.

31.    Attached as **Exhibit 28** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the third quarter of fiscal year 2022, which occurred on June 9, 2022, published by S&P Global Market Intelligence.  This presentation is referenced in the Complaint at ¶¶84-86 and 148-50.  Relevant portions of this document are highlighted for the Court's convenience.

32.    Attached as **Exhibit 29** is a true and correct copy of Stich Fix's Form 8-K announcing the resignation of Elizabeth Spaulding, filed with the SEC on January 5, 2023.  The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000119312523002459/d396326d8k.htm.    This    8-K    is referenced in the Complaint at ¶175.  Relevant portions of this document are highlighted for the Court's convenience.

33.    Attached as **Exhibit 30** is a true and correct compilation of Form 4 Statements of Changes in Beneficial Ownership for Katrina Lake, filed with the SEC between June 9, 2019 and December 7, 2020.  These Forms 4 are publicly available from the SEC on its website at http://www.sec.gov/edgar.  Relevant portions of this document are highlighted for the Court's convenience.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

7

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

34.    Attached as **Exhibit 31** is a true and correct compilation of Form 4 Statements of Changes in Beneficial Ownership for Katrina Lake, filed with the SEC between December 8, 2020 and June 9, 2022.   These Forms 4 are publicly available from the SEC on its website at http://www.sec.gov/edgar.   The transactions reflected in these Forms 4 are referenced in the Complaint at ¶10, 174.   Relevant portions of this document are highlighted for the Court's convenience.

## II.    ANALYSIS OF KATRINA LAKE'S STOCK SALES

35.    In analyzing Ms. Lake's sales of Stitch Fix securities, I reviewed the Form 4 Statements of Changes in Beneficial Ownership that Stitch Fix filed with the SEC on her behalf. Specifically, I reviewed all Forms 4 reflecting Ms. Lake's sales of securities filed during the 18 months during the alleged class period, defined in the Complaint as December 8, 2020 through June 9, 2022 (the "Class Period").  (Compl. at 1); (Ex. 31).  I also reviewed all Forms 4 reflecting Ms. Lake's sales of securities during the 18 months preceding the alleged Class Period, from June 9, 2019 through December 7, 2020 (the "Pre-Class Period").  (Ex. 30) (collecting all Forms 4 filed on behalf of Ms. Lake during the Pre-Class Period).

36.    A sale of stock as reported to the SEC on Form 4 can involve either a sale on the open market (coded as "S" transactions) or a withholding of securities for payment of tax liability (coded as "F" transactions").  In reviewing the Complaint's allegations regarding Ms. Lake's stock sales, I determined that Plaintiffs' calculations incorporated only sales on the open market.  (¶174.) For this reason, in my analysis I similarly incorporated only open-market sales and not stock sales in the form of tax withholding.

37.    To determine the total number of shares Ms. Lake sold in each period, I calculated the sum of all her sales during the period pursuant to the Forms 4.  I determined that during the Pre-Class Period, Ms. Lake sold 1,950,000 shares, and during the Class Period, Ms. Lake sold 1,471,118 shares.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

8

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed November 1, 2023, in Denver, Colorado.

*/s/ Janelle M. Fernandes*
Janelle M. Fernandes

**ATTESTATION OF CONCURRENCE OF FILING**

Pursuant to Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

*/s/ Patrick E. Gibbs*
Patrick E. Gibbs (18374)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FERNANDES DECL. ISO MOTION
TO DISMISS AMENDED COMPLAINT
4:22-CV-04893-PCP