# EXHIBIT 4

**S&P Global**
Market Intelligence

# Stitch Fix, Inc. NasdaqGS:SFIX

# Company Conference Presentation

Tuesday, February 11, 2020 6:20 PM GMT

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Table of Contents

Call Participants ................................................................................ 3

Presentation ................................................................................ 4

Question and Answer ................................................................................ 5

COPYRIGHT © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
spglobal.com/marketintelligence

# Call Participants

**EXECUTIVES**

**Katrina Lake**
*Founder, CEO & Director*

**ANALYSTS**

**Heath Patrick Terry**
*Goldman Sachs Group Inc.,*
*Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Great. So we'll go ahead and get started. My name is Heath Terry. I cover the Internet sector for Goldman Sachs. Really excited to have with us today, Katrina Lake, Founder and CEO of Stitch Fix. Katrina, I know it's an incredibly busy time of the year for you. So thank you for taking the time to be with us.

**Katrina Lake**
*Founder, CEO & Director*
Thanks for having me. Happy to be here.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

So for investors in the room that are maybe not as familiar with Stitch Fix or maybe know you best as sort of customers of the product, how should they think about what you're building as a company?

**Katrina Lake**
*Founder, CEO & Director*

Yes. I mean, I think, we're building a next-generation retail kind of platform in a lot of ways. What we are -- the business we're in is we're helping people find what they love. And it's a very simple problem on paper, like it's very -- helping people to find address that fits them, fits their occasion, jeans that fit them. But the reality is, it's a really hard problem to solve when there is near infinite product out there and only a very small subset of that is actually relevant to what people are looking for at any given time. And when you look at the kind of macro environment and how little of apparel is bought online, in the U.S., it is -- still 80% of apparel is bought in stores. And all of us know, that's not because there's no desire to do it online. I think it's because the tools and the -- kind of what's available for people to be able to navigate the world of millions of products is not set up well for apparel. And so with Stitch Fix, we sold $5 billion of clothes sight unseen. In order to do that, we've built this very strong personalization muscle, which means that we have the capability now to understand people, understand products and generate really great accurate recommendations at the intersection of those things that leads to this very high revenue per client, very high kind of engagement revenue model in the apparel world. And so we're really excited about kind of being able to extend that, being able to continue to grow our business, but it's really personalization is the key unique differentiator in our business.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Great. Definitely a lot to dig into there, especially around personalization. But maybe just to start, what's the profile of a typical Stitch Fix customer? Where do they live? What's their income level? How often do they buy from you? How much of their wallet do you think you're getting within apparel?

**Katrina Lake**
*Founder, CEO & Director*

Yes. It's -- I mean, we're -- the -- part of the amazing part of the potential of this business is that we are delivering a personalized storefront to everybody. And so when -- whether you are engaging with us in the Stitch Fix app and shopping from the app or whether you are getting Fixes in your home, you are getting a subset of products, not the tens of thousands of products that we have, is a very unique subset of products that are uniquely relevant to you. And so what that means is that we're able to serve somebody who's 65 years old and lives in the Midwest as well as we're able to serve somebody who's 22 years old and lives in LA. And so we shared -- I think Q4 we showed some disclosures that showed age breakdowns. And we have a very broad age breakdown of clients that reflects our ability to do that personalized storefront. And it's interesting when we pull our clients and ask them, where else are they shopping? The kind of -- it's the top 10 of apparel retail dollars that are out there. And so what we hear is, we're talking -- we're taking share from department stores, we're -- we have people who even shop at places like Kohl's and Target that we might not have expected. And so it's a pretty broad swath. I would say that people are generally impressed that there is more diversity in our customer base than they expect. Like a lot of times in a newer technology company you would expect a very coastal audience. Like we're very strong on the coast, but we're also very strong kind of across the country. And so we have a very democratic client base and one that -- today, we have 3.5 million clients, and there's still a lot more room to grow.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So in the last couple of years we've seen a lot of development for the company. You've launched Kids. You've launched the U.K. This year, you also launched direct buying, which moved to significantly beyond sort of the single product Stitch model or a Fix model. How do these fit into your broader strategy for the company?

**Katrina Lake**
*Founder, CEO & Director*

Yes, I think -- I mean, it's -- we've had a big evolution, and I see it as kind of 2 dimensions of growth and expansion. And one is really we were set up initially with Women's. But clearly, what we learned was like these capabilities that we've built, we're also going to be able to serve Men and also going to be able to serve Kids, so we could serve a whole household. And so that was kind of one obvious way that we could kind of extend the foundation of possibility for us. And then the U.K. was really just about kind of internationalizing the business and getting a toe in the water internationally. And then now when you think about things like direct-buy, what we're really trying to do is to be able to increase the potential both on wallet opportunity and also on the client side of being able to have a more diverse set of ways that people can engage with personalization.

I think we know that the capability that we've built is really strong, and it's been really strong and supporting this kind of stylist-selected 5-in-a-box business. And what we're realizing is that like there's actually more potential to that. And so being able to allow people to engage with us in between Fixes -- buy things in between Fixes, that has been a huge engagement and wallet share opportunity. And over time, I think being able to allow people to engage with the benefit of a personalized apparel retail world, but not have to feel committed to a stylist-selected Fix is something that we think will actually open up a lot of possibility for us. So I think we now feel like we have this great foundation of over $400 billion of opportunity. And to be able to make the most of that, we really want to make sure that we have the right kind of diverse set of ways that people can engage, so that the way that people engage with Stitch Fix can be just as personalized as a service.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. So to dig into direct-buy a little bit more for people in the room who maybe aren't as familiar with it. What is it as a product?

**Katrina Lake**
*Founder, CEO & Director*

So today -- so historically, when I say we've sold $5 billion of clothes sight unseen, that is all in what I would call kind of the Fixes business where people are signing up, letting us know what their size and style preferences, what they're looking for. We will have a stylist selected set of things sent to their home for them to try on at home. They haven't picked any of it. They don't see any of it in advance. Like it is really like $5 billion of clothes sight unseen. With direct-buy, what we're actually doing is we're exposing that product to clients, and so you're able to see recommendations in between your Fixes, as an example. So today, we have a part in the app and on the website where you're actually able to see looks that are styled for you that you can actually click and buy, even if you -- and have it shipped to you outside of Fix. You can also buy more colors and the things that you like. And so what this kind of allows us to do is to be able to -- there may be some people who kind of like enjoy that browsing and searching experience and that we can actually allow them to be able to engage with us in a way that suits their needs better.

So today, I would say that -- I mean it's a little bit not totally optimized in the app. I think one thing about Stitch Fix is that we call it launch and learn. Like we would like to put things out in the world and then learn from them and then figure out, like, how people are engaging with this, how this is going to fit into their lives and then how do we kind of evolve that product. And so we're definitely more in the launch phase and kind of starting to learn, and we'll evolve that product. And so I think it's great. And it's delivering a lot. We're super excited about it. But at the same time, we definitely recognize that it's not perfect today. But I think, that there's a lot of potential to marry these 2 worlds, recognizing that there's going to be some products where a style-selected box of things to try on at home. For example, if you

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

want new jeans or you want new clothes for work, like there's going to be a lot of examples of kind of instances and also customer groups that are going to prefer that. But that this actually allows us to tap into potentially a new customer and also a new set of use cases, which is really that use case around like, I see it, I love it, and I need to have it and then being able to serve that -- kind of that additional wallet opportunity.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. I realize it's still early, but what have you learned from it so far?

**Katrina Lake**
*Founder, CEO & Director*

So I think -- I mean, some of the more interesting things so far are -- so far, it looks very incremental. And so we had a little bit of like how much of this is going to be kind of cannibalizing dollars that they would have spent in Fixes. And we're still -- to be clear, like we're still -- we're a few months into this. And so we're still kind of in the middle of the A/B test. But we -- like there's definitely incremental. It's definitely incremental dollars that we are getting from a wallet perspective. And so that was very positive. We also see -- and we also see some categories are performing better in the direct-buy world than they are in our Fixes. And so as examples, something like handbags or shoes. Like those are product categories where if you get a pair of shoes in your Fix and you're not really on the market for that at the moment, even if it was a good fit for you and your style and your price, even if everything worked about it, if you weren't really looking for that at the moment, you may not convert on that. And handbags are similar, where it's like you're kind of on the market or you're not on the market. And so for some of those product categories where there is maybe a more temporal nature of kind of what people are looking for, the surprise of the Fix might actually might not match the kind of purchase propensity. And so that part has been interesting, too, to really see like, okay, like, these are actually parts of the wallet opportunity that we weren't addressing very well in a purely Fix world, and that we're actually able to complete more of that -- more of his or her closet through this direct world.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. And what do you see in terms of its -- direct-buy's ability over time to potentially kind of reengage with customers that have maybe lapsed off of them?

**Katrina Lake**
*Founder, CEO & Director*

Yes. That's a good question and one that we get a lot. I mean, candidly, right now, the product is really intended for -- right now, the product is really only for people who are getting Fixes today. And I would say the product is -- it's oriented. The shoppier looks product, as an example, is oriented around clothes that you bought. And so it's something that you bought a long time ago that you may -- there's a temporal part of that, that makes it so that it's not as perfect, I think, for the reengagement opportunity. But what I would say is, I think, being able to have a personalized direct-buy experience, the one today that centered around items from your clothes -- from your closet that were bought from us, like that, that element may not be the right tool for reengagement. But I think the opportunity to showcase personalized products that somebody can click and buy is really powerful. And so I think we believe that there is definitely a big opportunity with reengagement with direct-buy. I don't know that today's product is that perfectly for that, but we are actively excited about it.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes, that's great. Probably related to that, you've seen trailing 12-month revenue per active customer accelerate 6 quarters in a row now. What is it that is that's contributing to that? And when you think about how you're driving growth through spend per customer versus customer growth, which you're also seeing, how do you want to weight those 2 things?

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

**Katrina Lake**
*Founder, CEO & Director*

I mean, they're both important. We need to be delivering more clients. We need to be bringing more clients in. And we also need -- and I love that we've been able to drive higher revenue per client. The revenue per client, I think, is especially -- it's especially -- I'm especially impressed, pleased, excited about it just because behind that, there's actually Men's and Kids, which are dilutive to Women's. And so as we've grown into those new businesses over the last 6 quarters, like there's actually a headwind on that, and we still have been able to deliver better revenue per client over the last 6 quarters. And that's really the result of better algorithms, better buying, better targeting on the marketing side of being able to acquire the right clients, so we're going to be able to show success with.

And in Q4, we showed some disclosures around, as an example, we think about algorithms and those helping us to be able to generate better recommendations that have better conversions. And we showed that, that not only our clients' conversion is improving, so people are keeping more things in their Fixes. Of course, as they get to know -- as they go use the service, so they'll be buying a higher percentage of the things in Fix 3 versus Fix 1. But we also show that in 2019, those clients are performing better, buying more things in their Fixes than 2018. And so this is really kind of the cumulative effect of really being able to understand the people, the product and being able to drive better, more powerful, more accurate recommendations. And all of that ends up materializing in this great revenue per client growth. But we're very focused on both. We know that both are very important. And I think, for us to be able to achieve this 20% to 25% growth long-term for many quarters, as we plan to, we need to be driving both.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. So you've actually been very consistent in targeting that 20% to 25% growth. Why is that the right number for the company? And over time, how do you plan to approach sort of reinvesting the profits of the company into either margins or maybe potentially driving faster growth?

**Katrina Lake**
*Founder, CEO & Director*

Yes. I mean, I think you touched on 2 things, I think, that are very unique about our story relative to others. And the first is that we do have this targeted ideal growth rate of 20% to 25%. We're not maximizing kind of -- we're not like spending to LTV, like we actually shared that our -- in the Q4 disclosures, we shared that we're getting paid back on those within 12 months in our marketing side. And so we're not spending to an irrational LTV. We're not maximizing growth at all costs. And we are targeting this range of growth that, for us, feels like the right level of a bunch of things. I think one is it's risk just see we're buying inventory. We are a -- we're buying at wholesale or selling at retail. And so we have inventory on our books, and we turn that inventory very fast. We're turning it over 6 times a year. But that there is a real cost and risk to that. And then also just the operational capabilities. And so in our -- we have stylists. We have with thousands of employees. We have 7 distribution centers across the country. And so we need to be able to be operationally growing. We're doing over $1.5 billion in revenue this year. Like that's a lot of incremental dollars when you're growing at 20% to 25% year-over-year in units and people. And so there's an operational component of our growth as well. And so we felt like 20% to 25% is a space that we feel really comfortable and confident and feel like we can deliver great results and then also deliver a great client experience. But it is admittedly a number that I think -- that we choose. Like we have control over our own growth, we have control over our destiny and that's kind of the choice that we've made. And the other piece, I think, is on profitability. We've been profitable since 2014, I think. Looking at David. Yes, 2014. And so we've had a great benefit of being able to control our own destiny and choose what we want to reinvest in. And so something like the U.K. is an investment. And we've been able to reinvest those dollars and to find new opportunities for growth, and that's been a great, I think, benefit of being able to have that control and to be able to feel like we can be thoughtfully making the right decisions for our future.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. So you touched on the operational side of things, and that's obviously been a big contributor to the profitability and some of the margin leverage that you've seen. What has driven those more operational efficiencies? What's contributed to that?

**Katrina Lake**
*Founder, CEO & Director*

Yes, we've had -- I mean, we've had a lot. We've had operational efficiencies in -- I mean, we've seen -- I mean, I guess, most of this will be in the warehouses, but in gross margin as well where we've been able to -- the better we are at buying the right product and getting it to the right person, the less waste we have in our system. We're able to drive better gross margins. That's been a part of our story. On the OP side, we've done a lot in the warehouse world of driving operational efficiency. A lot of this is -- this is a business that got to $1 billion in 6 years, 7 years, something like that. And so there's probably a lot of like opportunities literally on the floor where Mike, who had been CEO of Walmart.com kind of looked at our very manual operations and saw so much opportunity. And so we've driven a lot of leverage on the OP side in the last 3 or 4 years. And we actually still have a lot to go. And so you look at our -- I can't -- have you come to your warehouse?

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes.

**Katrina Lake**
*Founder, CEO & Director*

Yes. It's -- you can look at the warehouse, and I'm sure you could see -- like you've been to other warehouses. You could see there's still a lot of opportunity. There's a lot of automation opportunity. There's a lot of space efficiency opportunity. There is -- I would say, we're actually still in the early days in terms of like how we can be deploying capital against kind of greater efficiency in our physical spaces. And then stylists also, we've driven a little bit of leverage on the stylists side. It hasn't been a huge area of focus. But definitely, as we think about things like direct-buy, for example, which currently don't have a lot of engagement from a stylist. We think about things like we've done a lot of internal tooling that actually helps the stylists to be able to be more accurate. And so there's probably some opportunity there. It hasn't been historically a big area of focus for us. But I think we're still in the early days of -- we've captured a lot of that leverage, but we also still have a lot more to go.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. What role -- we'll talk about this a little bit more and you've talked about a lot in terms of the role that data plays with your stylists. What role -- before we get off of operations, what role has data played in getting to those operational efficiencies, particularly in the warehouses as you've grown to 7 warehouses?

**Katrina Lake**
*Founder, CEO & Director*

Yes. I mean, there's so many different ways. And I think it's easiest to think about the data when you think about the styling recommendations. But that the reality is that, that's only a subset of where we use data science. And so there are things such as pick passing, where we are -- we might carry 5,000 of a shirt. And so the exact one that we're going to pick for you we want to be picking from a different part of the warehouse, depending on what else is colocated in your Fix, right? And so there's a bunch of just like pick passing optimizations that we've done. I think the biggest one is probably the inventory optimization algorithm, which is less about operational efficiency in the warehouse, but actually ultimately it leads to higher success rates, better inventory turns. But the inventory optimization algorithm is actually looking at what is the global set of inventory that's available and then how do we want to make sure that we make the right decisions in terms of allocating inventory for specific groups of people, so that when the right person shows up to buy the inventory we actually have the thing available for them. And so it would be

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like if you were in a store and you knew who is going to walk in for the next 30 days and you could set aside some things, so that like the first person who walks in isn't going to buy something, that the 20th person actually really was going to love and that, that was the perfect thing for that person. And so I'm not going to do the sandwich. I've --

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

I felt we were going to get to sandwich.

**Katrina Lake**
*Founder, CEO & Director*

It's too big of a group for the sandwich example. But if we have a one-on-one, I'll do the sandwich example and I'll walk you through the inventory optimization algorithm. But it's really around like there is -- you think about the kind of the threshold of how happy people are with the same set of inventory. You can actually make people even happier if you make sure that the right people get the right thing. And so the sandwich -- I mean, the abstract of the sandwich example is that if you have a catered lunch and there's half-vegetarian and half meatball in this room, there's going to be some people who really only want the meatball, some people who really only want the vegetarian and then a bunch of people who are indifferent. So if you let all the indifferent people go first and take up all the meatball sandwiches, you have depleted the happiness of the people who want the meatball. And so that's kind of what the sandwich example is in the abstract, but it's a super interesting math problem that we basically now use on our inventory. And so in the same way that there's going to be people who are indifferent between a couple of dresses. Like there's going to -- and then there's going to be some people who strongly are attracted to one and strongly attracted to another. It's being able to parse out those preferences and then allocate inventory in a way that kind of maximizes happiness across a set of inventory. And so we're able to drive better keep rates, better happiness with the same set of inventory by using this new algorithm.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. We will see the sandwich example played out in real-time downstairs in about an hour.

**Katrina Lake**
*Founder, CEO & Director*

Oh yes. Let all the meatball people go first.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. Everybody is going to be unhappy. But so you have launched in the U.K. As you have gotten further into it, what have you learned? And what has it done to your appetite for more markets?

**Katrina Lake**
*Founder, CEO & Director*

I think with the U.K., our thought process behind it was really like this is an internationalization strategy. And so we did a lot -- probably half the work that we did to launch the U.K. was just generic internationalization work that will translate to any additional geographies we want to go to. And I think we have a deep belief that being able to deliver a personalization model with localized inventory, with localized styling is potentially a really big opportunity for us. And so the thesis really was, like this is a toe in the water for international. This is the place where we can launch and learn and figure out what this looks like. And that's exactly what it's been like. I think we knew we were entering into a challenging environment from a macro perspective with the U.K. And so there are incremental learnings that happen with that. I mean we haven't knock on -- I don't have any wood here, but we haven't had that in the U.S. And so there's an element. It is actually kind of interesting to learn of what -- how clients are going to engage in that environment and what it's going to look like. And so you would have some additional learnings with that. But I think by and large, we're still very excited about the international opportunity,

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

like we definitely still have some work to make the U.K. as productive as we believe it can be. But we're still very optimistic about international.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. So you have made these massive investments into data science and AI, machine learning. Can you share sort of the benefits that you've actually seen from a practical perspective into the business from those investments?

**Katrina Lake**
*Founder, CEO & Director*

Yes. I mean, I think, that probably the one that I mentioned earlier on keep rates and just how we've been seeing our cohorts. We see both cohorts improving as they are getting more Fixes of us and then also seeing year-over-year. In 2019, our cohorts performing better than cohorts in 2018. And really, our whole business is in personalization and recommendations. I don't think there's any other business out there that sold $5 billion of clothes effectively sight unseen without having customers choose the clothes. That recommendation muscle, I think, is going to be -- you could paint a million different pictures of like how people are going to buy clothes 10 years from now, but I deeply believe that like the fundamental problem of there are millions of clothes -- there are millions of things out there and only a tiny subset of those things that's relevant to me. That's the crux of the problem, no matter what kind of operational distribution model we're in. And so I think we feel really strongly that this is the capability that we want to be doubling down and again, year-over-year, to be able to have a sustaining advantage in selling apparel, which I think is one of the most uniquely challenging categories in retail. And we've been able to show that through leverage in our business. We've been able to show that through keep rates and inventory turns. But I think there's still a lot more that we can deliver beyond that.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. The -- can you discuss the relationships that you have with brands and why you've been successful in scaling sort of the brand partnerships that you had, particularly as you've mixed across sort of market exclusive, private label? How you've been able to maintain the relationships with those brands?

**Katrina Lake**
*Founder, CEO & Director*

Yes. I mean, we're a really unique channel for brands. Brands love our channel because we are a full price channel. We are a channel with a lot of integrity for their brand where clients are buying the product in our channel because they love the product and not because it's 70% off or 70% off for 1 day or something like that. And then -- and also the data actually. And so there's a lot of opaqueness of what traditional retail was where you might sell 10,000 units to a bunch of different department stores. And you really have no idea, like in a lot of cases, you don't even know if the product performed or not. And then, in almost all cases, you have no idea who it sold to, why they bought it, what your -- what could be better about your product. And so we have a great kind of dashboard for our vendors, so that our vendors can see anonymized, of course, but they can see the data around how is the product performing, what do people think about the fit and the size, are there specific comments that actually give them insights into what they should be developing next. And so it's this amazing resource for them to be able to serve our channel better. Like a lot of times, they're actually helping us to be able to have more sales and better margins because they're saying like, "Hey, I see that this is doing really well. I see that you have some comments around colors, like let's get you 3 other colorways, and we'll get it to you in 6 weeks and like capitalize on this opportunity." And then that's them proactively helping us with our business. And then we also see times when they're excited to do more unique things. Like, in some cases, our vendors have been able to use the information from our channel to make their business more successful across all of their channels of the other department stores and in their own distribution channels. And so that's an opportunity for us to be able to capitalize on their love for us and help us to be able to deliver more exclusive products with higher margins that is very specifically suited against what we know that our clients are looking for.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

So you've reached the target advertising range, 9% to 11%, that you've been aiming for. I guess, as you've experimented with different channels and strategies, what have you found that works best for the company? And how are you thinking about the ability of that 9% to 11% to actually get you to the kind of growth in customer acquisition that you want?

**Katrina Lake**
*Founder, CEO & Director*

Yes. There's -- I mean marketing has definitely been an evolution over the last few years. I think what I'm very proud of now is that we are a place now where we have a diverse set of channels where we were able to drive productivity across many of them, all of them. And with that -- and no channel represents more than 50% of our spend. It means that we figured out strategies that are working equally well in something like terrestrial radio versus like digital advertising. And so that's a really good place to be because it means that we can be flexible. There's always going to be ebbs and flows and especially the digital channels like this is suddenly competitive or this suddenly has opportunity. And so it allows us to be able to flex our dollars across lots of channels and not have too much risk around 1 partner's algorithm or something like that. And I think the -- and we also now are at a place -- the other thing that I'd say is that we're now at a place where we're actually advertising across all of our businesses. And so in the U.K., Kids -- like Kids we launched without much marketing support for probably for a while. And so now we're at a place we're actually deploying dollars and learning and figuring out how we can actually use marketing to differentially drive those channels. And so I think now from a channel perspective, we're mostly good, although there's also new channels that we want to be able to bring into the fold. And then now I think the opportunity is like how do we have that all in a more integrated way where we're thinking about how we can deploy all of that thoughtfully across all the different businesses that we have. And I think over time -- this is not the case today because today direct-buy is only available to people getting Fixes. But I think this is part of what we want to think about the long-term unlock opportunity is like if we have a new business model that we can bring people in with, how does that fit into the marketing strategy? And how does that potentially open up a lot more kind of diversification opportunities for us on the marketing side?

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. There are a lot of companies selling apparel, right? I mean, online, offline, you've got companies renting it, you got companies buying it, buying it back. When you look at the competitive landscape out there and sort of where Stitch Fix fits in, how do you view it? How do you view the competitive intensity that's out there? And how is it changing?

**Katrina Lake**
*Founder, CEO & Director*

Yes. I mean, there -- I don't know that it's changed too much. Like there have been tons and tons of people selling apparel for many years. And I mean, one of the unique things about Stitch Fix is the wallet share opportunity, the concentration of wallet share opportunity that we have. Like there's a minority, but significant percentage of people in Stitch Fix, so we are most of their wallet opportunity or most of their wallet share, right? And that opportunity -- like you haven't seen that a lot. And there is -- it's very rare to see that. Like people have spent their wallet at all kinds of different places historically. And so that concentration is a really unique and powerful attribute that you can see in our high revenue per client numbers. And so, for us, I think the focus on personalization is a little bit agnostic to business model. Like, I do think that -- I'm probably not as excited about kind of the onetime use, whether it's fast fashion or rental world. Like, I do think we need to have a more full cycle view around the clothes that we buy. And so we're -- in the abstract, like we're renting everything. Like I've worn this skirt 4 times so far. So there's a price per wear to that. And if I wear it 20 more times and then resell it some place, like I will have rented it for a certain number of wears. And so I think that figuring out like how we can have more full cycle, one of the opportunities that we have is that we've sold $5 billion of clothes to people. So we know what's in their closet. That's an interesting opportunity. And I think in that resale world, part of the

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

greater challenge that we've actually been talking about this whole time, but I think even more in the resale world, the greater challenge is that you actually have like millions of things and then you have to figure out who the right person is to get that to. And that challenge is even harder, I think, in the resale world than in the kind of apparel -- the firsthand world. And so we might be uniquely positioned to be able to tackle that challenge. And so I see the business models as potentially opportunities -- additional opportunities for us to leverage our capability, but our capability of personalization. I don't see anybody else out there who is 100% focused on personalization in apparel, and that is 100% of what we do.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. No, that's great. So you have also made some recent changes to your executive team. What are you hoping to get out of your new President?

**Katrina Lake**
*Founder, CEO & Director*

I'm so excited Elizabeth is here. Elizabeth joined, I guess, now 2 weeks ago, I think, 2 weeks ago, and already, I'm just -- I'm really excited what she'll be able to bring. I think, firstly, actually, her scope is really interesting. And so what we have under her scope is we have her over marketing, over product, over strategy and also algorithms. And so that actually kind of uniquely ties up a bunch of the places where, when we look into the future and the ways that we want to innovate in the future, I see that as a more product, a more strategy-led future. And so we're just rolling up those functions, so that those functions are more closely aligned, working closer together, I think, is really, really powerful. And I'm just excited like she -- I think she has this great aspiration that we all share, but I think it's great aspiration with the ability to be able to map how we're going to get from here almost $2 billion this year to a future of $10 billion. And I think she really deeply believes in the power of the business model that we've created, but really also believes in the power of that capability and how that capability can extend. And so you've seen us kind of start to lean into innovating on the product side and innovating on the client experience. And I'm excited about having her here to be able to help us more clearly paint that picture and more clearly, kind of, have a -- like, I don't know what the right -- like have a product road map really to get us to the place where we see $10 billion as the opportunity.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

Yes. You've got similar opportunities in your CMO and CFO roles coming up. How are you thinking about what you want out of those roles as you fill them?

**Katrina Lake**
*Founder, CEO & Director*

Yes. So on CFO, we are actively looking for a CFO, so if anybody is a CFO and wants to talk, who are available. And I mean, I think, it's a really uniquely interesting opportunity where we've been public for a couple of years. And so we have a foundation and infrastructure, but we also have a ton of opportunity in the future. And we're growth, but we're also profitable. So it's a very interesting opportunity if you have friends. And -- but the really great part about the CFO search is that we, Mike Smith, who had -- he's actually been our CFO twice before, and so he's been working with me for, I guess, 8 years -- 7, 8 years now. So he knows the business super well. The team loves working with him. And so we're able to really take our time to find the right person. So we've actually started meeting people, and it's a competitive market. There's a lot of super interesting people out there. And I think this is a really uniquely great opportunity. And so we'll take our time to find the right person. CMO, we're not actively hiring on that. I think the marketing world is very interesting these days, where there's a lot that is in the world of quant and performance. And there's kind of a whole world there, and then there's another world that is very important around brand and how do you drive emotions. And so right now, I think we're focusing on making sure that we are building those 2 specific muscles. But we don't have any -- I think we're not going to rush into thinking about what that leader looks like. Right now, having Elizabeth onboard gives us that flexibility because we can have all of those functions reporting into Elizabeth in a way that's really

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

cohesive with the product and the strategy. And so I feel really good about the team that we have now. But I think marketing is an interesting function that's evolved a lot in the last 5 years. And so we want to really take our time and make sure we're thoughtful about what leadership we want there.

**Heath Patrick Terry**
*Goldman Sachs Group Inc., Research Division*

That's great. Katrina, thanks so much for taking the time to join us.

**Katrina Lake**
*Founder, CEO & Director*
Thank you for having me. Thanks for coming.

Copyright © 2020 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2020 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2020 S&P Global Market Intelligence.