# EXHIBIT 20

**S&P Global**
Market Intelligence

# Stitch Fix, Inc. NasdaqGS:SFIX
# Company Conference Presentation

**Thursday, June 10, 2021 7:00 PM GMT**

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved
**spglobal.com/marketintelligence**

# Table of Contents

Call Participants                 ..................................................................                 3

Presentation                     ..................................................................                 4

Question and Answer              ..................................................................                 5

COPYRIGHT © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved

# Call Participants

**EXECUTIVES**

**Elizabeth Spaulding**
*President*

**ANALYSTS**

**Mark R. Altschwager**
*Robert W. Baird & Co.
Incorporated, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Presentation

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Okay. I think we'll get started. Good afternoon, everybody, and welcome to the Stitch Fix presentation. I'm Mark Altschwager, senior research analyst at Baird.

Stitch Fix is an innovative online retailer that leverages data science and human stylists to provide highly personalized shopping experiences. The company serves over 4 million active clients, including women, men and kids in the U.S. and U.K. In April, Stitch Fix announced that Founder and CEO, Katrina Lake, will be transitioning to Executive Chairperson in August; and President, Elizabeth Spaulding, who joins us this afternoon, will be taking over as CEO.

Elizabeth joined Stitch Fix as President 1.5 years ago. Since then, she's been leading the company's pivot into new revenue models, including direct buy as well as new inventory models, which are in early stages of development. Prior to Stitch Fix, she was the Global Head and Founder of Bain & Company's digital practice.

Elizabeth, thank you for joining the conference today.

**Elizabeth Spaulding**
*President*

Great. Thanks for having me, Mark. Excited to be here.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Right. So kicking us off, earlier this week, the company did report third quarter results. I was hoping we could start with just kind of quick highlights there.

**Elizabeth Spaulding**
*President*

Yes. Well, we were really pleased with our quarter. We saw really strong revenue growth. Of course, we were lapping the COVID quarter of last year, but nonetheless, 44% growth we were really pleased with. And just frankly, feeling like our model is in the right place at the right time and all the innovation that we're working towards is really beginning to come to life and bear fruit.
We saw tremendous net adds into the platform, around 230,000, after kind of on the heels of multiple quarters of very strong net client additions. We've now added more clients in the 3 quarters of this fiscal year than any year on record, with the exception of fiscal '16, and we still have a quarter left, so we feel really great about consumers moving to our platform and really just the seismic shift that we think is happening in apparel retail, where maybe 25% of the category was online pre-COVID is now 40%. We're really benefiting from that as a truly personalized way to shop. So we feel good about what we're seeing and are looking forward to continue to bring Stitch Fix to more and more customers.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

# Question and Answer

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Great. And as I mentioned in the introduction, you are stepping into the CEO role in August. While this was announced in April, I mean, it seems like it's really been a well-planned succession over the past 1.5 years since you joined. Could you just talk about why now is the right time for the leadership transition?

**Elizabeth Spaulding**
*President*

Yes. We've definitely gotten that question a lot. I think people kind of saw it coming, but a little bit maybe surprised or wondering why April, why this moment. And Katrina and I spent a lot of time building our relationship. But also, there's nothing like a crisis to sort of accelerate everything that you had intended, both the depth of our relationship and our management team, but also specifically, really the focus that I was brought in to build together with her on accelerating the innovation of Stitch Fix.

And I think we fortunately were not burdened with debt. We weren't burdened with retail stores. We're a totally online business. So back in late March of last year, it became very clear that accelerating the vision for the company and really focusing on extending where we're going became really 100% my focus, leading our technology teams, kind of everything consumer-facing as well as our international business and really charting the course for the future. And so I think Katrina really -- the 2 of us feel like, okay, the table has been set of this new strategy. Our senior team has really come together. And we're ready, and she's ready to play a different role.

As we've said, she's not going anywhere. She'll play an executive chairperson role. She's deeply committed to sustainability and inclusion, our DEI efforts. And that's, frankly, I think something that will be a secret sauce for Stitch Fix and has been historically, but even more so in the years to come. And so we kind of feel like we're getting the best of both. We serve each other's bosses in some ways. She's going to stay an employee of the company. And I think I just personally feel tremendous gratitude to have met Katrina. I feel like it's a bit of a once-in-a-lifetime opportunity to build a business at this stage and one that I think we were just so distinctly unique and really purpose-built for this next wave of e-commerce.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

You mentioned the broader leadership team coming together. On that point, there has been changes in the CFO position as well as a new CPO hire. Can you just give us an overview of these other recent changes? And is it fair to say that the new management structure is set at this point?

**Elizabeth Spaulding**
*President*

Yes. We're thrilled with the team that we're building. And I think as we think about the extension from 4.1 million customers to millions of customers and really scaling as a global company, part of that is really having that team in place. So we hired Dan Jedda, who joined back in December as our Chief Financial Officer; and then Sharon Chiarella joined late March as our Chief Product Officer. And both of them have incredible experience.

They both happen to -- it was sort of coincidental. It wasn't our intent, but they both have many, many years of experience at Amazon. And both were just tremendous at scaling global businesses. And really, what we're doing with direct buy and shop is a zero to one opportunity, and they both have a lot of experience in building new businesses and scaling them. So I think we are actively searching for a Chief Technology Officer to add to the team. But for the most part, we feel great now where we are with our management team. I really have the team in place to be able to execute on the ambitious road map that we've laid out.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

**STITCH FIX, INC. COMPANY CONFERENCE PRESENTATION | JUN 10, 2021**

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Switching gears a bit. Pent-up demand has been a big theme in the apparel category this spring. Can you give us some light on what Stitch Fix is seeing with your clients that shed some light on where the consumer is right now with this wardrobe refresh and maybe what you're seeing in frequency of Fixes, level of engagement in direct buy, what they're requesting in the Fixes would be great.

**Elizabeth Spaulding**
*President*

Yes. Yes, there's definitely pent-up demand. I heard you might be searching for a button down shirt and shorts right now. People are going out again.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

That's my next Fix request. You called me out on the conference call.

**Elizabeth Spaulding**
*President*

Yes. I mean it's fun because our model allows us to really [ transact ] what consumers are looking for. We have the benefit of Fix request notes, which would be one way to make that request if you have Fix coming. But also what we launched recently was our categories experience within the shop offering where you can see your own personal store. Everything is relevant. Mark, if you open up your personal store within our shop experience, everything fits you. It reflects your personal style. Hopefully, you'll start more and more to see brands that you love, categories that you're looking for, things that are more trending topics relative to staple-based categories.

And so through that, we are definitely seeing an appetite for going out again and appetite for going back to work. Our vacation requests have been up 300% between May and April. So people are really gearing up for a different way of dressing. That really is absolutely the pent-up. Active and athleisure has been by far our highest growth area of the business in terms of assortment over the last year. And we kind of believe that's here to stay in terms of becoming really a safe category with hybrid work and people wanting to be more comfortable.

But we are seeing demand for more structured looks again. And so things like the going-out clothes we mentioned on the call, 60% growth in our women's business and rompers and jumpsuits, which are, I think, are great for spring and summer. And so we are seeing kind of this shift, and also back to work, request from our men's clients for more structured product again. And these are just, I think, signals that there is absolutely pent-up demand.

We've also seen record numbers in terms of the direct buy usage we have in part because of the new feature we launched with categories where the original incarnation of direct buy was completely sort of inspiration-based. We showed you a trending set of outfits. Categories we can more deeply accommodate specific-use cases, which we believe will help us grow share of wallet. But I think in general, there is [ mocktail ]. And right now, consumers are shopping again for the category.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

As you mentioned, there has been a lot of in-app experience over the past year, which actually dovetails into my next question, which is that there's been meaningful evolution in the model over the past year. Direct buy is a big piece of that. Features like Fix Preview and live styling are now helping you appeal to more customers. Could you speak more generally about how the model is changing and how you're expanding your addressable market?

**Elizabeth Spaulding**
*President*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I think one thing that's so unique about Stitch Fix and how we started is this DNA that is so geared towards personalization. We have sold $7 billion worth of clothing site I'm seeing. What a radical idea, Katrina had to say we're going to send you 5 items, and we're going to get it right a lot of the time because we're going to use the power of data science, human judgment and continuous improvement in getting to know our clients and getting better over time. Our keep rates on our fixed model have gotten better every quarter on record. That said, how do we really address every consumer's need? The idea of styling services is a [ good ] idea , but it may not appeal or be necessary for every purchase occasion.

And so what we're really focused on right now to those examples of product innovation is how do we really become a platform that's known for personalized shopping for everybody. What a wonderful experience to have a store that everything makes sense for you. You're not going through racks of clothing in a department store, where nothing -- like 99% of it is irrelevant or searching and filtering within an e-commerce experience where you have to do all the heavy lifting to kind of break it down to find what you might like. And then at the end of the day, have to order 3 different sizes because you're not sure what will fit. And we really solve all of those problems. And so our product innovation is very focused on how do we bring this personalization to the forefront and personalized shopping, which we really think opens up our total addressable market.

There are just purchase occasions and use cases that the original fixed model was not as able to accommodate. The specific -- your button down shirt request, if you wanted that this weekend, that would be harder to get if you just thought of that today in our fixed model. And of course, we want -- we have that product. We want to get that to you. How can we make that available? And in some ways, we kind of think of ourselves of going -- if we were to make the Netflix analogy, we're kind of going from our DVD era into our streaming era. Like, wouldn't you love to just walk into this own personalized streaming app that already what's available, and we think it's just going to become better and better paired with the power of the deep relationships and inspiration and advice our styling community can bring, which is a really unique -- part of the original vision of Stitch Fix was to bring that human touch at scale.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

As you look at some of your core clients that really are engaged with that core fixed experience, what are you seeing with direct buy? Is it additive to those purchases? Is it replacing some of the Fixes that they otherwise would have ordered, what are you seeing there?

**Elizabeth Spaulding**
*President*

Yes. I mean we really like what we've been seeing. We originally did the -- the most purest sense of that as kind of an A/B test of holdout, which we no longer can truly do, but we did that before we took direct buy to launch. And of course, it was a much narrow experience at the time. And we loved what we saw at that point. It was highly, highly incremental. And we see all of those signs continuing. Our clients that engage in both are spending more with us. They're spending more sooner with us.

Like we've noticed that each new cohort of Fix clients are engaging faster with direct buy, and its expanding [ presence ] with us, and that's really exciting to see. We also know from an incrementality standpoint, to my point earlier, there are certain purchase occasions and product categories that are better suited for a personalized shopping experience relative to our Fix model. Although Fix Preview is kind of opening up some of those harder-to-serve categories without having some consumer agency involvement. But things like footwear, things like outerwear, dresses, items that are probably more episodic, and we need to know you're really in the market for those and really well served through direct buy and the shopping experience. And we do -- we have been seeing higher category penetration.

We also notice consumers splurging in shop. It introduced with something I absolutely love. We really try to pride ourselves in understanding a consumer's price preferences. We've had a lot of affordable offerings during this COVID time period, which we think has led to very high success and keep rates. But if you really love something, you love that brand, you love that look, you might lean in and surprise us with

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

spending a lot more than your typical average top or bottom that we might see. And so that's another sign of the incrementality.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

That's great. As of April, the company was serving 4.1 million active clients. That was up 20% year-on-year. What do you see is the right pace of growth for the platform?

**Elizabeth Spaulding**
*President*

Yes, that's a great question. I mean we haven't guided yet for next fiscal year or what that growth will look like. I mean our historic kind of growth algorithm, and this is really preceded by -- my joining the company had been kind of this notion of 20% to 25% growth. And I mean there's so much white space in our category in terms of us being able to address the market. It's a near $0.5 trillion market between the U.S. and the U.K. and very soon, half of that is going to be online. We think we went from 25% online pre-COVID to 40%. I mean that kind of seismic shift is a real change in consumer behavior.

And so as we think about growth, I mean, we do think we're in a period of accelerated innovation and a bit of a land rush. Like we want consumers in this area going from maybe e-commerce 1.0 that was about search and filter. And 2.0, we think we can define it for retail and apparel, retail, in particular, that's going to be about browse and discover. And by opening up our shop experience, we would anticipate that's lower friction, more clients being able to engage with Stitch Fix Sooner. So no specific kind of growth kind of guidance yet, but I think we're very ambitious in being able to capture this moment in time that we've been purpose-built for.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Just following up there. Could you touch on the approach to reactivations?

**Elizabeth Spaulding**
*President*

Yes. We have -- I think there's reactivations. There's also converting a large base of consumers, which we consider our prospects who've given us actually all of their information. They went all the way through the style profile. They've shared with us what they love, but they haven't yet converted. And both of those are rich populations, in the millions when you put them together, for us to go after. And so with reactivations specifically, those will be defined as clients that use Stitch Fix, maybe they used it for a year, maybe they used it for multiple years and then no longer were using our service.

And we've seen really strong strength in terms of our net adds recently as both brand-new to Stitch Fix but also reactivation of those dormant clients. And part of what we think is going well there is both people shopping again, to the macro question earlier. But also, we've added more possibilities to our platform between direct buy as well as Fixed Preview. We've been able to start reactivating people. It's still the minority. But over time, I would anticipate it could become a lot bigger that are being reactivated with our shopping experience, not just with Fixes.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

I'll switch gears to marketing. Advertising expense has been running at about 10% of sales. What is the optimal level for the business? And how has the approach to marketing been evolving as you're adding these new ways for clients to shop?

**Elizabeth Spaulding**
*President*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Yes. I think we are very, very disciplined in how we spend on marketing. We have a pretty sophisticated growth marketing team paired with a data science team that is just dedicated to marketing. And so as we think about all the levers that we pull there, whether it's digital advertising, whether it's our referral program, even the TV and OTT that we do, it is incredibly data-driven and performing.

And I think the things that you'll see changing in the next year plus, one is we have a whole new offering that we're going to be introducing to consumers. And so building brand awareness of that. It's something that we'll be embarking on in FY '22. We're really thinking about like what are the breakthrough messages that educate consumers on this very different way to shop and just a different set of experiences from what they might have known in the past from Stitch Fix.

There's also marketing activations that we can do that we couldn't do with the Fix experience. So for example, we previously didn't [ expose ] a product catalog. So things like search engine optimization, product listing ads on Google, certain ad units now become available to us as well as actually free traffic sources like search engine optimization. And so we're really excited about beginning to turn those things on over the course of the next year. And of course, there's infrastructure to build and things that we need to do and make that happen, but it's absolutely on our road map as we enter fiscal '22.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

And looking at some of the more recent trends, net adds have been very strong, even while advertising has been kept in track. So I mean it looks as if the customer acquisition costs have been pretty attractive. Maybe just talk a little bit about what you're seeing there?

**Elizabeth Spaulding**
*President*

Yes. I think over the course of the last -- basically since maybe May, post the initial onset of COVID, we've been just seeing really great strength of new additions to our platform as we believe consumer behavior has been changing. And so part of that has been just I think the strength of the [ resonance ], like there's been no more [ resonant ] time period than COVID of the comfort of trying on clothes in your own closet versus somewhere else. And I think we've really shifted that behavior. And that drives more promoters of Stitch Fix, which is word of mouth, more organic traffic, more just searching for Stitch Fix on Google and coming directly to us. And so I think that has definitely been a benefit.

I also think that we continue to see strength in just our overall retention. Even during this turbulent time period, we've just seen a lot of durability to our model. And then, of course, this quarter, we also just benefited from what we talked about is continuing strength in these dormant reactivations, but also we were lapping a quarter where fewer people signed up with Stitch Fix Q3 of fiscal '20 just because we really turned off marketing at the beginning of COVID as we dealt with disruptions in the supply chain.

But overall, I think we just feel very optimistic that consumers are shifting to our model. This is just a better way to shop for apparel. And I think having a catalytic event where we all are on Zoom, we're all shopping online more and people realizing like, wow, this is a massively better way to experience apparel. Has really been an excellent catalyst for people who maybe previously hadn't fully considered Stitch Fix to now convert to Stitch Fix.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Along those lines, your revenue per active client is roughly $500 per year. Can you talk about the key drivers to growth there? And where you think you are from a share of wallet perspective?

**Elizabeth Spaulding**
*President*

Yes. We have very strong revenue per active client. That's something we've historically had a lot of success in expanding over time. Part of what drives that is the continuous improvement in getting our Fixes right, getting [ keep ] right well. The introduction of Fix Preview, as we shared, I guess, on the

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

prior call. We talked specifically about what we saw in the U.K. of a 10% improvement in average order value with the full rollout of that into the U.K. We're seeing similar strength in the U.S. So those kind of continuous enhancements of getting our core model better and better is a great opportunity.

And then, of course, as we get clients into direct buy and the incrementality there, is a great opportunity to be able to reach more purchase occasions, more of the consumer share of wallet. And as we add more brand selection, more product categories, those are all areas of opportunity. There are a lot of apparel categories we're very underpenetrated in, whether it's intimates, footwear, outerwear, dresses, there are just places where we participate today, but on a very limited basis that we see upside in.

I do think as we open up the idea of shopping with Stitch Fix from the get-go, we may have more active clients that behave in a different way. So I think part of -- a lot of people asked a question of revenue per active client. It was up quarter-on-quarter, but down very slightly year-on-year. And part of that was just the influx of new clients. And If we have new clients earlier in their life cycle with us, that's probably -- I think we'll probably look at what's the best way to introduce that metric over time because it's a trailing 12-month revenue metric today.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Got it. Personalization has been the overarching theme here. Can you talk about your use of data science for personalization and really how that's improved over time? You've invested a lot in the data science and engineering teams, really over the past couple of years. What inning are you in with those investments? And how do you think about scaling them?

**Elizabeth Spaulding**
*President*

Yes. I mean I think that nature of our model has been from like the very beginning and very deeply in our DNA, whether it's how we match and personalize to the client in terms of client matching, which is, of course, the consumer-facing differentiation we have. It also applies, though, to the way we work with our vendor community, the way we manage inventory within our network, all of which contribute to a great customer experience.

But I think some of the kind of very unique differentiators in our personalization is the data flywheels that we build that are sort of self-perpetuating. So like Style Shuffle is a great example of that where we now have over 7 billion ratings. We're adding 1 billion ratings on a pretty regular basis. If you think about that, is something that's only in the last couple of years that we've had available where consumers, for those who aren't familiar with it, they're basically thumbs up and thumbs down on different apparel items. And you can take as many quizzes as you want, but typically, it's kind of 10 items. And it's kind of extraordinary how much people actually engage with that widget in our app and in mobile web.

But that's a very powerful tool in understanding consumers on a style graph kind of like if you're on a social graph, like we have a style graph that underlies our understanding with style and really extracting the features that matter to a particular consumer and consumers like them. That -- because that's kind of a sticky fun thing to play, it's just constantly generating new information. But it also allows us to be really smart. Like the second we get a new product in our product catalog, we bring that into Style Shuffle so we can immediately see like which client is going to love that product and what set of clients should we be bringing that to.

We also get tremendously accurate feedback on our items. So north of 85% of every item that gets shipped to a client, we have very detailed feedback on, which strengthens our understanding of fit, preferences. And then we have very strong statistical models built by our data science team on topics like fit, and that's contributed to things like the return rates we see in our direct buy experience are materially better than the rest of apparel e-commerce because of the understanding we've built with data science around fit and preference.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

As the platform evolves, are there new revenue streams that you could pursue?

**Elizabeth Spaulding**
*President*

Yes. I mean I think simply by expanding the aperture of our TAM with the consumer-facing model that's obviously widening the revenue reach for the business. But there are other ways that we've been thinking about, like our vendor community. We want to provide more value-added services to those vendors. We know that there are tools we've built for ourselves internally, like for the exclusive brands we've built to better design product and be more accurate in consumers loving that product, but also how much of it we should produce.

Value-added services as we embark on some of these new inventory models. We can really be a great forecasting partner for our vendors, but also value-added services like how to think about pricing, how to think about designing new products. So that's probably where we're focused on most today. But I think that the nature of the data assets and the kinds of software tools that we've built that are based on data science within our category are really unique. And so over time, you can imagine other ways being available to us to monetize those as well.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Earlier in the call, you talked about the big land grab opportunity that's out there. I guess in that context, how do you think about the balance between growth and profitability over the next several years?

**Elizabeth Spaulding**
*President*

Yes. I mean what we love about our model is just the strength of our contribution economics. The unit economics of both our fixed and our direct buy offering are very attractive. And so that's an amazing starting point, of course. That said, getting to much higher profitability right now relative to growth. I think we're very, very focused on growth because we know the path to leverage and further leverage. But the biggest path to leverage is us being able to serve a lot more clients and taking advantage of that faster and really being the leader in this new chapter of browse and discover for apparel.

And so as we embark on widening the feature set, widening this great new experience with shopping, layering on the styling services that can deepen the trust and relationship with our clients, I think we are in a period of really doubling down on growth. And of course, always looking for efficiencies, more efficiencies in how we work with our vendors, more efficiencies in getting more out of each unit economic win of our keep rates of our products. So we will be doing things that drive leverage in the business, but absolutely investing in our product and engineering talent, investing in our distribution network. And investing in these new inventory models to really set us up for scale.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Great. And that's my next question. On inventory, really, it has been a constraint to growth historically, and given the company's focus on remaining free cash flow positive. What are the new inventory models that you're exploring that could potentially lessen that constraint?

**Elizabeth Spaulding**
*President*

Yes. It's a great question and one that I've got a lot of healthy debate early on in my tenure because our historic model, we've been really efficient with how we bought inventory, much more efficient than if you look at the rest of our category. And so we have bought everything on wholesale receipt, whether it's our own exclusive brands, our market brands and our market brand partners, which is typical. That is how the category has operated.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

That said, it is a constraint on growth, depending on how much working capital you believe you want to invest, how much risk you want to take. And so really, our vision is to be able to ungate that constraint by a combination of consignment-like models with our vendors where we can provide these win-win-win services, win for the vendor, win for the customer in terms of broader selection, and win for Stitch Fix in terms of expanding the reach of our platform.

And so in that consignment-like model, it's essentially like a vendor-managed inventory, where we would have the vendor's product and more of it in our distribution centers. And then as it sells through, we would take control of that inventory, which is different than buying on receipt. You're buying ahead. You take the inventory risk, you sell-through what you can, and hopefully, you're very effective at it, so that you're not taking the risk of eating that inventory or having to clear it at the end of the day. And we've been historically very, very good at that in the wholesale model.

But probably, there are areas that we've taken less risk, and because of that, the nature of doing totally wholesale and also less selection, which we know more selection makes customers happier. And so that's one of the models with this consignment-like model. We're in beta mode. We've been building the infrastructure for it, the vendor partnerships for it over the last year, and we're very excited to continue to build on that and expand it over time.

And then, of course, drop ship is another area of opportunity that we've been testing and we're excited about that as well. There's inventory that -- as well as you might predict demand, there might be a black swan event where something is super popular and having drop ship available to take advantage of that could be quite important or there are certain vendor partners we might add over time that have really strong distribution capabilities where that might make the most sense. So all of that, as we extend shopping, this will be a really powerful vehicle to be able to build that flywheel of selection to make it the best customer experience.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

I guess bringing a couple of these things together. I mean do direct buy and these new inventory strategies go hand-in-hand and one can be successful without the other? I guess asked another way, can direct buy scale to billings in revenue without having vendor-managed inventory or marketplace type model in effect?

**Elizabeth Spaulding**
*President*

I think we could expand direct buy, probably without it, but we could be a lot more efficient and productive in how we do it with these models. And so I think not everything is going to hit at the same time. We'll be rolling out and beginning to open up direct buy in the next few months and extending that. And those models will begin to come online as direct buy scales. So we're really excited because we do think it creates a great flywheel of expanding selection in an efficient way and bringing a great customer experience. So we're really excited because we do think the two go hand-in-hand. I think we'll probably be investing in inventory in the short term to make sure we have the right selection for direct buy.

**Mark R. Altschwager**
*Robert W. Baird & Co. Incorporated, Research Division*

Great. I think we're right at our time. So we're going to have to leave it there. But Elizabeth, thank you so much for the time and for joining the conference.

**Elizabeth Spaulding**
*President*
Great. Thank you, Mark.

Copyright © 2021 S&P Global Market Intelligence, a division of S&P Global Inc. All Rights reserved.

Copyright © 2021 by S&P Global Market Intelligence, a division of S&P Global Inc. All rights reserved.

These materials have been prepared solely for information purposes based upon information generally available to the public and from sources believed to be reliable. No content (including index data, ratings, credit-related analyses and data, research, model, software or other application or output therefrom) or any part thereof (Content) may be modified, reverse engineered, reproduced or distributed in any form by any means, or stored in a database or retrieval system, without the prior written permission of S&P Global Market Intelligence or its affiliates (collectively, S&P Global). The Content shall not be used for any unlawful or unauthorized purposes. S&P Global and any third-party providers, (collectively S&P Global Parties) do not guarantee the accuracy, completeness, timeliness or availability of the Content. S&P Global Parties are not responsible for any errors or omissions, regardless of the cause, for the results obtained from the use of the Content. THE CONTENT IS PROVIDED ON "AS IS" BASIS. S&P GLOBAL PARTIES DISCLAIM ANY AND ALL EXPRESS OR IMPLIED WARRANTIES, INCLUDING, BUT NOT LIMITED TO, ANY WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR USE, FREEDOM FROM BUGS, SOFTWARE ERRORS OR DEFECTS, THAT THE CONTENT'S FUNCTIONING WILL BE UNINTERRUPTED OR THAT THE CONTENT WILL OPERATE WITH ANY SOFTWARE OR HARDWARE CONFIGURATION. In no event shall S&P Global Parties be liable to any party for any direct, indirect, incidental, exemplary, compensatory, punitive, special or consequential damages, costs, expenses, legal fees, or losses (including, without limitation, lost income or lost profits and opportunity costs or losses caused by negligence) in connection with any use of the Content even if advised of the possibility of such damages. S&P Global Market Intelligence's opinions, quotes and credit-related and other analyses are statements of opinion as of the date they are expressed and not statements of fact or recommendations to purchase, hold, or sell any securities or to make any investment decisions, and do not address the suitability of any security. S&P Global Market Intelligence may provide index data. Direct investment in an index is not possible. Exposure to an asset class represented by an index is available through investable instruments based on that index. S&P Global Market Intelligence assumes no obligation to update the Content following publication in any form or format. The Content should not be relied on and is not a substitute for the skill, judgment and experience of the user, its management, employees, advisors and/or clients when making investment and other business decisions. S&P Global Market Intelligence does not act as a fiduciary or an investment advisor except where registered as such. S&P Global keeps certain activities of its divisions separate from each other in order to preserve the independence and objectivity of their respective activities. As a result, certain divisions of S&P Global may have information that is not available to other S&P Global divisions. S&P Global has established policies and procedures to maintain the confidentiality of certain nonpublic information received in connection with each analytical process.

S&P Global may receive compensation for its ratings and certain analyses, normally from issuers or underwriters of securities or from obligors. S&P Global reserves the right to disseminate its opinions and analyses. S&P Global's public ratings and analyses are made available on its Web sites, www.standardandpoors.com (free of charge), and www.ratingsdirect.com and www.globalcreditportal.com (subscription), and may be distributed through other means, including via S&P Global publications and third-party redistributors. Additional information about our ratings fees is available at www.standardandpoors.com/usratingsfees.
© 2021 S&P Global Market Intelligence.