# EXHIBIT 24

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): December 7, 2021**

# STITCH FIX, INC.
**(Exact name of Registrant as Specified in Its Charter)**

**Commission file number: 001-38291**

| **Delaware** | **27-5026540** |
|---|---|
| **(State or other jurisdiction of incorporation or organization)** | **(I.R.S. Employer Identification No.)** |

**1 Montgomery Street, Suite 1500**
**San Francisco, California 94104**
**(Address of principal executive offices and zip code)**

**(415) 882-7765**
**(Registrant's Telephone Number, Including Area Code)**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instructions A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| **Title of Each Class** | **Trading Symbol** | **Name of Each Exchange on Which Registered** |
|---|---|---|
| Class A common stock, par value $0.00002 per share | SFIX | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On December 7, 2021, Stitch Fix, Inc. (the "Company") announced its financial results for the first quarter of fiscal year 2022 ended October 30, 2021, by issuing a press release. In the press release, the Company also announced that it would be holding a conference call on December 7, 2021, at 1:30 p.m. Pacific Time to discuss its financial results for the first quarter of fiscal year 2022 ended October 30, 2021. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K (this "Current Report") and incorporated by reference herein.

The information included in Item 2.02 of this Current Report and the exhibits attached hereto are being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in any such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
|---|---|
| 99.1 | Earnings Press Release dated December 7, 2021 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Company has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Stitch Fix, Inc.**

Dated:    December 7, 2021                                By:    /s/ Dan Jedda

Dan Jedda
Chief Financial Officer

**Exhibit 99.1**



## Stitch Fix Announces First Quarter Fiscal Year 2022 Financial Results

SAN FRANCISCO, December 7, 2021 (GLOBE NEWSWIRE) -- Stitch Fix, Inc. (NASDAQ:SFIX), the leading online personal shopping and styling service, has released its financial results for the first quarter of fiscal year 2022 ended October 30, 2021.

Stitch Fix CEO Elizabeth Spaulding said, "In Q1 we delivered $581 million in net revenue, reflecting 19% year-over-year growth. Our revenue per active client topped $500 for the second quarter in a row, reaching a record $524 across our nearly 4.2 million clients. These quarterly results reflect a strong performance in our business from both Fix and Freestyle. With the launch of Stitch Fix Freestyle we are expanding and broadening our offering, and we are excited to continue to enhance the experience for clients through the introduction of new product features and expanded merchandise selections, increasing the number of purchase occasions we serve. Overall, we are pleased with the important progress we are making towards our vision of becoming the global destination for personal shopping."

### First Quarter Key Metrics and Financial Highlights

•Net revenue of $581.2 million, an increase of 19% year over year

•Active clients of 4,180,000, an increase of 417,000 or 11% year over year

•Net revenue per active client of $524, an increase of 12% year over year

•Net loss of $1.8 million and diluted loss per share of $0.02

•Adjusted EBITDA of $38.2 million

### Business Highlights

•Delivered strong top line revenue growth with continued momentum in Womens as well as in Kids, and in the U.K., where we nearly doubled revenue when compared to the first quarter of last year

•Q1 saw the expansion of Freestyle to new clients, representing an evolution in our business. With Freestyle, we are expanding and broadening our personalized shopping offering

•Added over 20 new brands, including Adidas, DKNY, Vans and Rag & Bone Footwear, as well as launched new product lines such as our Elevate Black-owned brand grantees and Mohnton Made, our new sustainable and US-built basics line

•Gross margins were at an all-time high driven by improved product margins and shipping cost optimizations

•Delivered strong adjusted EBITDA, reflecting sustained revenue growth, with strong gross margins, and lower marketing spend

### Financial Outlook

Our financial outlook for the second quarter of fiscal 2022, which ends on January 29, 2022, is as follows:

|  | Q2'22 |  |
|---|---|---|
| Net Revenue | $505 million - $520 million | 0% - 3% YoY growth |
| Adjusted EBITDA | $(5) million - $5 million | (1)% - 1% margin |

For the full fiscal year 2022, which ends on July 30, 2022, we expect year-over-year net revenue growth at a high single-digit rate and adjusted EBITDA margin to be between 1% and 2%.

**Conference Call and Webcast Information**

Elizabeth Spaulding, Chief Executive Officer of Stitch Fix, and Dan Jedda, Chief Financial Officer of Stitch Fix, will host a conference call at 1:30 p.m. Pacific Time today to discuss the Company's financial results and outlook. A live webcast will be accessible on Stitch Fix's investor relations website at investors.stitchfix.com. Interested parties can also access the call by dialing 888-204-4368 in the U.S. or 720-543-0214 internationally, and entering conference code 6712573.

A telephonic replay will be available through Tuesday, December 14, 2021, at 888-203-1112 or 719-457-0820, passcode 6712573. An archive of the webcast conference call will be available shortly after the call ends at https://investors.stitchfix.com.

**About Stitch Fix, Inc.**

Stitch Fix is the world's leading online personalized shopping experience. Our unique business model combines the human touch of expert stylists with the precision of advanced data science. Since our founding in 2011, we've served as a trusted style partner to millions of people, helping adults and kids get dressed every day feeling like their best selves. The Stitch Fix team is building a transformative and inclusive ecommerce model, an ecosystem of shopping experiences based on convenience and guided discovery that makes it radically simple and delightful for customers to discover and buy what they love. For more, visit https://www.stitchfix.com.

**Forward-Looking Statements**

This press release, the related conference call and webcast contain forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact could be deemed forward looking, including but not limited to statements regarding our expectations for future financial performance, including our profitability and long-term targets; guidance on financial results for the second quarter and full year of 2022; the momentum of our business; the rate of client migration to our offering; the forecasted continued and lasting shift to online shopping and our ability to capture market share; that the learning and experimenting we are engaging in can be optimized and will help build a great customer experience; our expected conversion and retention of new and existing clients; the success of and opportunity related to our Freestyle offering, including that Freestyle provides new client potential and enables access to a greater share of shopping occasions; that we will be able to create the optimal client experience and conversion paths for new clients; that the testing of new onboarding approaches that balance personalization with speed of access into the experience will be impactful work and will reduce friction for new clients accessing Freestyle; our ability to invest in brands and expand product categories; our ability to build greater brand equity of our exclusive brands; that Freestyle will expand our ecosystem and fuel client acquisition by unlocking the full addressable apparel market; our ability to leverage our engineering and data science capabilities to drive efficiencies in our business and enhance our ability to personalize our service and offerings; our ability to invest in our technology and evolve our technology platform and that this evolution will help us achieve our goals; that investments in our technology will pay-off over the long term; our advertising and marketing plans, including opening up new marketing channels, and whether our marketing investments will pay off in future quarters; that we will have growth in active clients in the third quarter of 2022; that evolving our onboarding process and marketing channels will lead to new client additions who will engage with us over the long term; and that the investments we are making now will allow us to unlock a long-term opportunity presented by Freestyle. These statements involve substantial risks and uncertainties, including risks and uncertainties related to the ongoing COVID-19 pandemic, our responses to the pandemic, the responses of our clients, competitors, suppliers, governmental authorities, and public health officials; our ability to generate sufficient net revenue to offset our costs; the growth of our market and consumer behavior; our ability to acquire, engage, and retain clients; our ability to provide offerings and services that achieve market acceptance; our data science and technology, stylists, operations, marketing initiatives, and other key strategic areas; risks related to our inventory; risks related to our supply chain, sourcing of materials and shipping of merchandise; risks related to international operations; and other risks described in the filings we make with the SEC. Further information on these and other factors that could cause our financial results, performance, and achievements to differ materially from any results, performance, or achievements anticipated, expressed, or implied by these forward-looking statements is included in filings we make with the SEC from time to time, including in the section titled "Risk Factors" in our Annual Report on Form 10-K for the fiscal year ended July 31, 2021. These documents are available on the SEC Filings section of the Investor Relations section of our website at: https://investors.stitchfix.com. We undertake no obligation to update any forward-looking statements made in this press release to reflect events or circumstances after the date of this press release or to reflect new information or the occurrence of unanticipated events, except as required by law. The achievement or success of the matters covered by such forward-looking statements involves known and unknown risks, uncertainties, and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make. You should not rely upon forward-looking statements as predictions of future events. Forward-looking statements represent our management's beliefs and assumptions only as of the date such statements are made.