**BERNSTEIN LITOWITZ BERGER**
  **& GROSSMANN LLP**
JONATHAN D. USLANER (256898)
(jonathanu@blbglaw.com)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

*Counsel for Lead Plaintiffs Retail Wholesale*
*Department Store Union ("RWDSU") Local*
*338 Retirement Fund, RWDSU Local 338*
*Health & Welfare Fund, RWDSU Local 338*
*General Fund, and RWDSU Local 338*
*Benefits Trust Fund*

**COOLEY LLP**
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

*Counsel for Defendants Stitch Fix, Inc.,*
*Katrina Lake, and Elizabeth Spaulding*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al., | Case No. 4:22-cv-04893-PCP |
| Plaintiffs, | **JOINT STIPULATED REQUEST AND [PROPOSED] ORDER TO SET SCHEDULE FOR SECOND AMENDED COMPLAINT AND MOTION TO DISMISS BRIEFING** |
| v. | |
| STITCH FIX, INC., et al., | Dept:      Courtroom 8, 4th Fl. |
| Defendants. | Judge:     Hon. P. Casey Pitts |
| | Trial Date: Not Yet Set |
| | Date Action Filed: August 26, 2022 |

Pursuant to Civil Local Rules 6-1 and 6-2, Lead Plaintiffs Retail Wholesale Department

Store Union ("RWDSU") Local 338 Retirement Fund, RWDSU Local 338 Health & Welfare Fund,

STIPULATION AND [PROPOSED] ORDER
4:22-CV-04893-PCP

RWDSU Local 338 General Fund, and RWDSU Local 338 Benefits Trust Fund (collectively, "Lead Plaintiffs") and defendants Stitch Fix, Inc., Katrina Lake, and Elizabeth Spaulding (collectively "Defendants," and together with Lead Plaintiffs, the "Parties"), hereby agree and stipulate that good cause exists to request an order from the Court setting Lead Plaintiffs' time to file a Second Amended Complaint and for Defendants' subsequent motion to dismiss.

WHEREAS, on August 26, 2022, Lead Plaintiffs filed a putative class action complaint against Defendants for alleged violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Complaint");

WHEREAS, under section 78u-4(b)(3)(B) of the PSLRA, all discovery and other proceedings in the above captioned action are stayed during the pendency of any motion to dismiss;

WHEREAS, on September 22, 2022, the Honorable Haywood S. Gilliam, Jr. granted the Stipulated Request and Order to Extend Defendants' Time to Respond to the Complaint and Vacate Initial Case Management Conference and ADR Deadlines (ECF No. 15);

WHEREAS, on May 22, 2023, Judge Gilliam, Jr., issued an Order Granting the Local 338 Funds' Motion for Appointment as Lead Plaintiff and Approval of its Selection of Counsel (ECF No. 42);

WHEREAS, on May 26, 2023, Judge Gilliam, Jr., granted the Stipulated Request and Order to Set Schedule for Amended Complaint and Motion to Dismiss Briefing and to Vacate Initial Case Management Conference and ADR Deadlines (ECF No. 51), providing that, *inter alia*:

- Lead Plaintiffs shall file their first amended complaint by August 15, 2023;
- Defendants shall file their motion to dismiss by November 1, 2023;
- Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss by December 22, 2023;
- Defendants shall file their reply in support of their motion to dismiss by February 6, 2024;

WHEREAS, the Parties each timely filed their respective papers on the above-listed dates (ECF Nos. 52, 69, 72, 74);

WHEREAS, on September 8, 2023, the Honorable P. Casey Pitts granted the Parties'

JOINT STIPULATION AND [PROPOSED] ORDER
4:22-CV-04893-PCP

Stipulation and Order to Vacate Deadline to File Joint Case Management Statement and Anticipated Case Management Conference and All Related Deadlines (ECF No. 66) pending resolution of Defendants' motion to dismiss;

WHEREAS, on July 16, 2024, after oral argument, the Court issued an Order granting Defendants' motion to dismiss with leave for Lead Plaintiffs to file a Second Amended Complaint within 21 days of that order (ECF No. 81);

WHEREAS, Plaintiffs request, and Defendants do not oppose, an extension to file their Second Amended Complaint to accommodate competing litigation schedules and other pre-existing commitments of counsel for Plaintiffs;

WHEREAS, the Parties have agreed on a briefing schedule to promote orderly resolution of briefing related to Defendants' anticipated motion to dismiss the Second Amended Complaint;

WHEREAS, this is the Parties' first request for time modifications of the briefing schedule for the Second Amended Complaint;

WHEREAS, the Parties' requested schedule will have no effect on any other dates currently scheduled by the Court;

NOW, THEREFORE, the Parties, subject to approval of the Court, hereby stipulate and agree as follows:

1.    Lead Plaintiffs shall file their Second Amended Complaint by September 13, 2024.

2.    Defendants shall file their motion to dismiss by November 8, 2024.

3.    Lead Plaintiffs shall file their opposition to Defendants' motion to dismiss by December 23, 2024.

4.    Defendants shall file their reply in support of their motion to dismiss by January 31, 2025.

IT IS SO STIPULATED.

JOINT STIPULATION AND [PROPOSED] ORDER
4:22-CV-04893-PCP

Dated: July 24, 2024

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP


By: */s/ Rebecca E. Boon*
Rebecca E. Boon (*pro hac vice*)
(Rebecca.boon@blbglaw.com)
Alec T. Coquin (*pro hac vice forthcoming*)
(alec.coquin@blbglaw.com)
Brandon A. Slotkin (*pro hac vice*)
(brandon.slotkin@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 554-1400
Facsimile: (212) 554-1444

Jonathan D. Uslaner (Bar No. 256898)
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Telephone: (310) 819-3470
(jonathanu@blbglaw.com)

Attorneys for Lead Plaintiffs
RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 HEALTH & WELFARE FUND, RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 GENERAL FUND, and RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 BENEFITS TRUST FUND

Dated: July 24, 2024

COOLEY LLP


By:*/s/ Brett H. De Jarnette*
Brett H. De Jarnette

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, and ELIZABETH SPAULDING

JOINT STIPULATION AND [PROPOSED] ORDER
4:22-CV-04893-PCP

**ATTESTATION**

In compliance with Civil Local Rule 5-1(i)(3), all signatories concur in the filing of this document.

Dated: July 24, 2024                By:/s/ Rebecca E. Boon
                                         Rebecca E. Boon

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Date: July 25, 2024      _____
                                  Honorable P. Casey Pitts
                                  United States District Judge

5                           JOINT STIPULATION AND [PROPOSED] ORDER
                                            4:22-CV-04893-PCP