UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al.,

Plaintiff(s),

v.

STITCH FIX, INC., et al.,

Defendant(s).

Case No. 5:22-CV-04893-PCP

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Alec T. Coquin , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: See attached Schedule A in the above-entitled action. My local co-counsel in this case is Jonathan D. Uslaner , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: 256898 .

Bernstein Litowitz Berger & Grossmann LLP
1251 Avenue of the Americas, 44th Floor
New York, New York 10022
MY ADDRESS OF RECORD

Bernstein Litowitz Berger & Grossmann LLP
2121 Avenue of the Stars, Suite 2575
Los Angeles, California 90067
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(212) 554-1400
MY TELEPHONE # OF RECORD

(310) 819-3470
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

alec.coquin@blbglaw.com
MY EMAIL ADDRESS OF RECORD

jonathanu@blbglaw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5370549 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 10, 2024                                    Alec T. Coquin
                                                             APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Alec T. Coquin  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  September 10, 2024

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

United States District Court
Northern District of California

## **<u>SCHEDULE A</u>**

I, Alec T. Coquin, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing Lead Plaintiffs:

Retail Wholesale Department Store Union Local 338 Retirement Fund;
Retail Wholesale Department Store Union Local 338 Health & Welfare Fund;
Retail Wholesale Department Store Union Local 338 General Fund; and
Retail Wholesale Department Store Union Local 338 Benefits Trust Fund.



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———————

I, *Darrell M. Joseph, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that*

## Alec Tibor Coquin

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* **November 4, 2015,** *has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on July 24, 2024.*

*Clerk of the Court*

*CertID-00184636*