COOLEY LLP
PATRICK E. GIBBS (183174) (pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919) (bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217) (jfernandes@cooley.com)
AMIE L. SIMMONS (336356) (asimmons@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE,
and ELIZABETH SPAULDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>STITCH FIX, INC., et al.,<br><br>                    Defendants. | Case No. 5:22-cv-04893-PCP<br><br>**DECLARATION OF JANELLE M. FERNANDES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED CLASS ACTION COMPLAINT FOR VIOLATIONS OF THE FEDERAL SECURITIES LAWS**<br><br>Date:        March 20, 2025<br>Time:        10:00 a.m.<br>Dept:        Courtroom 8, 4th Floor<br>Judge:       Hon. P. Casey Pitts<br><br>Trial Date: Not Yet Set<br>Date Action Filed: August 26, 2022 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

I, Janelle M. Fernandes, declare:

1.      I am an associate with the law firm Cooley LLP, counsel for Defendants Stitch Fix, Inc. ("Stitch Fix" or the "Company"), Katrina Lake, and Elizabeth Spaulding (together with Stitch Fix, "Defendants") in this action.  I submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Motion" or "Motion to Dismiss").

2.      I am an attorney licensed to practice law before the courts of the State of California and this district court.  I am over 18 years of age and have personal knowledge of the facts set forth below.  If called as a witness, I could and would competently testify thereto.

3.      This Declaration concerns two topics.  In Part I, I describe the documents subject to Defendants' Request for Judicial Notice and for Incorporation By Reference in Support of Defendants' Motion to Dismiss, filed concurrently herewith.  In Part II, I describe the steps I took to analyze stock sales by Defendant Lake using Forms 4 Statements of Changes in Beneficial Ownership filed by Stitch Fix with the U.S. Securities and Exchange Commission ("SEC").

I.      **DOCUMENTS SUBJECT TO JUDICIAL NOTICE AND/OR INCORPORATION BY REFERENCE**

4.      Attached as **Exhibit 1** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended August 3, 2019, filed with the SEC on October 1, 2019.   The Form 8-K is publicly available from the SEC on its website at https://www.sec.gov/Archives/edgar/data/1576942/000157694219000010/q42019earningsrelease 8-k.htm.  Relevant portions of this document are highlighted for the Court's convenience.

5.      Attached as **Exhibit 2** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the fourth quarter of fiscal year 2019, which occurred on October 1, 2019, published by S&P Global Market Intelligence.  This earnings call is referenced in the Complaint at ¶¶28–29.  Relevant portions of this document are highlighted for the Court's convenience.

6.      Attached as **Exhibit 3** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the first quarter of fiscal year 2020, which occurred on December 9, 2019,

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

published by S&P Global Market Intelligence. Relevant portions of this document are highlighted for the Court's convenience.

7.    Attached as **Exhibit 4** is a true and correct copy of a Transcript of Stitch Fix's presentation at the Goldman Sachs Technology & Internet Conference on February 11, 2020, published by S&P Global Market Intelligence. Relevant portions of this document are highlighted for the Court's convenience.

8.    Attached as **Exhibit 5** is a true and correct copy of a Transcript of Stitch Fix's earnings call for the second quarter of fiscal year 2020, which occurred on March 9, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶ 33. Relevant portions of this document are highlighted for the Court's convenience.

9.    Attached as **Exhibit 6** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended May 2, 2020, filed with the SEC on June 8, 2020. The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694220000032/sfix-20200608.htm. Relevant portions of this document are highlighted for the Court's convenience.

10.    Attached as **Exhibit 7** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the third quarter of fiscal year 2020, which occurred on June 8, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶¶ 5, 21–22, 38, 40, 51, 147, 149, 151, 201, 216, and 218. Relevant portions of this document are highlighted for the Court's convenience.

11.    Attached as **Exhibit 8** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended May 2, 2020, filed with the SEC on June 9, 2020. The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/ edgar/data/0001576942/000157694220000035/sfix-20200502.htm. Relevant portions of this document are highlighted for the Court's convenience.

12.    Attached as **Exhibit 9** is a true and correct copy of the Transcript of Stitch Fix's presentation at the William Blair Growth Stock Virtual Conference on June 10, 2020. This transcript is referenced in the Complaint at ¶¶ 21, 41, 153–54. Relevant portions of this document

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

are highlighted for the Court's convenience.

13. Attached as **Exhibit 10** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the fourth quarter of fiscal year 2020, which occurred on September 22, 2020, published by S&P Global Market Intelligence. Relevant portions of this document are highlighted for the Court's convenience.

14. Attached as **Exhibit 11** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the first quarter of fiscal year 2021, which occurred on December 7, 2020, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶¶ 21–22, 82–83, 157–58, 199, and 216. Relevant portions of this document are highlighted for the Court's convenience.

15. Attached as **Exhibit 12** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended October 31, 2020, filed with the SEC on December 8, 2020. The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694220000144/sfix-20201031.htm. Relevant portions of this document are highlighted for the Court's convenience.

16. Attached as **Exhibit 13** is a true and correct copy of a Transcript of Stitch Fix's presentation at the Goldman Sachs Technology & Internet Conference on February 10, 2021, published by S&P Global Market Intelligence. This transcript is referenced in the Complaint at ¶¶21, 159–161, and 207. Relevant portions of this document are highlighted for the Court's convenience.

17. Attached as **Exhibit 14** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended January 30, 2021, filed with the SEC on March 8, 2021. The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000038/sfix-20210308.htm. This 8-K is referenced in the Complaint at ¶¶ 21–22, 87, 162–63, and 178. Relevant portions of this document are highlighted for the Court's convenience.

18. Attached as **Exhibit 15** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the second quarter of fiscal year 2021, which occurred on March 8, 2021,

Cooley LLP
Attorneys at Law
Palo Alto

4

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

published by S&P Global Market Intelligence. This presentation is referenced in the Complaint at ¶¶ 22, 87–88, 162–165, 178, 219. Relevant portions of this document are highlighted for the Court's convenience.

19.    Attached as **Exhibit 16** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended January 30, 2021, filed with the SEC on March 9, 2021. The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000040/sfix-20210130.htm. Relevant portions of this document are highlighted for the Court's convenience.

20.    Attached as **Exhibit 17** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the third quarter of fiscal year 2021, which occurred on June 7, 2021, published by S&P Global Market Intelligence. This presentation is referenced in the Complaint at ¶¶ 22, 98– 99, 167–69. Relevant portions of this document are highlighted for the Court's convenience.

21.    Attached as **Exhibit 18** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-Q for the fiscal quarter ended May 1, 2021, filed with the SEC on June 8, 2021. The 10-Q is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000082/sfix-20210501.htm. Relevant portions of this document are highlighted for the Court's convenience.

22.    Attached as **Exhibit 19** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the fourth quarter of fiscal year 2021, which occurred on September 21, 2021, published by S&P Global Market Intelligence. This presentation is referenced in the Complaint at ¶¶ 9, 22, 113–14, 170–175, and 220. Relevant portions of this document are highlighted for the Court's convenience.

23.    Attached as **Exhibit 20** are relevant excerpts of a true and correct copy of Stitch Fix's Form 10-K for the fiscal year 2021, filed with the SEC on September 27, 2021. The 10-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000157694221000121/sfix-20210731.htm. Relevant portions of this document are highlighted for the Court's convenience.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

5

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

24.     Attached as **Exhibit 21** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended October 30, 2021, filed with the SEC on December 7, 2021.     The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694221000140/sfix-20211207.htm.  This 8-K is referenced in the Complaint at ¶ 118.  Relevant portions of this document are highlighted for the Court's convenience.

25.     Attached as **Exhibit 22** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the first quarter of fiscal year 2022, which occurred on December 7, 2021, published by S&P Global Market Intelligence.  This presentation is referenced in the Complaint at ¶¶ 11, 53, 118, 121, and 180.  Relevant portions of this document are highlighted for the Court's convenience.

26.     Attached as **Exhibit 23** are relevant excerpts of a true and correct copy of Stich Fix's Form 8-K announcing earnings for the quarter ended January 29, 2022, filed with the SEC on March 8, 2022.  The 8-K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001576942/000157694222000011/sfix-20220308.htm.     This 8-K is referenced in the Complaint at ¶ 123.  Relevant portions of this document are highlighted for the Court's convenience.

27.     Attached as **Exhibit 24** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the second quarter of fiscal year 2022, which occurred on March 8, 2022, published by S&P Global Market Intelligence.  This presentation is referenced in the Complaint at ¶¶ 12, 123–34, 126, and 182.  Relevant portions of this document are highlighted for the Court's convenience.

28.     Attached as **Exhibit 25** is a true and correct copy of the Transcript of Stitch Fix's Earnings Call for the third quarter of fiscal year 2022, which occurred on June 9, 2022, published by S&P Global Market Intelligence.  This presentation is referenced in the Complaint at ¶ 13. Relevant portions of this document are highlighted for the Court's convenience.

29.     Attached as **Exhibit 26** is a true and correct copy of Stich Fix's Form 8-K announcing the resignation of Elizabeth Spaulding, filed with the SEC on January 5, 2023.  The 8-

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

6

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

K is publicly available from the SEC on its website at https://www.sec.gov/ix?doc= /Archives/edgar/data/0001576942/000119312523002459/d396326d8k.htm. This 8-K is referenced in the Complaint at ¶ 14, 140, and 229. Relevant portions of this document are highlighted for the Court's convenience.

30. Attached as **Exhibit 27** is a true and correct compilation of Form 4 Statements of Changes in Beneficial Ownership for Katrina Lake, filed with the SEC between June 8, 2018 and June 8, 2020. These Forms 4 are publicly available from the SEC on its website at http://www.sec.gov/edgar. The transactions reflected in these Forms 4 are referenced in the Complaint at ¶ 228. Relevant portions of this document are highlighted for the Court's convenience.

31. Attached as **Exhibit 28** is a true and correct compilation of Form 4 Statements of Changes in Beneficial Ownership for Katrina Lake, filed with the SEC between June 9, 2020 and June 9, 2022. These Forms 4 are publicly available from the SEC on its website at http://www.sec.gov/edgar. The transactions reflected in these Forms 4 are referenced in the Complaint at ¶ 10, 228. Relevant portions of this document are highlighted for the Court's convenience.

32. Attached as **Exhibit 29** are relevant excerpts of a true and correct copy of Stitch Fix's Schedule 14A Definitive Proxy Statement, filed with the SEC on November 4, 2020. The Schedule 14A is publicly available from the SEC on its website at https://www.sec.gov/Archives/edgar/data/1576942/000157694220000119/a2020proxystatement.htm. Relevant portions of this document are highlighted for the Court's convenience.

33. Attached as **Exhibit 30** are relevant excerpts of a true and correct copy of Stitch Fix's Schedule 14A Definitive Proxy Statement, filed with the SEC on November 1, 2022. The Schedule 14A is publicly available from the SEC on its website at https://www.sec.gov/Archives/edgar/data/1576942/000157694222000086/a2022proxystatement.htm. Relevant portions of this document are highlighted for the Court's convenience.

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

7

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

## II.      ANALYSIS OF KATRINA LAKE'S STOCK SALES

34.      In analyzing Ms. Lake's sales of Stitch Fix securities, I reviewed the Form 4 Statements of Changes in Beneficial Ownership that Stitch Fix filed with the SEC on her behalf. Specifically, I reviewed all Forms 4 reflecting Ms. Lake's sales of securities filed during the 24 months during the alleged class period, defined in the SAC as June 9, 2020 through June 9, 2022 (the "Class Period"). (SAC at 1); (Ex. 28). I also reviewed all Forms 4 reflecting Ms. Lake's sales of securities during the 24 months preceding the alleged Class Period, from June 8, 2018 through June 8, 2020 (the "Pre-Class Period"). (Ex. 27) (collecting all Forms 4 filed on behalf of Ms. Lake during the Pre-Class Period).

35.      A sale of stock as reported to the SEC on Form 4 can involve either a sale on the open market (coded as "S" transactions) or a withholding of securities for payment of tax liability (coded as "F" transactions"). In reviewing the Complaint's allegations regarding Ms. Lake's stock sales, I determined that Plaintiffs' calculations incorporated only sales on the open market. (¶228.) For this reason, in my analysis I similarly incorporated only open-market sales and not stock sales in the form of tax withholding.

36.      To determine the total number of shares Ms. Lake sold in each period, I calculated the sum of all her sales during the period pursuant to the Forms 4. I determined that during the Pre-Class Period, Ms. Lake sold 2,233,661 shares, and during the Class Period, Ms. Lake sold 2,146,130 shares.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed November 8, 2024, in Denver, Colorado.

/s/ Janelle M. Fernandes
Janelle M. Fernandes

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

8

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP

**ATTESTATION OF CONCURRENCE OF FILING**

Pursuant to Civil L.R. 5-1(h)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

/s/ Brett De Jarnette
Brett De Jarnette

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

9

FERNANDES DECL. ISO MOTION
TO DISMISS SAC
5:22-CV-04893-PCP