# EXHIBIT 1

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): October 1, 2019**

# STITCH FIX, INC.

**(Exact name of Registrant as Specified in Its Charter)**

| Delaware | 001-38291 | 27-5026540 |
|---|---|---|
| **(State or Other Jurisdiction of Incorporation)** | **(Commission File Number)** | **(IRS Employer Identification No.)** |
| **1 Montgomery Street, Suite 1500 San Francisco, California** | | **94104** |
| **(Address of Principal Executive Offices)** | | **(Zip Code)** |

**(415) 882-7765**
**(Registrant's Telephone Number, Including Area Code)**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instructions A.2. below):

☐  Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐  Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐  Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐  Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Class A common stock, par value $0.00002 per share | SFIX | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On October 1, 2019, Stitch Fix, Inc. (the "Company") announced its financial results for the fourth quarter and full fiscal year 2019 ended August 3, 2019, by issuing a Letter to Shareholders (the "Letter") and a press release. In the Letter and the press release, the Company also announced that it would be holding a conference call on October 1, 2019, at 2 p.m. Pacific Time to discuss its financial results for the fourth quarter and full fiscal year 2019 ended August 3, 2019. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K and incorporated by reference herein. A copy of the Letter is furnished as Exhibit 99.2 to this Current Report on Form 8-K and incorporated by reference herein.

The information included in Item 2.02 of this Current Report on Form 8-K and the exhibits attached hereto are being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in any such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Press Release dated October 1, 2019 |
| 99.2 | Letter to Shareholders dated October 1, 2019 |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Company has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

|  |  | **Stitch Fix, Inc.** |
|---|---|---|
| Dated:   October 1, 2019 | By: | /s/ Paul Yee |
|  |  | Paul Yee |
|  |  | *Chief Financial Officer* |

**Exhibit 99.1**



## Stitch Fix Announces Fourth Quarter and Full Fiscal Year 2019 Financial Results

SAN FRANCISCO, October 1, 2019 (GLOBE NEWSWIRE) -- Stitch Fix, Inc. (NASDAQ:SFIX), the leading online personal styling service, has released its financial results for the fourth quarter and full fiscal year 2019 ended August 3, 2019, and posted a letter to its shareholders on its investor relations website. Fiscal year 2019 included 53 weeks, with the additional week occurring in the fourth quarter.

**Fourth quarter highlights**

- Active clients of 3.2 million, an increase of 18% year over year
- Net revenue of $432.1 million, an increase of 36% year over year
- Net income of $7.2 million and adjusted EBITDA of $6.4 million
- Diluted earnings per share of $0.07

**Full year highlights**

- Net revenue of $1.6 billion, an increase of 29% year over year
- Net income of $36.9 million and adjusted EBITDA of $39.6 million
- Diluted earnings per share of $0.36

*"Q4 was another strong quarter for us, delivering net revenue of $432.1 million, representing 36% year-over-year growth,"* said Stitch Fix founder and CEO Katrina Lake. *"We grew our active clients to 3.2 million, an increase of 18% year over year. For the full year, we grew net revenue 29% year over year to $1.6 billion and captured more of our large addressable client base by adding nearly half a million active clients in 2019. In addition, we consistently demonstrated our ability to deliver great client experiences, growing revenue per active client in every quarter of fiscal 2019, including 9% year over year in Q4. These gains are a testament to the strength of our data science capabilities."*

Lake continued, *"In our second year as a public company I'm proud of how much we've accomplished, and the opportunities we've created for future growth across categories and geographies. We have built a personalization engine with incredible potential, and I'm excited to expand on our platform in new and innovative ways."*

Please visit the Stitch Fix investor relations website at https://investors.stitchfix.com to view the financial results included in the letter to shareholders. The Company intends to continue to make future announcements of material financial and other information through its investor relations website. The Company will also, from time to time, disclose this information through press releases, filings with the Securities and Exchange Commission, conference calls, or webcasts, as required by applicable law.

**Conference Call and Webcast Information**

Katrina Lake, Founder and Chief Executive Officer of Stitch Fix, Paul Yee, Chief Financial Officer of Stitch Fix, and Mike Smith, President and Chief Operating Officer of Stitch Fix, will host a conference call at 2:00 p.m. Pacific Time today to discuss the Company's financial results and outlook. A live webcast will be accessible on Stitch Fix's investor relations website at investors.stitchfix.com. Interested parties can also access the call by dialing (800) 458-4121 in the U.S. or (786) 789-4772 internationally, and entering conference code 6009320.

A telephonic replay will be available through Tuesday, October 8, 2019, at (888) 203-1112 or (719) 457-0820, passcode 6009320. An archive of the webcast conference call will be available shortly after the call ends at https://investors.stitchfix.com.

**About Stitch Fix, Inc.**

Stitch Fix is reinventing the shopping experience by delivering one-to-one personalization to our clients, through the combination of data science and human judgment. Stitch Fix was founded in 2011 by CEO Katrina Lake. Since our founding, we've helped millions of men, women, and kids discover and buy what they love through personalized shipments of apparel, shoes, and accessories, hand-selected by Stitch Fix stylists and delivered to our clients' homes.

**Forward-Looking Statements**

This press release and related conference call and webcast contain forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact could be deemed forward looking, including but not limited to statements regarding our future financial performance, including our guidance on financial results for the first quarter and full year of fiscal 2020; market trends, growth, and opportunity; profitability; competition; the timing and success of expansions to our offering and penetration of our target markets, such as the launch of our offering in the United Kingdom and the launch of Shop New Colors and Shop Your Looks; our ability to leverage our engineering and data science capabilities to drive efficiencies in our business and enhance our ability to personalize; our plans to continue to roll out new features to extend our personalization platform and drive an even stronger personalized eCommerce model; our ability to continue to increase success rates; our plans related to client acquisition, including any impact on our costs and margins and our ability to continue to generate payback on our marketing investments and determine optimal marketing and advertising methods; and our ability to successfully acquire, engage, and retain clients. These statements involve substantial risks and uncertainties, including risks and uncertainties related to our ability to generate sufficient net revenue to offset our costs; the growth of our market and consumer behavior; our ability to acquire, engage, and retain clients; our ability to provide offerings and services that achieve market acceptance; our data science and technology, stylists, operations, marketing initiatives, and other key strategic areas; risks related to international operations; and other risks described in the filings we make with the Securities and Exchange Commission ("SEC"). Further information on these and other factors that could cause our financial results, performance, and achievements to differ materially from any results, performance, or achievements anticipated, expressed, or implied by these forward-looking statements is included in filings we make with the SEC from time to time, including in the section titled "Risk Factors" in our Quarterly Report on Form 10-Q for the fiscal quarter ended April 27, 2019. These documents are available on the SEC Filings section of the Investor Relations section of our website at: https://investors.stitchfix.com. We undertake no obligation to update any forward-looking statements made in this press release to reflect events or circumstances after the date of this press release or to reflect new information or the occurrence of unanticipated events, except as required by law. The achievement or success of the matters covered by such forward-looking statements involves known and unknown risks, uncertainties, and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make. You should not rely upon forward-looking statements as predictions of future events. Forward-looking statements represent our management's beliefs and assumptions only as of the date such statements are made.

Exhibit 99.2

 STITCH FIX

# Q4 and Fiscal Year 2019 Letter to Shareholders

**OCTOBER 1, 2019**

## Q4 and Fiscal Year 2019 Highlights:

- In Q4'19, we delivered $432.1 million in net revenue, representing 35.8% year-over-year growth, $7.2 million in net income, and $6.4 million in adjusted EBITDA.[1]

- We grew our active client count to 3.2 million as of August 3, 2019, an increase of 494,000 or 18.0% year over year.

- For the fiscal year ended August 3, 2019, we delivered $1,577.6 million in net revenue, representing 28.6% year-over-year growth, $36.9 million in net income, and $39.6 million in adjusted EBITDA.[1] We achieved these results as we continued to invest in category expansion, technology talent, and marketing.

- We introduced a direct-buy functionality for clients through Shop New Colors to enhance our ability to serve clients and increase our share of wallet. We also recently began testing Shop Your Looks for clients to purchase complementary products, another extension of this functionality.

- We leveraged our Style Shuffle platform and strengthened inventory assortment to deliver greater personalization both within and across client cohorts.

- We continued to drive fast payback on our marketing spend and see further opportunity to expand our diverse client base, and provide one-time, supplemental performance disclosures demonstrating these abilities.

## Q4 and Fiscal Year 2019 Key Results:



Active Clients (000s)

Net Revenue ($M)

Net Income ($M)

Adjusted EBITDA ($M)[1]

---

[1] We define adjusted EBITDA as net income excluding interest income, other income, net, provision for income taxes, depreciation and amortization, and, when present, the remeasurement of preferred stock warrant liability. For more information regarding adjusted EBITDA and the other non-GAAP financial measures discussed in this letter, please see the reconciliations of our non-GAAP measurements to their most directly comparable GAAP-based financial measurements included at the end of this letter.

## Dear Shareholder:

We are pleased to share our results for Q4 and fiscal year 2019, which ended August 3, 2019. As of the end of Q4'19, we served 3.2 million active clients, an 18.0% increase year over year, and grew net revenue to $432.1 million in Q4'19, a 35.8% increase year over year. We also generated net income of $7.2 million, diluted earnings per share of $0.07, and adjusted EBITDA of $6.4 million in Q4'19.

For fiscal year 2019, we generated net revenue of $1,577.6 million, a 28.6% increase year over year. We also generated net income of $36.9 million, diluted earnings per share of $0.36, and adjusted EBITDA of $39.6 million.

As we look back on our fourth quarter and full year, we're proud of our ability to balance strong revenue growth and profitability while making strategic investments to drive further growth in the quarters ahead.

## Q4'19 Business Highlights:

We introduced a direct-buy functionality for clients through Shop New Colors to enhance our ability to serve clients and increase our share of wallet. We also recently began testing Shop Your Looks for clients to purchase complementary products, another extension of this functionality.

In Q4'19, we introduced our new direct-buy functionality, which enables clients to choose and purchase items outside of a Fix directly from our website. One of these offerings, Shop New Colors, was introduced to our adult U.S. clients during the quarter, allowing them to buy previously purchased items in new colors, prints, and sizes. Clients can request these items on our app or website, and the items are then delivered directly without a styling fee. We are excited to offer clients more of the pieces they love in a personalized and convenient manner, and have been pleased with the early engagement and positive client feedback.

We also began applying this direct-buy functionality to test a new offering called Shop Your Looks with our Women's U.S. clients. What's unique about the offering is that it is curated and personalized to every client. It is based on items that clients have already purchased from us, and presents a highly personalized subset of algorithmically generated items, delivered to clients in the form of shoppable styling recommendations for pieces already in their closets. While we have tens of thousands of items available in our assortment that we could show, we are so confident in our personalization capabilities that we choose to only show clients an average of 30 to 40 shoppable items at one time.

### Q4'19 Highlights

ACTIVE CLIENTS
**3.2 million**
18.0% YoY growth

NET REVENUE
**$432.1 million**
35.8% YoY growth

GROSS PROFIT
**$190.4 million**
44.1% of net revenue

NET INCOME
**$7.2 million**
1.7% of net revenue

ADJUSTED EBITDA
**$6.4 million**
1.5% of net revenue

Through this highly personalized and curated experience, we've been pleased to see that over just a brief, eight-week beta test period, over one third of clients that purchase through Shop Your Looks engage with us multiple times, and approximately 60% of clients who buy through the offering purchase two items or more. Seeing these results demonstrates the tremendous opportunity to extend our personalization platform in new and incremental ways. We believe this direct-buy functionality has the potential to drive further engagement between Fixes, increase our ability to serve clients well and gain greater share of wallet, while also providing new entry points into our business.



**We leveraged our Style Shuffle platform and strengthened inventory assortment to deliver greater personalization both within and across client cohorts.**

### Evolution of Style Shuffle

We've begun using Style Shuffle, an interactive platform designed to engage clients and collect actionable feedback, to fuel strategic decisions across our business. In prior quarters, we incorporated Style Shuffle data into match scores and leveraged it to better pair clients with stylists. Most recently, we began integrating Style Shuffle data into our styling application to improve our recommendations. Specifically in Q4'19, we've translated these ratings into visual galleries that provide stylists with greater visibility into each client's style preferences. Since adding visual style galleries into our styling platform, we've increased the number of items purchased per Fix, average order value, and client satisfaction.

To date, we've integrated visual galleries for Women's clients and plan to expand to other categories over time to deliver enhanced personalization and client outcomes. Over time, we see multiple end uses for the Style Shuffle platform that include informing our merchandise buys, testing new styles, and further personalizing our marketing campaigns.

### Investing in Inventory Breadth

Throughout fiscal 2019, we broadened our inventory assortment to support our growing and diverse client base. We grew the number of brands we shipped to Women's clients by nearly 50% and expanded the number of Women's styles we offer by nearly 70% over the last two fiscal years, which allowed us to further penetrate our addressable market and serve more clients. We also grew our assortment of items with distinct end uses such as workwear, special occasion, and casual wear more than five fold since 2017, enabling us to better serve our clients' diverse needs and drive greater share of wallet.

In Men's, we also expanded our assortment of brands, styles, and end uses. In activewear specifically, we doubled the number of products and brands over the last year to more closely align with clients' style and fit preferences. Even while making these investments, we continued to quickly turn our inventory at a rate of more than six times annually. Over time, we plan to use data science to inform even more of our inventory decisions, enabling us to enhance our assortment, better serve clients, and capture greater wallet share.



STYLE HIGHLIGHTS

NOT RECOMMENDED

*Strengthened Data Science and Inventory Bolsters Personalization*

As we enhance and scale our data science capabilities and strengthen our inventory assortment, we have driven higher success rates of items between the first, second, and third Fixes of a client's journey with us, as well as across cohorts. As our offering has evolved, we've moved beyond our traditional five-item Fix through initiatives including Kids, Extras, and Shop New Colors. For this reason, one measure we use to analyze our ability to personalize over time is our inventory's "success rate", or the percentage of time a given item is purchased by a client. Success rate helps us track purchase trends across our Women's, Men's, and Kids categories, regardless of the number of items that are included in a given Fix.

The following chart reflects the success rate of items sent to clients who checked out their first Fix between July 30, 2017 and July 28, 2018 (FY'18 cohort) and between July 29, 2018 and August 3, 2019 (FY'19 cohort).

As we continue to acquire new clients, it is important for us to learn quickly, provide highly personalized recommendations, and deliver a great client experience. The chart demonstrates that in both FY'18 and FY'19 cohorts, our average success rates increased across the first, second, and third Fixes. Specifically, for clients in the FY'18 cohort, we increased success rates between their first and second Fix by 8% and between their first and third Fix by 14%. In our FY'19 cohort, we continued to increase success rates between the first, second, and third Fixes.

In addition to illustrating our success within a cohort (Fix 1 relative to Fix 2 and Fix 3), the chart also highlights our strengthened personalization capabilities across cohorts (FY'18 vs. FY'19 cohort). Specifically, success rates of items sent in the first, second, and third Fixes of our FY'19 cohort grew by 17%, 19%, and 21%, respectively, relative to the first Fix in our FY'18 cohort.



**Indexed Success Rates by Cohort and Fix Tenure**

*Note: Includes Women's, Men's, and Kids categories in the U.S. and U.K., as well as Extras. Excludes Shop New Colors. Source: Internal company data.*

## Supplemental Performance Disclosures:

**We continued to generate fast payback on our marketing investments.**

Our success in acquiring high-quality clients gives us greater confidence in our marketing strategy and our ability to drive fast paybacks. One way we measure payback is by analyzing cumulative gross profit generated by a given cohort relative to advertising spent in the quarter we acquired those clients.

The chart below shows our quick payback and high return on advertising investment for four different cohorts and how this return increased for cohorts with longer tenures. Specifically, the chart reflects the cumulative gross profit generated by clients who checked out their first Fix between October 29, 2017 and January 27, 2018 (Q2'18 cohort), January 28, 2018 and April 28, 2018 (Q3'18 cohort), April 29, 2018 and July 28, 2018 (Q4'18 cohort), and July 29, 2018 and October 27, 2018 (Q1'19 cohort).

We determine the marketing payback ratio for a cohort by dividing their cumulative gross profit by the corresponding quarterly advertising spend. The chart below demonstrates how we continue to drive near-term payback on marketing spend and that the marketing payback ratio grows as clients engage with us over time.

- In Q1'19, we spent $39 million on advertising to attract clients who, as of Q4'19, have already generated $94 million of cumulative gross profit in the three quarters since they joined, reflecting a marketing payback ratio of 2.4x.

- In Q4'18, we spent $29 million on advertising to attract clients who have generated $80 million of cumulative gross profit in the four quarters since they joined, reflecting a marketing payback ratio of 2.8x.

- In Q3'18, we spent $25 million on advertising to attract clients who have generated $104 million of cumulative gross profit in the five quarters since they joined, reflecting a marketing payback ratio of 4.1x.

- In Q2'18, we spent $20 million on advertising to attract clients who have generated $85 million of cumulative gross profit in the six quarters since they joined, reflecting a marketing payback ratio of 4.3x.



Cumulative Gross Profit Payback on Marketing Spend

| | Q1'19 Cohort | Q4'18 Cohort | Q3'18 Cohort | Q2'18 Cohort |
|---|---|---|---|---|
| Full Quarters after First Fix [1] | 3 | 4 | 5 | 6 |
| Cumulative Gross Profit [2,3] | $94 | $80 | $104 | $85 |
| Advertising Spend [4] | $39 | $29 | $25 | $20 |

*Note: Dollars in millions. Includes Women's, Men's, and Kids categories in the U.S., as well as Extras. Excludes Shop New Colors. Source: Internal company data.*

[1] Cohorts comprise clients who checked out their first Fix at any time during the quarter indicated. Full Quarters after First Fix represents the number of fiscal quarters completed after the end of the cohort quarter indicated.

[2] Cumulative gross profit is defined as the cumulative net revenue from a cohort of clients beginning the day each client checked out their first Fix through August 3, 2019, multiplied by the quarterly gross margin from the quarter in which those clients checked out their first Fix. Net revenue in this analysis excludes revenue from styling fees, deductions for estimated refunds, gift card redemptions, referral credit adjustments and clearance sales, but includes sales taxes. We use this methodology because our accounting systems do not currently enable us to report GAAP revenue on a client-by-client or cohort basis. Cohort revenue may be impacted by fluctuations in the size of these excluded or included items that would not be reflected in a corresponding GAAP revenue analysis. Cumulative gross profit may vary based on timing of when first Fix checkouts occurred within a particular quarter (for example, if such checkouts were more heavily weighted toward the beginning of a quarter, cumulative gross profit may be higher).

[3] Gross margin fluctuations may affect each cohort's actual cumulative gross profit. For reference, gross profit margins during the periods reflected above were 44.1% in Q4'19, 45.1% in Q3'19, 44.1% in Q2'19, 45.1% in Q1'19, 44.4% in Q4'18, 43.6% in Q3'18, and 43.0% in Q2'18.

[4] Advertising spend reflects the total advertising spend during the fiscal quarter in which clients in a given cohort checked out their first Fix. Timing of advertising spend across quarters may impact payback ratios for cohorts.

## We have a diverse client base, demonstrating our ability to serve clients across all age groups.

We have clients across a diverse and fairly evenly distributed age range, which we believe demonstrates that our personalization service resonates with clients of all ages. In the chart below, we show various age segments of our active client base as of August 3, 2019, excluding our Kids category. We believe that this diversity provides significant growth opportunities across all age groups.

**Diversified Active Client Base**



% of Active Clients (excluding Kids)

Note: Includes Women's and Men's categories in the U.S. and U.K. Excludes Kids and Shop New Colors. Active client balance as of August 3, 2019. Source: Internal company data based on self-reported client information.

# Q4 and Fiscal Year 2019 Financial Highlights:

Our Q4'19 and fiscal year 2019 results demonstrate our ability to execute on our investments while successfully balancing growth and profitability. In both periods, we successfully grew net revenue by more than 25% year over year, while we self-funded investments in existing and new categories, gained efficiencies, and drove profitability and free cash flow.

## Active Clients

We grew our active client count to 3.2 million as of August 3, 2019, an increase of 494,000 clients and 18.0% year over year. We define an active client as a client who checked out a Fix or was shipped an item using our new direct-buy functionality in the preceding 12-month period (52 weeks), measured as of the last day of that period. A client checks out a Fix when he or she indicates which items he or she is keeping through our mobile app or website. We consider each Men's, Women's or Kids account as a client, even if they share the same household.


ACTIVE CLIENTS (000s)

## Net Revenue

In Q4'19, we grew net revenue to $432.1 million, compared to $318.3 million in Q4'18, an increase of 35.8% year over year. For fiscal year 2019, we generated $1,577.6 million of net revenue, an increase of 28.6% year over year. Our performance for the quarter and fiscal year was driven by increases in both active clients and net revenue per active client.

As a reminder, fiscal year 2019 is a 53-week year with Q4'19 consisting of 14 weeks. Our revenue includes the benefit of the extra week in both periods.

Net revenue per active client for the period ended August 3, 2019 was $488, an increase of 9.0% compared to the prior year. This represented our fifth consecutive quarter of net revenue per active client growth, driven primarily by healthy growth in our Women's category as well as continued success in our strategic initiatives. Note that the net revenue in this calculation benefits from the extra week in FY'19, which increased net revenue growth by approximately 2.5% in the year, and net revenue per active client growth by approximately 2.0%. As described above, active client count is measured on a 52-week basis.


NET REVENUE ($M)[2]

## Gross Margin

Q4'19 gross margin was 44.1%, compared to 44.4% in Q4'18, a decrease of 30 basis points. This decline was largely driven by an increase in inventory reserves year over year.

Gross margin for fiscal year 2019 was 44.6%, compared to 43.7% for fiscal year 2018, an increase of 90 basis points. This increase was primarily attributable to a reduction in our clearance levels due to improved inventory management, as well as a reduction in shrink expense.


GROSS MARGIN (%)



[2] *Discounts, sales tax, and estimated refunds are deducted from revenue to arrive at net revenue.*

## Selling, General & Administrative Expenses

Q4'19 SG&A was $188.6 million, or 43.7% of net revenue, compared to Q4'18 SG&A of $133.3 million, or 41.9% of net revenue, an increase of 180 basis points. For fiscal year 2019, SG&A was $679.6 million, or 43.1% of net revenue, compared to $493.0 million and 40.2% of net revenue for fiscal year 2018, an increase of 290 basis points.

Increases in both Q4'19 and fiscal year 2019 were driven by our investments in technology talent and the associated stock-based compensation expenses, as well as investments in marketing and our recent U.K. launch and expansion. These increases were partially offset by lower variable labor costs resulting from greater efficiencies in our warehouse and styling operations.

*Advertising.* We continue to make strategic and measured marketing investments. Q4'19 advertising expense increased year over year to $39.0 million from $28.9 million in Q4'18. Advertising as a percentage of net revenue was 9.0% in Q4'19 compared to 9.1% in the same period in the prior year. Fiscal year 2019 advertising expense was $152.1 million or 9.6% of revenue, compared to $102.1 million or 8.3% of revenue in fiscal year 2018.[3]



SG&A (%)

## Net Income and Earnings Per Share

Q4'19 net income was $7.2 million, or 1.7% of net revenue, compared to Q4'18 net income of $18.3 million, or 5.7% of net revenue, a decline of 400 basis points. Q4'19 diluted earnings per share and non-GAAP diluted earnings per share were $0.07. In Q4'18 diluted earnings per share was $0.18 and non-GAAP diluted earnings per share was $0.17.

In fiscal year 2019, we generated net income of $36.9 million, or 2.3% of net revenue, and diluted earnings per share and non-GAAP diluted earnings per share of $0.36. In fiscal year 2018, we generated net income of $44.9 million, diluted earnings per share of $0.34, and non-GAAP diluted earnings per share of $0.39.[4,5]



NET INCOME (LOSS) ($M)

---

[3] Advertising expenses include the costs associated with the production of advertising, television, radio and online advertising.
[4] All earnings per share figures reflect amounts attributable to common stockholders.
[5] We define non-GAAP EPS attributable to common stockholders - diluted as EPS attributable to common stockholders - diluted excluding, when present, the per share impact of the remeasurement of preferred stock warrant liability and the remeasurement of our net deferred tax assets in relation to the adoption of the Tax Act.

## Adjusted EBITDA

Q4'19 adjusted EBITDA was $6.4 million, or 1.5% of net revenue, compared to Q4'18 adjusted EBITDA of $11.1 million, or 3.5% of net revenue, a decrease of 200 basis points. This was primarily the result of higher fixed payroll and stock-based compensation expenses during the period.

In fiscal year 2019, we generated adjusted EBITDA of $39.6 million, or 2.5% of net revenue, compared to fiscal year 2018 adjusted EBITDA of $53.6 million, or 4.4% of net revenue, a decrease of 190 basis points. This decrease was driven by our investments in marketing, talent across our data science organization, and in support of our recent U.K. launch.

Note that we include stock-based compensation expense in our Q4 and fiscal year 2019 adjusted EBITDA calculation. As we've mentioned in the past, stock-based compensation is an important lever for us as we continue to invest in growing our data science and engineering teams. As we look ahead, we continue to recognize the need to balance the ongoing importance of stock-based compensation, while driving leverage in our business. At the same time, we recognize that comparable companies exclude stock-based compensation in adjusted EBITDA as companies use options and RSUs as a tool to attract talent in a competitive market. As a result, we will begin providing EBITDA both including and excluding the impact of stock-based compensation (SBC) in FY'20. Going forward, adjusted EBITDA will exclude stock based compensation expense while EBITDA will include it.

## Inventory and Free Cash Flow

In fiscal year 2019, we delivered inventory growth faster than net revenue growth as we invested in breadth to better serve our diverse client base. In addition, we drove inventory turns at a rate of more than six times annually. These results are a testament to the health of our inventory and the strength of our algorithms that support our buying, allocation, and styling activities. Our capital-light business model has also allowed us to generate strong free cash flow even as we invest in new merchandise offerings and expand our client base through category expansions. In fiscal year 2019, our capital expenditures totaled $30.8 million, or 2.0% of net revenue, while we generated free cash flow of $47.8 million.[7]



ADJUSTED EBITDA ($M)[6]

*For more information regarding the non-GAAP financial measures discussed in this letter, please see "Non-GAAP Financial Measures," below, including the reconciliations of our non-GAAP measures to their most directly comparable GAAP financial measures included at the end of this letter.*

---

[6] *We define adjusted EBITDA as net income excluding interest income, other income, net, provision for income taxes, depreciation and amortization, and, when present, the remeasurement of preferred stock warrant liability.*
[7] *We define free cash flow as cash flows provided by operating activities reduced by purchases of property and equipment that are included in cash flows used in investing activities.*

# Guidance:

Our financial outlook for Q1'20, which ends on November 2, 2019, is as follows:

| | Q1'20 | |
|---|---|---|
| Net Revenue | $438 – $442 million | 20% – 21% YoY growth |
| EBITDA [8] | $(7) – $(4) million | (1.6)% – (0.9)% margin |
| Adj. EBITDA (ex. SBC) [9] | $6 – $9 million | 1.4% – 2.0% margin |

We've planned Q1'20 softer than our full-year growth for two reasons. First, we've had greater success this year with summer products that carry lower average unit retails and average order values.  Second, we spent less on marketing in late Q4'19, which meant we had fewer clients to contribute to revenue at the start of Q1'20. Our guidance reflects continued momentum in our revenue per client growth, which was 9% in Q4'19, and consistent client count growth, which was 18% year over year in Q4'19.

Our Q1'20 EBITDA range includes SBC cost of $13 million as well as planned investments in marketing and the U.K., resulting in adjusted EBITDA excluding SBC in the range of $6 to $9 million. Looking ahead to Q2'20, we expect EBITDA to return to positive levels.

Our financial outlook for fiscal year 2020, which ends on August 1, 2020, is as follows:

| | Fiscal Year 2020 | |
|---|---|---|
| Net Revenue | $1.90 – $1.93 billion | 20.5% – 22.5% YoY growth vs. 53 weeks |
| | | 23% – 25% YoY growth vs. 52 weeks |
| EBITDA [8] | $10 – $30 million | 0.5% – 1.6% margin |
| Adj. EBITDA (ex. SBC) [9] | $85 – $105 million | 4.5% – 5.4% margin |

As a reminder, fiscal year 2019 was a 53-week year, which added approximately 2.5% to revenue growth in fiscal year 2019. In fiscal year 2020, we return to a 52-week year. For this reason, revenue growth comparisons between FY'20 (52 weeks) and FY'19 (53 weeks) will be negatively impacted by approximately 2.5% in FY'20. Therefore, on a 52-week basis, our full year guidance range reflects growth of 23% – 25%.

[8] EBITDA in this outlook is defined as net income excluding interest income, other income, net, provision for income taxes, depreciation and amortization.
[9] Adjusted EBITDA (ex. SBC) in this outlook is defined as net income excluding interest income, other income, net, provision for income taxes, depreciation, amortization and stock-based compensation expense.

Our FY'20 EBITDA guidance includes plans to invest aggressively in our data science and engineering teams and continue to strengthen our competitive capabilities, as reflected in an SBC estimate of $75 million in our FY'20 guidance and the adjusted EBITDA (ex. SBC) range listed above. By comparison, last year's adjusted EBITDA (ex. SBC) was $75 million.

We have not reconciled our EBITDA and adjusted EBITDA outlook to GAAP net income (loss) because we do not provide an outlook for GAAP net income (loss) due to the uncertainty and potential variability of other income, net, and provision for (benefit from) income taxes, which are reconciling items between our EBITDA and adjusted EBITDA metric and GAAP net income (loss). Because such items cannot be reasonably predicted, we are unable to provide a reconciliation of the non-GAAP financial measure outlook to the corresponding GAAP measure. However, such items could have a significant impact on GAAP net income (loss).

## Closing

We will host a conference call and earnings webcast at 2:00pm Pacific time/5:00pm Eastern time today to discuss these results. Interested parties can access the call by dialing 800-458-4121 in the U.S. or 786-789-4772 internationally, using conference code 6009320. A live webcast will also be available on Stitch Fix's investor relations website at investors.stitchfix.com. Thank you for taking the time to read our letter, and we look forward to your questions on our call this afternoon.

Sincerely,

Katrina Lake, Founder and CEO
Mike Smith, President and COO
Paul Yee, CFO

MEDIA CONTACT
media@stitchfix.com

INVESTOR RELATIONS CONTACT
ir@stitchfix.com

12

**Forward-Looking Statements**

This shareholder letter and related conference call and webcast contain forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact could be deemed forward looking, including but not limited to statements regarding our future financial performance, including our guidance on financial results for the first quarter and full year of fiscal 2020; market trends, growth, and opportunity; profitability; competition; the timing and success of expansions to our offering and penetration of our target markets, such as the launch of our offering in the United Kingdom and the launch of Shop New Colors and Shop Your Looks; our ability to leverage our engineering and data science capabilities to drive efficiencies in our business and enhance our ability to personalize; our plans to continue to roll out new features to extend our personalization platform and drive an even stronger personalized eCommerce model; our ability to continue to increase success rates; our plans related to client acquisition, including any impact on our costs and margins and our ability to continue to generate payback on our marketing investments and determine optimal marketing and advertising methods; and our ability to successfully acquire, engage, and retain clients. These statements involve substantial risks and uncertainties, including risks and uncertainties related to our ability to generate sufficient net revenue to offset our costs; the growth of our market and consumer behavior; our ability to acquire, engage, and retain clients; our ability to provide offerings and services that achieve market acceptance; our data science and technology, stylists, operations, marketing initiatives, and other key strategic areas; risks related to international operations; and other risks described in the filings we make with the Securities and Exchange Commission ("SEC"). Further information on these and other factors that could cause our financial results, performance, and achievements to differ materially from any results, performance, or achievements anticipated, expressed, or implied by these forward-looking statements is included in filings we make with the SEC from time to time, including in the section titled "Risk Factors" in our Quarterly Report on Form 10-Q for the fiscal quarter ended April 27, 2019. These documents are available on the SEC Filings section of the Investor Relations section of our website at: http://investors.stitchfix.com. We undertake no obligation to update any forward-looking statements made in this shareholder letter to reflect events or circumstances after the date of this shareholder letter or to reflect new information or the occurrence of unanticipated events, except as required by law. The achievement or success of the matters covered by such forward-looking statements involves known and unknown risks, uncertainties, and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make. You should not rely upon forward-looking statements as predictions of future events. Forward-looking statements represent our management's beliefs and assumptions only as of the date such statements are made.

