# EXHIBIT 6

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
**WASHINGTON, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**

**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

**Date of Report (Date of earliest event reported): June 8, 2020**

# STITCH FIX, INC.
**(Exact name of Registrant as Specified in Its Charter)**

**Commission file number: 001-38291**

| | |
|---|---|
| **Delaware** | **27-5026540** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

| | | |
|---|---|---|
| **1 Montgomery Street** | **Suite 1500** | |
| **San Francisco** | **California** | **94104** |
| (Address of Principal Executive Offices) | | (Zip Code) |

**(415) 882-7765**
**(Registrant's Telephone Number, Including Area Code)**

**Not Applicable**
**(Former Name or Former Address, if Changed Since Last Report)**

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instructions A.2. below):

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of Each Class | Trading Symbol | Name of Each Exchange on Which Registered |
|---|---|---|
| Class A common stock, par value $0.00002 per share | SFIX | Nasdaq Global Select Market |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 2.02 Results of Operations and Financial Condition.**

On June 8, 2020, Stitch Fix, Inc. (the "Company") announced its financial results for the third quarter of fiscal year 2020 ended May 2, 2020, by issuing a Letter to Shareholders (the "Letter") and a press release. In the Letter and the press release, the Company also announced that it would be holding a conference call on June 8, 2020, at 2 p.m. Pacific Time to discuss its financial results for the third quarter of fiscal year 2020 ended May 2, 2020. A copy of the press release is furnished as Exhibit 99.1 to this Current Report on Form 8-K (this "Current Report") and incorporated by reference herein. A copy of the Letter is furnished as Exhibit 99.2 to this Current Report and incorporated by reference herein.

The information included in Item 2.02 of this Current Report and the exhibits attached hereto are being furnished and shall not be deemed "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liabilities of that section, nor shall it be deemed incorporated by reference into any other filing under the Securities Act of 1933, as amended, or the Exchange Act, regardless of any general incorporation language in any such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits

| Exhibit No. | Description |
| --- | --- |
| 99.1 | Earnings Press Release dated June 8, 2020 |
| 99.2 | Letter to Shareholders dated June 8, 2020 |
| 104 | Cover Page Interactive Data File (embedded within the Inline XBRL document) |

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, as amended, the Company has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**Stitch Fix, Inc.**

Dated:    June 8, 2020                                                                    By:    /s/ Michael Smith

Michael Smith

President, Chief Operating Officer, and Interim Chief Financial Officer

**Exhibit 99.1**



## Stitch Fix Announces Third Quarter Fiscal Year 2020 Financial Results

SAN FRANCISCO, June 8, 2020 (GLOBE NEWSWIRE) -- Stitch Fix, Inc. (NASDAQ:SFIX), the leading online personal styling service, has released its financial results for the third quarter of fiscal year 2020 ended May 2, 2020, and posted a letter to its shareholders on its investor relations website.

### Third quarter highlights

- Active clients of 3.4 million, an increase of 9% year over year
- Net revenue per active client of $498, an increase of 6% year over year
- Net revenue of $371.7 million, a decrease of 9% year over year
- Net loss of $33.9 million
- Adjusted EBITDA loss of $40.3 million and adjusted EBITDA ex. SBC loss of $20.7 million
- Diluted loss per share of $0.33

"We are proud of the way our team has responded quickly and thoughtfully to unprecedented challenges over the past several months, and the results we delivered in these extraordinary times," said Stitch Fix founder and CEO Katrina Lake. "We grew active clients to 3.4 million, an increase of 9% year over year, and grew net revenue per active client by 6% year over year, our eighth consecutive quarter of growth and a reflection of our loyal and engaged client base. In a time period where the broader apparel and accessories market saw sales decline 80%, we delivered $372 million in net revenue and expect a return to positive growth in Q4. We believe our business model and balance sheet uniquely position us to thrive in retail's next era, and we're excited to demonstrate that in the quarters ahead."

Lake added, "Our results give us confidence in the resilience and increasing relevance of our model as more people than ever before seek out a better online shopping experience, rooted in what is meaningful and right for them. Through a combination of innovating the Fix model and expanding Direct Buy, we are excited to expand the Stitch Fix ecosystem, and unlock personal styling for everybody."

Please visit the Stitch Fix investor relations website at https://investors.stitchfix.com to view the financial results included in the letter to shareholders. The Company intends to continue to make future announcements of material financial and other information through its investor relations website. The Company will also, from time to time, disclose this information through press releases, filings with the Securities and Exchange Commission, conference calls, or webcasts, as required by applicable law.

### Conference Call and Webcast Information

Katrina Lake, Founder and Chief Executive Officer of Stitch Fix, Mike Smith, President, Chief Operating Officer, and interim Chief Financial Officer of Stitch Fix, and Elizabeth Spaulding, President of Stitch Fix, will host a conference call at 2:00 p.m. Pacific Time today to discuss the Company's financial results and outlook. A live webcast will be accessible on Stitch Fix's investor relations website at investors.stitchfix.com. Interested parties can also access the call by dialing (800) 236-0877 in the U.S. or (323) 794-2094 internationally, and entering conference code 8685457.

A telephonic replay will be available through Monday, June 15, 2020, at (888) 203-1112 or (719) 457-0820, passcode 8685457. An archive of the webcast conference call will be available shortly after the call ends at https://investors.stitchfix.com.

**About Stitch Fix, Inc.**

Stitch Fix is an online personal styling service that is reinventing the shopping experience by delivering one-to-one personalization to our clients through the combination of data science and human judgment. Stitch Fix was founded in 2011 by CEO Katrina Lake. Since then, we've helped millions of women, men, and kids discover and buy what they love through personalized selections of apparel, shoes, and accessories, curated by Stitch Fix stylists and algorithms. For more information about Stitch Fix, please visit https://www.stitchfix.com.

**Forward-Looking Statements**

This press release and related conference call and webcast contain forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact could be deemed forward looking, including but not limited to statements regarding our future financial performance, including our guidance on financial results for the fourth quarter and full year of fiscal 2020; the resilience of our U.S. warehouse network, ongoing improvement in client demand, and early momentum resulting from a much larger migration of retail spend online; our ability to eliminate our Fix backlog by the end of June; our redeployment of marketing spend to capitalize on improving consumer optimism in the quarters ahead; market trends, growth, and opportunity; profitability; competition; the timing and success of expansions to our offering and penetration of our target markets, such as the launch of our offering in the United Kingdom and the expansion of Shop New Colors and Shop Your Looks, our enhancements to our direct buy functionality, including the introduction of "Trending for you"; the continued success of our direct-buy functionality, the growth vector we think it represents, and our plan to use it as a client acquisition vehicle; our ability to leverage our engineering and data science capabilities to drive efficiencies in our business and enhance our ability to personalize; our plans to continue to roll out new features to extend our personalization platform and drive an even stronger personalized eCommerce model; our plans related to client acquisition, engagement, and retention, including any impact on our costs and margins and our ability to determine optimal marketing and advertising methods; and the search for a new CFO. These statements involve substantial risks and uncertainties, including risks and uncertainties related to the development of, and responses to, the COVID-19 pandemic; our ability to generate sufficient net revenue to offset our costs; the growth of our market and consumer behavior; our ability to acquire, engage, and retain clients; our ability to provide offerings and services that achieve market acceptance; our data science and technology, stylists, operations, marketing initiatives, and other key strategic areas; risks related to international operations; and other risks described in the filings we make with the Securities and Exchange Commission ("SEC"). Further information on these and other factors that could cause our financial results, performance, and achievements to differ materially from any results, performance, or achievements anticipated, expressed, or implied by these forward-looking statements is included in filings we make with the SEC from time to time, including in the section titled "Risk Factors" in our Quarterly Report on Form 10-Q for the fiscal quarter ended February 1, 2020. These documents are available on the SEC Filings section of the Investor Relations section of our website at: https://investors.stitchfix.com. We undertake no obligation to update any forward-looking statements made in this press release to reflect events or circumstances after the date of this press release or to reflect new information or the occurrence of unanticipated events, except as required by law. The achievement or success of the matters covered by such forward-looking statements involves known and unknown risks, uncertainties, and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make. You should not rely upon forward-looking statements as predictions of future events. Forward-looking statements represent our management's beliefs and assumptions only as of the date such statements are made.

Exhibit 99.2



STITCH FIX

# Q3 Fiscal 2020
# Letter to Shareholders

**JUNE 8, 2020**

## Q3 Fiscal 2020 Highlights:

- We navigated unprecedented fulfillment challenges tied to COVID-19 and, as of the date of this letter, are now approaching full capacity levels. Absent the impact of these fulfillment constraints, we believe we would have delivered positive year-over-year net revenue growth in Q3'20.

- We grew our active clients to 3.4 million as of May 2, 2020, an increase of 285,000 or 9.1% year-over-year.

- We delivered $371.7 million in net revenue, a decline of 9.1% year-over-year, a net loss of $33.9 million, an adjusted EBITDA[1] loss of $40.3 million, and an adjusted EBITDA excluding stock-based compensation expense (ex. SBC)[2] loss of $20.7 million in Q3'20.

- We added greater flexibility to direct buy, which we plan to use as a client acquisition vehicle in the coming months.

- In June, we entered into a $90 million revolving credit facility to enhance our liquidity position.

## Dear Shareholder:

As we look back on our third quarter, we're proud of our ability to react quickly to the challenges posed by COVID-19 and the decisions we made to support the health and safety of our employees. We're also heartened by the resilience we've seen from our clients, and by the continued success of direct buy and the growth vector it represents to expand our business.

We are pleased to share our results for Q3 fiscal 2020, which ended May 2, 2020. We grew active clients to 3.4 million, a 9.1% increase year over year, and generated net revenue of $371.7 million, a 9.1% decline year-over-year.

During the quarter, we generated a net loss of $33.9 million and a diluted loss per share of 0.33. We also delivered an adjusted EBITDA loss of $40.3 million and an adjusted EBITDA ex. SBC loss of $20.7 million.

### Q3'20 Highlights

ACTIVE CLIENTS
**3.4 million**
9.1% YoY growth

NET REVENUE
**$371.7 million**
(9.1)% YoY growth

GROSS PROFIT
**$151.6 million**
40.8% of net revenue

NET LOSS
**$(33.9) million**
(9.1)% of net revenue

ADJUSTED EBITDA[1]
**$(40.3) million**
(10.8)% of net revenue

ADJUSTED EBITDA ex. SBC[2]
**$(20.7) million**
(5.6)% of net revenue

[1] We define adjusted EBITDA as net income (loss) excluding interest (income) expense, provision for income taxes, other (income) expense, net, depreciation and amortization.
[2] We define adjusted EBITDA ex. SBC as adjusted EBITDA excluding stock-based compensation expense. For more information regarding adjusted EBITDA and adjusted EBITDA ex. SBC and the other non-GAAP financial measures discussed in this letter, please see the reconciliations of our non-GAAP measurements to their most directly comparable GAAP-based financial measurements included at the end of this letter.

## Q3'20 Business Highlights:

We navigated unprecedented fulfillment challenges tied to COVID-19 and, as of the date of this letter, are now approaching full capacity levels. Absent the impact of these fulfillment constraints, we believe we would have delivered positive year-over-year net revenue growth in Q3'20.

In light of the challenging macroeconomic backdrop tied to COVID-19, we would like to provide additional color on the supply and demand-side dynamics we saw during Q3'20.

### Fulfillment update

From the beginning of our third quarter in February through the second week of March, when COVID-19 was declared a pandemic, we drove strong momentum across our Fix and direct buy offerings resulting in net merchandise revenue growth of approximately 20% year-over-year.[3]

By mid-March, in connection with the declaration of a pandemic and state and local shelter-in-place orders, we began to see large disruptions to our fulfillment operations. In the third week of March, we closed our facilities in South San Francisco, CA, Dallas, TX and Bethlehem, PA, meaning that we could not fulfill client orders from half of our U.S. warehouses, which resulted in a Fix and direct buy backlog. By the end of March, our U.S. warehouse capacity had fallen by nearly 70% with our Fix backlog doubling week-over-week in the last two weeks of March.



In conjunction with government orders, we gave our warehouse associates four weeks of paid leave to take care of their families and give them flexibility. While that resulted in higher near-term costs to support our people, we're pleased that this investment helped bring our teams back with strength and resolve for our vision and mission.

As March concluded, we began to re-open our previously closed facilities to begin shipping Fixes and serving our clients again. Upon re-opening, our distribution centers were staffed on an opt-in basis which we believe was the employee-right approach, but also meant that we had fewer associates in our warehouses, reducing fulfillment capacity. Over the course of April, these participation levels improved, resulting in higher fulfillment capacity and accelerated net merchandise revenue. By the end of Q3, associate participation, warehouse capacity and net merchandise revenue had all shown meaningful improvement with week-over-week growth in each of the final four weeks of the quarter.

We exited Q3'20 at approximately two-thirds capacity but had an aggressive strategy to ensure we drove continued operational improvements throughout the course of May. We're pleased to share that, as of the date of this letter, we've effectively executed against our strategy and are approaching full capacity. With this capacity, we're tracking to eliminate our Fix backlog by the end of June, putting us in more of a position to play offense in the coming quarters.

---

[3] Net merchandise revenue is net revenue excluding the impact of unapplied styling fees, clearance sales, gift card breakage, and referral credits. While we are not able to report net revenue for this period because these excluded items are only calculated at quarter end, for context, these items accounted for less than 2% of Q3'20 net revenue. Net merchandise revenue was lower than net revenue for the third quarter of each of fiscal 2019 and fiscal 2020.

*Demand update*

Looking back on Q3'20, we saw healthy client demand throughout February and into March, with some softness in late March that we attributed to a temporary shift in consumer mindshare as the COVID-19 crisis escalated. Since that time, we've seen resilience across our client base, especially among our auto-ship and direct buy clients.

The large majority of our clients choose to receive Fixes on a recurring basis, which we call auto-ship. After strong engagement from these clients during the first half of the quarter, in the third week of March, we saw an uptick in clients opting out of auto-ship week over week, which began recovering the very next week. By late April, we achieved the strongest levels of auto-ship retention in the last three years. We believe that this level of commitment and engagement from the vast majority of our clients is evidence that our business model, which fosters strong personal and ongoing relationships with clients, is one that will sustain and thrive.

Across our new and manual Fix clients beginning in mid-March, we saw lower conversion rates, which we believe was tied to heightened COVID-19 related uncertainty. While we saw more consumer optimism in the weeks that followed, we chose to pull back on marketing to avoid driving demand into our fulfillment constrained environment. In addition, to help alleviate our temporary fulfillment challenges, we turned off a feature that prompts clients to order another Fix post-checkout. This activity typically comprises nearly one quarter of our manual Fix request volume. Following Q3, we have turned this manual Fix feature back on, and have also begun to ramp up our marketing spend to capitalize on improving consumer optimism in the quarters ahead.

We remain incredibly excited by the level of engagement and demand we've seen from direct buy clients. Even in this exceptionally challenging backdrop, direct buy exceeded our pre-COVID-19 expectations in February, March, and April. Its low-commitment and low-friction path to a personalized shopping experience represents a terrific complement to Fixes for our current active clients, and an important future gateway to Stitch Fix. We saw this positive traction play out in Q3'20 with robust active client engagement, very low return rates, and elevated checkout volumes.

**We added greater flexibility to direct buy, which we plan to use as a client acquisition vehicle in the coming months.**

In Q3'20, direct buy revenue more than tripled quarter over quarter, with consistent momentum every week throughout the quarter. In addition, direct buy's penetration of our existing base of women's clients grew from 5% in February to 13% in May, and our testing has shown direct buy spending to be highly incremental to Fixes. With only a fraction of our current base participating in the offering, this traction signals the strong product-market fit that this highly personalized shopping experience delivers. As a reminder, our integrated direct buy offering allows clients to shop and select the items they love based on our hyper-personalized recommendations directly from our website or mobile app. This offering was made available to all of our active Fix clients in Q3'20.



In light of the success of direct buy, we've been aggressively hiring additional engineering talent as well as shifting a subset of our engineering team to building the product experience, as we believe direct buy provides a lightweight entry point for both existing and new clients, and complements our Fix offering.

To date, we've only offered direct buy to existing clients, with our recommendations being based on past items each client purchased from us. To move direct buy towards becoming a new client acquisition vehicle, in June we introduced a beta for a new offering, "Trending for you", which removes the purchased item requirement and instead allows men's and women's clients to shop hyper-personalized looks based on their style profiles. This change creates more shoppable looks, meaningfully expanding the breadth of items from which clients can choose to purchase, and removes the requirement that clients have purchased from us in the past.

Also, later this month, we will launch another collaboration with fashion influencer Katie Sturino, which will offer a curated assortment through direct buy from which both new and existing women's clients can shop. The assortment will be styled into shoppable outfits with items from our broader inventory pool, demonstrating that we can put items into the context of an outfit that is personalized to each individual client. This new function will serve as a testbed for us to expand the types of looks we show clients, and has the potential to create marketing hooks to acquire new clients as we team up with brand partners and influencers, and showcase our own Exclusive Brands. As part of this, we also developed a new onboarding experience that lays the foundation to onboard future clients directly into a range of direct buy experiences such as athleisure or date night that are personalized to each client.

These two product enhancements are prime examples of how we're adding flexibility to the direct buy experience to more effectively attract new clients over time.

## Q3'20 Financial Highlights:

### Active Clients

We grew our active client count to 3.4 million as of May 2, 2020, an increase of 285,000 or 9.1% year over year. We define an active client as a client who checked out a Fix or was shipped an item using our direct-buy functionality in the preceding 52 weeks, measured as of the last day of that period. A client checks out a Fix when he or she indicates which items he or she is keeping through our mobile app or website. We consider each Men's, Women's, or Kids account as a client, even if they share the same household.

### Net Revenue

In Q3'20, we generated net revenue of $371.7 million, compared to $408.9 million in Q3'19, a decline of 9.1% year over year, driven largely by COVID-19 related fulfillment challenges across our U.S. network. In connection with our capacity constraints we also spent less on advertising during the period, which drove less client demand. Excluding the impact of our warehouse disruptions from COVID-19, we are confident that we would have generated positive year over year net revenue growth in Q3'20.

Net revenue per active client for the period ended May 2, 2020 was $498, an increase of 6.5% compared to the prior year. This represented the eighth consecutive quarter of net revenue per active client growth, resulting from our ongoing strategic initiatives to drive increased wallet share and client engagement and satisfaction. As a reminder, the net revenue per active client calculation is based on the last four fiscal quarters and benefits from the extra week in Q4'19, while active clients is measured over 52 weeks, as described above. The 53rd week contributed approximately 2% to net revenue per active client.

### Gross Margin

Q3'20 gross margin was 40.8%, compared to 45.1% in Q3'19, a decrease of 430 basis points. This was largely driven by COVID-19, as we increased our inventory reserve, as well as higher clearance rates due to topline softness. Partially offsetting this was continued favorability in merchandise costs.



ACTIVE CLIENTS (000s)

3,133  3,236  3,416  3,465  3,418

Q3'19  Q4'19  Q1'20  Q2'20  Q3'20

NET REVENUE ($M)[4]

$408.9  $432.1  $444.8  $451.8  $371.7

Q3'19  Q4'19  Q1'20  Q2'20  Q3'20



GROSS MARGIN (%)

44.5%  43.7%  44.6%  45.1%  40.8%

FY'17  FY'18  FY'19  Q3'19  Q3'20

---

[1] *Discounts, sales tax, and estimated refunds are deducted from revenue to arrive at net revenue.*

## Selling, General & Administrative Expenses

Q3'20 SG&A was $197.7 million, compared to Q3'19 SG&A of $189.0 million, an increase of 4.6% year-over-year. This was driven by our investments in talent as well as expenses related to the four weeks of additional paid leave we provided to our warehouse associates to offer them flexibility during this COVID-19 pandemic.

*Advertising.* Q3'20 advertising expense was $37.8 million, a decrease of 25.1% year over year compared to $50.4 million in Q3'19.[5] This reflects our pullback on marketing of approximately $17 million in the quarter, which we plan to ramp back up in future quarters.

## Net Income and Earnings Per Share

Q3'20 net loss was $33.9 million, or (9.1)% of net revenue, compared to Q3'19 net income of $7.0 million, or 1.7% of net revenue. Q3'20 diluted loss per share was $0.33. In Q3'19, diluted earnings per share was $0.07.[6]

## Adjusted EBITDA and Adjusted EBITDA ex. SBC

Q3'20 adjusted EBITDA loss was $40.3 million, or (10.8)% of net revenue, compared to a Q3'19 adjusted EBITDA loss of $0.3 million, or (0.1)% of net revenue. This decline in adjusted EBITDA margin was driven by lower revenue largely related to fulfillment challenges, lower gross margin, our additional variable labor expenses and continued investments in talent. Q3'20 adjusted EBITDA ex. SBC loss was $20.7 million, or (5.6)% of net revenue, compared to Q3'19 adjusted EBITDA ex. SBC of $8.8 million, or 2.1% of net revenue.

## Liquidity

In June, we entered into a $90 million revolving credit facility to enhance our liquidity position and fuel our ability to invest in initiatives that can accelerate market share shift. In addition, we ended Q3'20 with cash, cash equivalents and highly rated securities of $329 million.

In Q3'20, our capital expenditures totaled $7.2 million, or 1.9% of net revenue.



SG&A (%)



NET INCOME (LOSS) ($M)



ADJUSTED EBITDA ($M)[7]



ADJUSTED EBITDA ex. SBC ($M)[8]

---

[5] *Advertising expenses include the costs associated with the production of advertising, television, radio, and online advertising. Q3'19 advertising expense included $16.2 million related to our integrated brand campaign.*
[6] *All earnings (loss) per share figures reflect amounts attributable to common stockholders.*
[7] *We define adjusted EBITDA as net income (loss) excluding interest (income) expense, provision for income taxes, other (income) expense, net, depreciation and amortization.*
[8] *We define adjusted EBITDA ex. SBC as adjusted EBITDA excluding stock-based compensation expense.*

## Financial Outlook:

While we continue to see momentum across our business, there are too many variables at play to speculate on specific guidance ranges in Q4'20 or fiscal 2020. Instead, we will share updates on specific trends we've seen quarter to date and provide additional color on certain key items.

### Net Revenue

On our topline trends, we have driven meaningful improvement in the past several weeks. In April, our net merchandise revenue grew week-over-week each week. In May, that momentum continued as we delivered positive year-over-year growth in net merchandise revenue compared to May 2019. We see this return to positive growth in May as an important milestone, and one that reflects the resilience of our U.S. warehouse network, ongoing improvement in client demand as we begin to increase marketing spend, and early momentum resulting from a much larger migration of retail spend online. As a result, we expect to deliver positive year-over-year net revenue growth in Q4'20, adjusted for the impact of the 14th week in Q4'19.

As a reminder, fiscal 2019 was a 53-week year with Q4'19 consisting of 14 weeks, which added approximately 2.5% to revenue growth in fiscal 2019. In fiscal 2020, we returned to a 52-week year.

### Gross Margin

On gross margin, we expect to increase our Q4'20 gross margin by 200-300 basis points quarter over quarter. While our Q3'20 margin was suppressed largely due to the effects of COVID-19, we entered Q4'20 with a more balanced inventory portfolio that was aligned with our top-line expectations and client preferences.

### Adj. EBITDA, Adjusted EBITDA ex. SBC, and Free Cash Flow

We expect adjusted EBITDA to be negative in Q4'20, and adjusted EBITDA ex. SBC to return to positive levels in Q4'20. As our business has improved, we now also expect to deliver positive free cash flow in Q4'20, which we believe highlights the strength of our unit economics and reinforces the confidence we have in our growth investments which continue to scale and strengthen.

## Closing

We will host a conference call and earnings webcast at 2:00pm Pacific time/5:00pm Eastern time today to discuss these results. Interested parties can access the call by dialing 800-263-0877 in the U.S. or 323-794-2094 internationally, using conference code 8685457. A live webcast will also be available on Stitch Fix's investor relations website at investors.stitchfix.com. Thank you for taking the time to read our letter, and we look forward to your questions on our call this afternoon.

Sincerely,

Katrina Lake, Founder and CEO

Mike Smith, President, COO and Interim CFO

Elizabeth Spaulding, President

MEDIA CONTACT
media@stitchfix.com

INVESTOR RELATIONS CONTACT
ir@stitchfix.com

**Forward-Looking Statements**

This shareholder letter and related conference call and webcast contain forward-looking statements within the meaning of the federal securities laws. All statements other than statements of historical fact could be deemed forward looking, including but not limited to statements regarding our future financial performance, including our guidance on financial results for the fourth quarter and full year of fiscal 2020; the resilience of our U.S. warehouse network, ongoing improvement in client demand, and early momentum resulting from a much larger migration of retail spend online; our ability to eliminate our Fix backlog by the end of June; our redeployment of marketing spend to capitalize on improving consumer optimism in the quarters ahead; market trends, growth, and opportunity; profitability; competition; the timing and success of expansions to our offering and penetration of our target markets, such as the our enhancements to our direct buy functionality, including the introduction of "Trending for you"; the continued success of our direct-buy functionality, the growth vector we think it represents, and our plan to use it as a client acquisition vehicle; our ability to leverage our engineering and data science capabilities to drive efficiencies in our business and enhance our ability to personalize; our plans to continue to roll out new features to extend our personalization platform and drive an even stronger personalized eCommerce model; our plans related to client acquisition, engagement, and retention, including any impact on our costs and margins and our ability to determine optimal marketing and advertising methods; and the search for a new CFO. These statements involve substantial risks and uncertainties, including risks and uncertainties related to the development of, and responses to, the COVID-19 pandemic; our ability to generate sufficient net revenue to offset our costs; the growth of our market and consumer behavior; our ability to acquire, engage, and retain clients; our ability to provide offerings and services that achieve market acceptance; our data science and technology, stylists, operations, marketing initiatives, and other key strategic areas; risks related to international operations; and other risks described in the filings we make with the Securities and Exchange Commission ("SEC"). Further information on these and other factors that could cause our financial results, performance, and achievements to differ materially from any results, performance, or achievements anticipated, expressed, or implied by these forward-looking statements is included in filings we make with the SEC from time to time, including in the section titled "Risk Factors" in our Quarterly Report on Form 10-Q for the fiscal quarter ended February 1, 2020. These documents are available on the SEC Filings section of the Investor Relations section of our website at: https://investors.stitchfix.com. We undertake no obligation to update any forward-looking statements made in this shareholder letter to reflect events or circumstances after the date of this shareholder letter or to reflect new information or the occurrence of unanticipated events, except as required by law. The achievement or success of the matters covered by such forward-looking statements involves known and unknown risks, uncertainties, and assumptions. If any such risks or uncertainties materialize or if any of the assumptions prove incorrect, our results could differ materially from the results expressed or implied by the forward-looking statements we make. You should not rely upon forward-looking statements as predictions of future events. Forward-looking statements represent our management's beliefs and assumptions only as of the date such statements are made

