# EXHIBIT 9

Event Type: William Blair Growth Stock Virtual Conference

Date: 2020-06-10

Company: **Stitch Fix, Inc.**

Ticker: SFIX

COMPANY PARTICIPANTS
    Katrina Lake
OTHER PARTICIPANTS
    Ralph Schackart - Analyst

## MANAGEMENT DISCUSSION SECTION

### Ralph Schackart

Okay. Good morning or afternoon depending where you are. Thanks for virtually attending our Annual Growth Stock Conference and hope everyone on this call as well as your families are safe and well. My name is Ralph Schackart, I'm the research analyst here at William Blair & Company who covers Stitch Fix and other Internet stocks. My compliance team requires me to inform you that a complete list of our research disclosures or potential conflicts of interest can be found at williamblair.com.

So with that, today, we're really excited to have Katrina Lake, CEO and Founder of Stitch Fix join us. Good morning, Katrina. How are you doing today?

### Katrina Lake

Good morning. I'm good all things considered.

### Ralph Schackart

Great. Well, thanks so much for joining us. I know you're busy running the company so we really do appreciate your time.

### Katrina Lake

Of course, I'm happy to be here.

## QUESTION AND ANSWER SECTION

**Analyst:**Ralph Schackart

**Question – Ralph Schackart:** Great. Katrina, maybe just to kick things off, our conference attracts quite a few generalists given sort of the breadth of companies in the high quality aspect of the William Blair coverage list. So we have probably more journalists perhaps than you used to speaking with. If you wouldn't mind maybe for investors that may not be familiar with the Stitch Fix business model in detail, perhaps provide an overview of Stitch Fix in terms of the problem you're trying to solve for consumers and brands of products services offered and how Stitch Fix uses technology to sort of address those issues.

**Answer – Katrina Lake:** Yeah. So at a high level, what we do is we sell apparel. We do it in a very personalized way and with the help of stylists and with data science. And we have now – the way the Stitch Fix works today is clients fill out a style profile and they tell us what they like, what they don't like, what they're looking for. We will send them a fix that they can try in in the comfort of their own home and based on that we learn, we get to know them. And we've actually started to layer on other ways that you can engage with Stitch Fix such as direct buy where you can now actually not only get fixes in your home, but you can also shop directly from us and key some of your recommendations directly.

And what that expansion reflects is really the core capability or the core value of Stitch Fix is this ability to be able to understand people and products and generate really good, accurate recommendations for those intersections. And so, to this date, we sold over $5 billion of clothes, sight unseen. Through that, we've developed this extremely strong data science muscle. So, even now, when I say you can shop your recommendations from us, you're still shopping from a subsegment of the tens of thousands of items that we would have that you can potentially see in a store or in other e-commerce sites.

So, what's really differentiated about Stitch Fix and the real bet here is that when you look out 5 or 10 years, like it goes without saying that I think a lot more apparel is going to be bought online. And then I think the real problem that we even have today is that I think Internet 1.0 was like, let's get every single SKU online, and then the reality is like when you go and type in jeans into a search engine, you will get literally millions of results.

And, Ralph, you and I were just talking about a pair of shorts that he got from Stitch Fix that fit you really well. Like you want one pair of shorts, like you don't want to choose from a million. And so the problem is, there's tons and tons of stack (03:05) out there. But there's only a subset of those things that are most relevant to me and we believe that personalization muscle and capability is going to be the way that you win in this $400 billion space.

So, we've been all about apparel, we've been all about developing this personalization engine and we started that out in fixes which have been an amazing business for us, and certainly provide us with a lot of resilience through COVID, but now we're really innovating on that and really showing how personalization can extend beyond this notion of a fix that just gets shipped to your home.

**Question – Ralph Schackart:** Right. You touched about the large market opportunity of $400 billion or so, but a question I receive a lot, I'm sure you do, if you could sort of give us a sense or perspective of your customer base or TAM in terms of number of active users or any sense of how you think about that at Stitch Fix, that'd be helpful.

**Answer – Katrina Lake:** Yeah. I mean even during this time period, we are really thrilled that we are able to grow our active user base. And when we think about TAM, I think right now it's going to be a real watershed moment where 20% of apparel was bought online before 80% of apparel was being bought in stores. And obviously right now there's a real transformation that's going on and what we – we learned that in the last few months, 20% of people who had never bought apparel online tried in the last two months.

So, I think there's the first segment is just like do you buy online or do you not, and in apparel it has been woefully slow with people coming online. And I think these events that have been happening of late is really going to accelerate that. And then beyond that, I think one challenge that people had to our model was that in the fix world where you're – when you are getting fixes delivered to your home of just are there people who want more agency, who want to choose more, who might – does this only appeal to a subset, people who are willing to kind of sit back and let the stylist determine the fate of what's going to show up in the fix.

And I think what we knew before was that this was already a big market with fixes. But what we're learning is that we're actually able to unlock not only more kind of target addressable market opportunity, but also wallet share by including something like direct buy. And so something like direct buy actually allows you to be able to see the recommendations, it allows you to choose and allows you to kind of have more agency over those choices. And so I think it's a really great lightweight way to build trust with Stitch Fix to understand what we're about, and it definitely is a really powerful way that we can open up the addressable market, and it's actually showing that we can also increase share of wallet.

And so what we're seeing is that people who engaged with us in direct buy are people who just simply have direct buy available to them in a pure A/B test are spending more with us. We're getting more of their share of wallet. And so I think at the end of the day, I think the value proposition of a more personalized way to buy apparel is universally – like that is universally interesting to people, that is universally interesting to a high-end shopper who really knows what they love. But if you could actually have a storefront where you don't see the things that you don't like and only things that you love, like that's universally interesting and so I think the capability that we have is really broad. And then now what we are trying to do is to productize that so that

we can really make sure that we're addressing all of the market opportunity that we know should be available to us.

**Question – Ralph Schackart:** Great. I want to touch on direct buy. But before we get there, obviously a lot of questions with every company with COVID, I know you just reported on Monday, but maybe could you – for some of the investors that aren't as familiar with the story – just remind us the trends that you saw sort of at the depths of the pandemic and what you saw sort of coming out as some of those harsh conditions sort of eased a little bit?

**Answer – Katrina Lake:** Yeah. I mean it's been an incredibly challenging time for obvious reasons and I mean first and foremost, I'm really proud of our team. I mean this is – knock on wood, this is hopefully a once in a lifetime kind of thing that we have to navigate through and lead through. And I think in the face of really challenging circumstances, the team executed really well and we're really proud of the results that we are able to share.

And with COVID, it's just – it's fascinating because I think going into the crisis, I think the thing that we all thought we were worried about was supply chain from the product side. It's like, oh, is our stuff going to arrive from China on time and is the supply chain going to be disrupted. And that did not materialize to be the number one challenge, the number one challenge for us was actually opening our warehouses and creating an environment where people felt comfortable coming to work.

And if I'm honest, I mean this is still a challenge today. We have done a lot in our warehouses, it's actually where – it's a large space. You can have physical distancing. We have Plexiglas everywhere. I mean we've done everything that we can to make our spaces as safe as we can. And we've heard appreciation from our employees on that front. But the reality was that – for a – for – especially at the peak of the COVID crisis, it was very challenging for people to feel comfortable coming back to work in that environment.

So, we had times when our – when we had warehouses that were shut down completely, at some point we were at – we're under – I think, we were like down 70% from our capacity towards the end of March. And we did what we believe was the employ right thing and gave people a lot of flexible time offs or weeks of that to be able to use, and I think that was absolutely the right thing for our people. But it definitely meant that we had a lot of catching up to do and it put a really significant constraint on our business that leads for (08:35) a couple of months.

The good news is now we have our warehouses back open. We are almost close to full capacity and we've been – as things were shut down, we basically created a backlog of sorts until clients that were getting fixes on a regular basis and we algorithmically moved some of those out, and some of them were arriving late to clients. And so, we'll work through that backlog I think towards – just about in a couple of weeks or so, so very close.

And we're actually able to start to turn on marketing and some of – through this time, we didn't want to be putting new clients into a sub optimal experience. And so we had to turn off some of our new client effort, and so we're able to kind of restart some of those things. But ultimately, it was a really – it's a really difficult challenge because that's really trying to navigate through uncertainty that everybody else in this world is trying to navigate through and there weren't really clear answers. But I'm really proud of where the team landed and really proud that we're in a place now where we've caught up to a lot of the backlog and that we're really putting ourselves in a place to play offence in the coming months.

**Question – Ralph Schackart:** Great. I'll touch on backlog there, Katrina. Just curious, just so I understand correctly. So might I assume in a few weeks that you think you'll be in a good position with some of the supply challenges that most companies are facing and being able to sort of catch up with that to match the demand that you're seeing on the consumer side?

**Answer – Katrina Lake:** Yeah. And just maybe to add a little more clarity to that. So, during – so what we saw from the demand side was we had a really strong start to the quarter and so the first few weeks of February were really strong. When COVID hit, there is – probably mid-March or so, I think, when the headlines are really dominated by COVID and shelter in place or starting going into place, we saw – we did see demand

soften a little bit during that time period and then we've seen – as we've exited the quarter, we've seen really good trends again.

The reality is that we weren't able to take advantage of all of the goodness that we saw especially in the last few weeks because of the supply side challenges that we had and so – so the backlog that we had was really our existing client, our auto-ship clients who are incredibly resilient and strong through that. And so those clients are getting fixes on a regular cadence.

And I think being able to have a shipment arrive during this time to try clothes on in the comfort of your own home, like that concept has never been more resonant and that business is really strong through this. And then now, I think we're – and as we build through the backlog of that, we're able to really be more aggressive on the new client front and so that's something that we'll be looking to in the months to come to be able to deploy marketing dollars again.

**Question – Ralph Schackart:** Great. Maybe just kind of switching gears a little bit, moving on to inventory. Obviously, there's been some changes in some categories with loungewear and casual because of COVID. Has this really sort of challenged you or made you rethink your assortment? Or do you think it's more temporary in your view?

**Answer – Katrina Lake:** I believe some of this is permanent. I mean two things that I would say. So, one – I think there are two things that really helped us in this moment and one is the relationship with our vendors and then two is the push nature of our model. And so on the vendor side, we are – like we've been a vendor of – retailer, I guess, a retailer of choice for our vendors for a while. And that's really because we've been a growth channel. We've been growing at double digits for years and years, and a lot of our vendors have really benefited from that.

And so it was really helpful to be in that position during this pandemic because when everybody else is out there canceling orders, we were in a position where I think our vendors really believed in us and believed in the growth to come and so they really wanted to accommodate us and be able to work with us. And so that was really a blessing during this time.

And then the second thing is actually – so with the vendor cancellations, what we are able to do is we got out of, I mean, a massive amount of workwear, a massive amount of kind of the product that you think is not as relevant during this time. We did buy into casual and athleisure and athletic wear, and we still are – we're still trying to chase into those categories.

The push part of our model is also really helpful now because candidly they're having weeks and times where we are very tight on categories like sweatpants or the true lounge categories that you know are kind of the most booming categories right now. And then those are actually not lost sales in our model. When people are looking for comfortable clothes to wear at home, that can be in sweatpants. It can also mean jeans that have stretch. It can also mean shorts that you can be wearing on Zoom. Like there's a lot of other things that that can mean (13:27).

And so in our model where we have a push model when somebody is asking for things to work from home, there's actually a lot of substitution that we can do. So, those aren't lost revenue for us. But to answer your kind of broader question, like I do believe that's a long-term trend. This casualization of the workplace was something that we were already seeing and we were seeing true workwear kind of be less and less important.

And we were seeing – I know we could even see it from our client notes, as people who say like I've been in the workforce for 25 years and suddenly everybody's wearing jeans and like I feel out of place, so can you help me find jeans that I can wear to work. And I mean these are trends that we had already started to see. And as I think this moment will catalyze the trend of buying online and catalyze that greatly, I think it will also greatly catalyze this casualization of the workplace trend. And so, we're making pretty significant investments in athletic and athleisure and lounge. And there certainly was a bump, but I do think that before and after will be that – that will be a higher penetration of our assortment after probably pretty permanently.

**Question – Ralph Schackart:** Great. Maybe just another one on inventory, maybe kind of speak to your conversations with vendor partners, how they've gone and how you look to cut receipts. And maybe just

bolting on to that, on your call you talked about new inventory models, maybe share your vision on what that might look like over time, please.

**Answer – Katrina Lake:** Yeah. So I mean as I – I think our conversations with our vendors have been largely positive and constructive, and this has been a very challenging time for our vendors also. And so they're getting calls from everybody out there around adjusting receipts, cutting receipts. And so by and large, I think we've been really pleased that our vendors have been really accommodating, really helpful. And I mean what's kind of interesting is we were in a moment of really cutting and then now we're little bit more in a chase where it's more on a specific category basis.

But there – I think what's actually interesting and I can't remember if I mentioned this on the call or not, but we kind of thought that – and this was a double-edged sword like we wondered if – because of COVID if our vendors would end up with tons and tons of available to sell, if they would end up with so much inventory on that side which – it's a little bit of a double-edged sword because I think on the one hand it can potentially provide opportunities for us to buy into products cheaply. It also means that there could be a glut of inventory on the market.

And I think we've been able to do – take some advantage of some available to sell that our vendors have. But my – I mean my belief from a little bit of the outside is that there's not a huge glut of inventory that there was in 2008, 2009, and that the vendors actually cut a lot of their own receipts. And so there are times when we are calling our vendors and saying, hey, we need to cut these things. We are probably going to cut these three files and our vendors were saying we've already cut those out of the line, and we had some vendors who canceled their entire spring line.

And so, I think our vendors firstly have treated us like a retailer of choice and have been really, really helpful and constructive during this and really believed in us and our growth, and that's been great. And then I think the second thing is the vendor is also has recognized this coming and they are pretty responsible with their balance sheet and what they are creating, and so I think that that creates some better stability for our vendor base that, I think, we're happy to see.

**Question – Ralph Schackart:** Great. Maybe just moving on the clients if we could. Maybe talk about how your clients behaved during the pandemic, what surprised you. I was particularly surprised and impressed of the resiliency, sort of the stickiness of some of your cohorts and core customer base. And then maybe just kind of bolting onto that, Katrina, any major differences between your older cohorts versus some of the newer customers you've acquired?

**Answer – Katrina Lake:** Yeah. On the client behavioral part, I mean we also were really proud and pleased with the resiliency that we saw and I mean, we share that we saw some of the best retention rate that we've seen during some of these weeks, I guess, half the peak of COVID. But I think what that speaks to is I mean a few things, one, I think is a true testament to our model and that this idea of having personalized apparel shipped to your home that you can try on in the comfort of your own home. That was resonant before the pandemic, I think especially resonant during the pandemic.

And I think even just the strength of those clients during this time of uncertainty, continuing to spend with us, we showed higher revenue per client numbers this quarter. And so I think in broad strokes, we were really just pleased. And I think I don't want to say we expected it, we of course had hoped that this would be true, but we definitely were really pleased to be able to show those results.

The place that was probably a little bit challenging and little bit weak was more on – to be honest, this is really speaking just to the last few weeks in March or so. But in the midst of the pandemic, I think new client acquisition was definitely more challenging and we saw kind of manual client, clients who get fixes every once in a while be less active for a couple of weeks, but then that – the trends that we've seen as we shared in on our call earlier this week, we've seen really good customer acquisition trends since then. And so, yes, I think we'll – and we also had our supply constraint so we weren't able to do as much marketing.

And so – so by and large, I think our main – and actually the last thing I would mention is just direct buy, and direct buy continues to exceed our internal expectations and even during the pandemic was continuing to do really well. And I think that's a testament to just the product market fit of that offering and then also I think

the light weight, I think there can feel like more of a commitment in getting a fix and then just buy something off of direct buy feels like less of a commitment. And I think during this time period, that also helped.

And so, I think we saw clients behave really well and feeling like our model kind of has a really great product market fit, I think especially for this moment but really as we look into the future and the changes that we anticipate will be semi-permanent.

**Question – Ralph Schackart:** Great. Maybe just to touch on the customer acquisition costs and trends that you've said have been favorable, is that just more of a reflection that more consumers are coming into markets? I mean, I know at the depths of the recession, e-com rates obviously were very inexpensive, but you also didn't have as many buyers. So, just sort of – if you could sort of flesh out if it's just more the purchase activity or clients coming back and/or how the ad environment is behaving for you, that'd be helpful.

**Answer – Katrina Lake:** Yeah. I mean there's a lot of, I think, puts and takes here. I think at a high level, I think one thing that we had – probably we'd mentioned in earlier earnings calls is just the really competitive nature of digital advertising and I think more in the SoftBank (20:20) world where there were a lot of very funded direct-to-consumer companies at a lot of the digital channels were more expensive and we saw pretty favorable trends in customer acquisition cost in the beginning of the quarter.. And so, this is a little bit my thesis, not necessarily driven by data, but I think some of my thesis is that we saw some of that over-competitiveness abate in early February when the pandemic happened, and now we're seeing some of that again. So, I think that's one trend.

I mean we talk a little bit about headwinds and tailwinds in our business, and it is unquestionably a headwind that in April, apparel as a category was down 80%; in March, it was down something like 60-some-percent. And so, those are unquestionably headwinds that are on our industry as people were sheltering in place and not having places to go or vacations to go on, and that is going to be a true headwind, I think, for the next coming year.

But then I think the tailwind – I mean, it's hard for us to imagine the tailwind not outweighing that, and the tailwind of people – I think people are going to be more cautious about going into stores. I think they're going to be more selective about where they choose to take risks. And as a result of all of this, the store environment had already been kind of on a downward spiral. People were investing less and less in stores, and this is going to catalyze that as well.

And so I think that the resonance of a try on at home model is being able to take kind of a fitting room experience and have it in your home, I mean I think that's a really compelling tailwind for us during this time. We believe that there is going to be like tens of billions of dollars coming online in apparel in the next year or two, and that – I think that's going to be a much more significant tailwind and one that we want to make sure we're investing against and that we're ready for.

**Question – Ralph Schackart:** Great. Thank you. Maybe if we could segue into direct buy, obviously, having some really good momentum and uptake that you talked about on the call. Maybe just in a layman's speak, I'll provide some commentary as a Stitch Fix user what it is for the audience and effectively (22:19) if you receive a fix, historically they would offer you the opportunity to repurchase, let's say, that item, the same one, a different color, a different size. And then more recently, what's Stitch Fix is doing is effectively indexing or advertising, I hope that's a fair way to characterize it, Katrina, and you could sort of roll through and select shoes or shorts or whatever sort of in season.

Hopefully that's an accurate description, but at least that's what I see it on my end. This is a question we get a lot, maybe talk about how you see that opportunity expanding your TAM, Katrina, A. B, I think investors want to know is this just sort of an incremental AOV opportunity or a way to acquire new customers. And then I have some others to bolt on to that.

**Answer – Katrina Lake:** Yeah. No, I mean we have a lot of excitement around this category and just – your framing was a good one and I think one way to think about it is that we – first, we had fixes and that was the one way you could experience Stitch Fix and our personalization if you had built out a style profile, if you had ordered a fix. And then direct buy, as you described it, is just – there's – they buy more colors which is a little more simplistic, but I think the recommendations around things that you may like, shop your look and that

was really exposing some of those recommendations. That was available really to current clients that it's really only relevant to people who are buying things most recently and clients who fill out a style profile.

And then now what we're starting to do is to un-gate it more and more. And this is where I think the benefit of having been in this business for almost 10 years, the benefit of having shipped $5 billion of clothes and having this massive recommendation data to be able to draw from is a big advantage. Because what we're starting to do is to kind of take off these pieces so that to your point, we can actually eventually use this for customer acquisition as well. And it is an egregiously hard challenge for I think another retailer to find you on the Internet and immediately know what you're going to like and that's a capability that we think that we've been able to build the muscle for.

And so the next steps here are now building the capability so that even if you haven't received fixes from us, if you had filled out a style profile, we can generate recommendations for you. And then the final step will be events like – are there proxies of ways that we can actually understand more about you without having you fill out the style profile and then use that to be able to acquire clients.

And so what we believe is like all of these steps open up incremental market opportunity, even now with direct buy what we're able to do is to be able to convert people who might be on the fence about Stitch Fix. They don't know, they're too nervous to like hit buy on the fix because they don't know what's going to come in the fix. And so being able to open that up to the clients like that and experience it before is really valuable.

And to answer your question briefly around like is this just incremental to current clients or is this something we can use more of, I think we've seen that it's both opening up more wallet opportunity but we also think that this is something that's going to be able to open up more TAM and be able to get people who might have been on the fence about Stitch Fix over and really address lots of different types of shopping needs through this capability.

**Question – Ralph Schackart:** And then I have a question here from the audience, Katrina. Can you ask Katrina to help us understand what the unit economics of the business look like for a fix versus a direct buy?

**Answer – Katrina Lake:** Yeah. So right now, they're probably about comparable and – but there are opportunity on the direct buy side. And so today our return rate on direct buy – when we send a fix, there is an assumption that you're going to try things on and send some things back. On direct buy, I think the combination of both are very strong algorithms and then the purchase intent that you're layering on to it so when you're clicking and buying a pair of shorts, you know that you want the pair of shorts.

That's actually delivering really extraordinarily low return rate. So right now we actually haven't been on batch shipping on the direct buy side yet, so there is I mean a massive obvious opportunity to be able to drive cost down more there. And so I think right now you can think of the two channels as being about comparable on a contribution margin basis, but I do think there's actually opportunity on the direct buy side to have better – have even better margin.

**Question – Ralph Schackart:** And then another one along those lines, how is the engagement metrics such as daily active users for Stitch Fix trended after the rollout of the direct buy feature? Does a user come back to your website or app more often to look for new things to buy?

**Answer – Katrina Lake:** Yeah. That's really exciting part of that mindset change, I think. So there are two things that really increased more of a daily active user mentality that we've watched. And the first thing was style shuffle which is the ability to come and rate products, and that definitely has been a daily active user driver. And then what we had seen with direct buy is that this is another actual way to be able to have people engage with us on a more frequent basis and that we've seen people want to do that.

And so it's very – it's fascinating because how the whole like list of ways that impacts us in terms of thinking about our business from a more mobile first way and in terms of how we think about the engineering and data science component of this. But, we are seeing upticks in engagement because of these new features, and it's something that we're excited to see and that we want to embrace and continue to grow.

**Question – Ralph Schackart:** Great. I'm going to ask one more question, and then, I'm going to give you the floor at the end to see if there's anything else you'd like to add. This is actually pretty interesting, is there any

way that Stitch Fix could add something incremental or more thoughtful to personalize the way for brick-and-mortar companies?

**Answer – Katrina Lake:** Yeah. I mean that's a good question. I think, I mean brick and – when I say that personalization is relevant to all of apparel buying, I think that includes brick-and-mortar as well and that brick-and-mortar would likely be more personalized. To be totally honest, our market opportunity is so big in the phase that we are now, and there's – and we talked about earlier we believe there's probably tens of billions of dollars of online apparel market opportunity that's going to come online in the next two years.

And so, I think we're very focused on the opportunity at hand. But, yeah, I mean I think that the capabilities that we're building are definitely broad and expendable, and I know, it is hard to see so many stores and storage retailers struggling right now. And, at some point, we would love to be part of the solution, but truthfully like we just have too much opportunity in front of us right now in our business.

**Question – Ralph Schackart:** Great. We have one minute left roughly. Anything do you like to add? Personally, I'd like to say thank you for your time. It's always nice to have you and for the people in the call, but in closing, if there's anything you like to add as closures.

**Answer – Katrina Lake:** Thank you so much. Thank you very much for having me. I know this is a super challenging time for us and the world, and we appreciate your support and all the investor support and thank you very much.

Okay. Thank you, Katrina, and thank you for everybody's interest today. And have a great day and be well, Katrina.

Thank you.