# EXHIBIT 29

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

# SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )

Filed by the Registrant ☒  Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement
☐ Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
☒ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material under § 240.14a-12

# STITCH FIX, INC.

**(Name of Registrant as Specified In Its Charter)**
(Name of Person(s) Filing Proxy Statement if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box)

☒ No fee required.

☐ Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

(1)Title of each class of securities to which transaction applies:

(2)Aggregate number of securities to which transaction applies:

(3)Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (Set forth the amount on which the filing fee is calculated and state how it was determined):

(4)Proposed maximum aggregate value of transaction:

(5)Total fee paid:

☐ Fee paid previously with preliminary materials.

☐ Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)Amount Previously Paid:

(2)Form, Schedule or Registration Statement No.:

(3)Filing Party:

(4)Date Filed:

**STITCH FIX, INC.**

**1 Montgomery Street, Suite 1500**
**San Francisco, California 94104**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**

**To Be Held on December 16, 2020**

Dear Stockholder:

You are cordially invited to attend the 2020 Annual Meeting of Stockholders of Stitch Fix, Inc., a Delaware corporation (the "Company"). The meeting will be held on Thursday, December 16, 2020, at 1:30 p.m. local time. The meeting will be a completely virtual meeting of stockholders, which will be conducted via a live audio webcast. You will be able to attend the meeting, submit your questions and vote online during the meeting by visiting www.virtualshareholdermeeting.com/SFIX2020.

We are holding the 2020 Annual Meeting of Stockholders for the following purposes:

1. To elect our three nominees for director named in the accompanying Proxy Statement to hold office until the 2023 Annual Meeting of Stockholders.

2. To approve, on an advisory basis, the compensation of the Company's named executive officers, as disclosed in the accompanying Proxy Statement.

3. To ratify the selection by the Audit Committee of the Board of Directors of Deloitte & Touche LLP as the independent registered public accounting firm of the Company for its fiscal year ending July 31, 2021.

4. To conduct any other business properly brought before the meeting.

These items of business are more fully described in the Proxy Statement accompanying this Notice.

The record date for the 2020 Annual Meeting of Stockholders is October 19, 2020. Only stockholders of record at the close of business on that date may vote at the meeting or any adjournment thereof. A complete list of such stockholders will be available for examination by any stockholder for any purpose germane to the Annual Meeting of Stockholders beginning ten days prior to the meeting at our headquarters at 1 Montgomery Street, Suite 1500, San Francisco, California 94104. If you would like to view the list, please contact us to schedule an appointment by calling (415) 882-7765 and leaving a message for the legal department. In addition, the list will be available for inspection by stockholders on the virtual meeting website during the meeting.

By Order of the Board of Directors

*Scott Darling*

Scott Darling
Chief Legal Officer and Corporate Secretary

San Francisco, California
November 4, 2020

**Important Notice Regarding the Availability of Proxy Materials for the Stockholders' Meeting to Be Held on Thursday, December 16, 2020, at 1:30 p.m. Pacific Time via live audio webcast at www.virtualshareholdermeeting.com/SFIX2020:** The Notice of Annual Meeting, Proxy Statement, and Annual Report are available at www.proxyvote.com.

You are cordially invited to attend the meeting, which will be held virtually online. Whether or not you expect to attend the Annual Meeting of Stockholders, please vote online or, if you have requested to receive paper materials, by mail or by telephone as promptly as possible in order to ensure your representation at the Annual Meeting of Stockholders. Voting instructions are provided in the Notice of Internet Availability of Proxy Materials, or, if you have requested to receive paper materials, the instructions are printed on your proxy card and included in the accompanying Proxy Statement. Even if you have voted by proxy, you may still vote your shares if you attend the Annual Meeting of Stockholders. Please note, however, that if your shares are held of record by a broker, bank, or other nominee and you wish to vote at the meeting, you must obtain a proxy issued in your name from that record holder.

**TABLE OF CONTENTS**

| | |
|---|---|
| **Voting and Meeting Information** | 1 |
| **Proposal 1: Election of Directors** | 6 |
| Information Regarding the Board of Directors and Corporate Governance | 8 |
| Independence of the Board | 8 |
| Board Leadership Structure | 8 |
| Role of the Board in Risk Oversight | 9 |
| Meetings of the Board | 9 |
| Information Regarding Committees of the Board | 10 |
| Audit Committee | 10 |
| Report of the Audit Committee of the Board | 10 |
| Compensation Committee | 11 |
| Compensation Committee Interlocks and Insider Participation | 11 |
| Nominating and Corporate Governance Committee | 12 |
| Stockholder Communications with the Board | 12 |
| Code of Ethics | 13 |
| **Proposal 2: Advisory Vote on Executive Compensation** | 14 |
| **Proposal 3: Ratification of Selection of Independent Registered Public Accounting Firm** | 15 |
| Principal Accountant Fees and Services | 15 |
| Pre-Approval Policies and Procedures | 15 |
| **Executive Officers** | 16 |
| **Security Ownership of Certain Beneficial Owners and Management** | 17 |
| **Delinquent Section 16(a) Reports** | 19 |
| **Executive Compensation** | 20 |
| Compensation Discussion and Analysis | 20 |
| Compensation Committee Report | 32 |
| Compensation-Related Risk | 32 |
| Compensation Tables | 33 |
| Pay Ratio | 40 |
| Equity Compensation Plan Information | 40 |
| **Director Compensation** | 41 |
| **Transactions with Related Persons and Indemnification** | 43 |
| **Other Matters** | 44 |
| **Appendix A: Non-GAAP Financial Measures** | 45 |

**SECURITY OWNERSHIP OF
CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth certain information regarding the ownership of the Company's Class A and Class B common stock as of October 19, 2020, by: (i) each director and nominee for director; (ii) each of the Company's named executive officers; (iii) all executive officers and directors of the Company as a group; and (iv) all those known by the Company to be beneficial owners of more than 5% of its Class A common stock or Class B common stock. Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o Stitch Fix, Inc., 1 Montgomery Street, Suite 1500, San Francisco, California 94104.

| Name of Beneficial Owner[1] | Class A Common Stock | | Class B Common Stock | | % of Total Voting Power[2] |
|---|---|---|---|---|---|
| | Shares | % | Shares | % | |
| ***5% Stockholders:*** | | | | | |
| Entities affiliated with Baseline Ventures[3] | | | 23,420,282 | 53.4 | 46.9 |
| Entities affiliated with Benchmark Capital Partners[4] | 1,000,000 | 1.6 | 8,422,235 | 19.2 | 17.1 |
| Jackson Square Partners, LLC[5] | 7,460,800 | 12.3 | | | 1.5 |
| Baillie Gifford & Co[6] | 4,896,384 | 8.1 | | | 1.0 |
| The Vanguard Group, Inc.[7] | 4,347,335 | 7.2 | | | * |
| Morgan Stanley [8] | 3,419,308 | 5.6 | | | * |
| BlackRock Inc[9] | 3,403,760 | 5.6 | | | * |
| ***Named Executive Officers and Directors:*** | | | | | |
| Katrina Lake[10] | 213,229 | * | 11,377,275 | 25.9 | 22.8 |
| Elizabeth Spaulding [11] | 193,797 | * | | | * |
| Michael Smith[12] | 148,218 | * | 953,124 | 2.2 | 1.9 |
| Scott Darling[13] | 55,945 | * | 49,274 | * | * |
| Paul Yee[14] | 29,778 | * | | | * |
| Steven Anderson[3][15] | | | 23,445,858 | 53.5 | 47.0 |
| J. William Gurley[4][16] | 2,005,015 | 3.3 | 8,422,235 | 19.2 | 17.3 |
| Marka Hansen[17] | | | 123,125 | * | * |
| Kirsten Lynch[18] | 34,837 | * | | | * |
| Sharon McCollam[19] | | | 49,200 | * | * |
| Neal Mohan[20] | 1,186 | * | | | * |
| Mikkel Svane[21] | 24,030 | * | | | * |
| Elizabeth Williams[22] | 20,958 | * | | | * |
| All directors and executive officers as a group (13 persons)[23] | 2,726,993 | 4.5 | 44,420,091 | 99.8 | 88.2 |

* Less than one percent.

(1) This table is based upon information supplied by officers, directors, and principal stockholders, and Schedules 13D, 13F, and 13G filed with the SEC. Unless otherwise indicated in the footnotes to this table and subject to community property laws where applicable, the Company believes that each of the stockholders named in this table has sole voting and investment power with respect to the shares indicated as beneficially owned. Applicable percentages are based on 60,689,763 shares of Class A common stock and 43,851,964 shares of Class B common stock outstanding on October 19, 2020, adjusted as required by rules promulgated by the SEC.

(2) Percentage of total voting power represents voting power with respect to all shares of our Class A and Class B common stock, as a single class. The holders of our Class A common stock are entitled to one vote per share, and holders of our Class B common stock are entitled to ten votes per share.

(3) Consists of (i) 15,350,020 shares of Class B common stock held by Baseline Ventures 2009, LLC, (ii) 7,526,951 shares of Class B common stock held by Baseline Increased Exposure Fund, LLC ("BIE"), (iii) 277,911 shares of Class B common stock held by Baseline Cable Car, LLC, and (iv) 265,400 shares of Class B common stock held by Baseline Encore, L.P. Mr. Anderson, the sole managing member of Baseline Ventures 2009, LLC, Baseline Increased Exposure Fund, LLC, Baseline Cable Car, LLC, and Baseline Encore Associates, LLC, and the general partner of Baseline Encore, L.P., has the sole power to vote these shares. As a Member of BIE and through such Membership interest, Mr. Anderson indirectly owns up to 54,893 shares of the Class B common stock held by BIE. The address for the Baseline entities is 680 S. Cashe Street, Suite 100-10820, Jackson, WY 83001.

17

(4)Consists of (i) 7,285,360 shares of Class B common stock held by Benchmark Capital Partners VII, L.P. ("Benchmark VII"), (ii) 1,136,875 shares of Class B common stock held by Benchmark Capital Partners VI, L.P. ("Benchmark VI"), and (iii) 1,000,000 shares of Class A common stock held by Benchmark Capital Partners IX, L.P. ("Benchmark IX"). ("Benchmark IX"). Benchmark Capital Management Co. VII, L.L.C., the general partner of Benchmark VII, may be deemed to have sole power to vote the shares held by Benchmark VII, and Matthew R. Cohler, Bruce W. Dunlevie, Peter H. Fenton, J. William Gurley, Kevin R. Harvey, Mitchell H. Lasky, Steven M. Spurlock, and Eric H. Vishria, the managing members of Benchmark Capital Management Co. VII, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. VI, L.L.C., the general partner of Benchmark VI, may be deemed to have sole power to vote the shares held by Benchmark VI, and Alexandre Balkanski, Matthew R. Cohler, Bruce W. Dunlevie, Peter H. Fenton, J. William Gurley, Kevin R. Harvey, Robert C. Kagle, Mitchell H. Lasky, and Steven M. Spurlock, the managing members of Benchmark Capital Management Co. VI, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. IX, L.L.C., the general partner of Benchmark IX, may be deemed to have sole power to vote the shares held by Benchmark IX, and Peter H. Fenton, J. William Gurley, An-Yen Hu, Chetan Puttagunta, Steven M. Spurlock, Sarah E. Tavel and Eric H. Vishria, the managing members of Benchmark Capital Management Co. IX, L.L.C., may be deemed to have shared power to vote these shares. The address for the Benchmark entities is 2965 Woodside Road, Woodside, CA 94062.

(5)Jackson Square Partners, LLC ("Jackson Square Partners") reported on its Form 13F-HR filed on August 7, 2020, that it has sole dispositive power over 7,460,800 shares, shared voting power over 689,213 shares, and sole voting power over 5,874,166 shares. The address for Jackson Square Partners is 101 California Street, Ste 3750, San Francisco, CA 94111.

(6)Baillie Gifford & Co ("Baillie Gifford") reported on its Form 13F-HR filed on August 12, 2020, that it has shared dispositive power over 4,281,006 shares, sole dispositive power over 615,378 shares, and sole voting power over 4,797,628 shares. The address for Baillie Gifford is Calton Square, 1 Greenside Row, Edinburgh, EH1 3AN, Scotland, UK.

(7)The Vanguard Group, Inc. ("Vanguard Group") reported on Form 13F-HR filed on August 14, 2020, that it has shared dispositive power over 142,169 shares, sole dispositive power over 4,205,166 shares, and shared voting power over 114,664 shares. The address for Vanguard Group is PO Box 2600, V26, Valley Forge, PA 19482.

(8)Morgan Stanley reported on Form 13F-HR filed on August 14, 2020, that it has shared dispositive power over 3,419,308 shares and sole voting power over 3,284,487 shares. The address for Morgan Stanley is 1585 Broadway, New York, NY 10036.

(9)BlackRock Inc. ("BlackRock") reported on Form 13F-HR filed on August 14, 2020, that it has sole dispositive power over 3,403,760 shares and sole voting power over 3,320,325 shares. The address for BlackRock is 55 East 52nd Street, New York, NY 10055.

(10)Consists of (i) 10,462,237 shares of Class B common stock held by the Katrina M. Lake Revocable Trust dated May 23, 2016, of which Ms. Lake is the trustee, (ii) 384,272 shares of Class B common stock held by the Katrina M. Lake 2017 Irrevocable Trust, of which Ms. Lake is the trustee, (iii) 9,557 shares of Class A common stock and 394,842 shares of Class B common stock held by the John C. Clifford and Katrina M. Lake Revocable Trust dated May 23, 2016, of which Ms. Lake and John C. Clifford are trustees, (iv) 195,954 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, (v) 135,924 shares of Class B common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (vi) 7,718 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(11)Includes (i) 148,937 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020 and (ii) 19,913 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(12)Includes (i) 110,887 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, (ii) 314,760 shares of Class B common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (iii) 8,692 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(13)Includes 18,287 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, (ii) 49,274 shares of Class B common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (iii) 4,932 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020

(14)Mr. Yee's employment terminated in January 2020.

(15)Consists of (i) 15,350,020 shares of Class B common stock held by Baseline Ventures 2009, LLC, (ii) 7,526,951 shares of Class B common stock held by Baseline Increased Exposure Fund, LLC, (iii) 277,911 shares of Class B common stock held by Baseline Cable Car, LLC, (iv) 265,400 shares of Class B common stock held by Baseline Encore, L.P., and (v) 25,576 shares of Class B common stock held by Mr. Anderson.

18

(16)Consists of (i) 7,285,360 shares of Class B common stock held by Benchmark VII, (ii) 1,136,875 shares of Class B common stock held by Benchmark VI, (iii) 1,000,000 shares of Class A common stock held by Benchmark IX, (iv) 944,507 shares of Class A common stock held by Mr. Gurley, and (v) 60,508 shares of Class A common stock held by limited partnerships controlled by Mr. Gurley. Benchmark Capital Management Co. VII, L.L.C., the general partner of Benchmark VII, may be deemed to have sole power to vote the shares held by Benchmark VII, and Mr. Gurley, a managing member of Benchmark Capital Management Co. VII, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. VI, L.L.C., the general partner of Benchmark VI, may be deemed to have sole power to vote the shares held by Benchmark VI, and Mr. Gurley, a managing member of Benchmark Capital Management Co. VI, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. IX, L.L.C., the general partner of Benchmark IX, may be deemed to have sole power to vote the shares held by Benchmark IX, and Mr. Gurley, a managing member of Benchmark Capital Management Co. IX, L.L.C., may be deemed to have shared power to vote these shares.

(17)Consists of 123,125 shares of Class B common stock issuable under outstanding options exercisable within 60 days of October 19, 2020.

(18)Includes (i) 28,668 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (ii) 3,093 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(19)Consists of 49,200 shares of Class B common stock issuable under outstanding options exercisable within 60 days of October 19, 2020.

(20)Mr. Mohan has served on our Board since October 2020. Consists of (i) 795 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (ii) 391 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(21)Includes of (i) 17,861 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (ii) 3,093 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(22)Includes of (i) 14,093 shares of Class A common stock issuable under outstanding options exercisable within 60 days of October 19, 2020, and (ii) 3,093 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

(23)Consists of (i) 2,140,586 shares of Class A common stock held by our current directors and executive officers, (ii) 43,747,808 shares of Class B common stock held by our current directors and executive officers, (iii) 535,482 shares of Class A common stock issuable under outstanding stock options exercisable within 60 days of October 19, 2020, (iv) 672,283 shares of Class B common stock issuable under outstanding stock options exercisable within 60 days of October 19, 2020, and (v) 50,925 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 19, 2020.

## DELINQUENT SECTION 16(a) REPORTS

Section 16(a) of the Exchange Act requires the Company's directors and executive officers, and persons who own more than 10% of a registered class of the Company's equity securities, to file with the SEC initial reports of ownership and reports of changes in ownership of common stock and other equity securities of the Company. Officers, directors, and greater than 10% stockholders are required by SEC regulation to furnish the Company with copies of all Section 16(a) forms they file.

To the Company's knowledge, based solely on a review of the copies of such reports furnished to the Company and written representations that no other reports were required, during the fiscal year ended August 1, 2020, all Section 16(a) filing requirements applicable to its officers, directors, and greater than 10% beneficial owners were complied with.

**OTHER MATTERS**

The Board knows of no other matters that will be presented for consideration at the 2020 Annual Meeting. If any other matters are properly brought before the meeting, it is the intention of the persons named in the accompanying proxy to vote on such matters in accordance with their best judgment.

By Order of the Board of Directors

Scott Darling
Chief Legal Officer and Corporate Secretary


San Francisco, California
November 4, 2020

**A copy of the Company's Annual Report to the Securities and Exchange Commission on Form 10-K for the fiscal year ended August 1, 2020, is available without charge upon written request to: Corporate Secretary, Stitch Fix, Inc., 1 Montgomery Street, Suite 1500, San Francisco, California 94104.**

44