# EXHIBIT 30

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION

**Washington, D.C. 20549**

## SCHEDULE 14A INFORMATION

Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934
(Amendment No. )

Filed by the Registrant ☒  Filed by a Party other than the Registrant ☐

Check the appropriate box:

☐ Preliminary Proxy Statement
☐ Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))
☒ Definitive Proxy Statement
☐ Definitive Additional Materials
☐ Soliciting Material under § 240.14a-12

# STITCH FIX, INC.

**(Name of Registrant as Specified In Its Charter)**

(Name of Person(s) Filing Proxy Statement if Other Than the Registrant)

Payment of Filing Fee (Check the appropriate box)

☒ No fee required.

☐ Fee paid previously with preliminary materials.

**STITCH FIX, INC.**
**1 Montgomery Street, Suite 1100**
**San Francisco, California 94104**

**NOTICE OF ANNUAL MEETING OF STOCKHOLDERS**

**To Be Held on December 13, 2022**

Dear Stockholder:

You are cordially invited to attend the 2022 Annual Meeting of Stockholders of Stitch Fix, Inc., a Delaware corporation (the "Company"). The meeting will be held on Tuesday, December 13, 2022, at 10:00 a.m. local time. The meeting will be a completely virtual meeting of stockholders, which will be conducted via a live audio webcast. You will be able to attend the meeting, submit your questions, and vote online during the meeting by visiting www.virtualshareholdermeeting.com/SFIX2022.

We are holding the 2022 Annual Meeting of Stockholders for the following purposes:

1. To elect two nominees for director named in the accompanying Proxy Statement to hold office until the 2025 Annual Meeting of Stockholders.

2. To approve, on an advisory basis, the compensation of the Company's named executive officers, as disclosed in the accompanying Proxy Statement.

3. To ratify the selection by the Audit Committee of the Board of Directors of Deloitte & Touche LLP as the independent registered public accounting firm of the Company for its fiscal year ending July 29, 2023.

4. To conduct any other business properly brought before the meeting.

These items of business are more fully described in the Proxy Statement accompanying this Notice.

The record date for the 2022 Annual Meeting of Stockholders is October 18, 2022. Only stockholders of record at the close of business on that date may vote at the meeting or any adjournment thereof. A complete list of such stockholders will be available for examination by any stockholder for any purpose germane to the Annual Meeting of Stockholders beginning ten days prior to the meeting at our headquarters at 1 Montgomery Street, Suite 1100, San Francisco, California 94104. If you would like to view the list, please contact us to schedule an appointment by calling (415) 882-7765 and leaving a message for the legal department.

By Order of the Board of Directors

Scott Darling
Chief Legal Officer and Corporate Secretary

San Francisco, California
November 1, 2022

**Important Notice Regarding the Availability of Proxy Materials for the Annual Meeting of Stockholders to Be Held on Tuesday, December 13, 2022, at 10:00 a.m. Pacific Time via live audio webcast at www.virtualshareholdermeeting.com/SFIX2022:** The Notice of Annual Meeting, Proxy Statement, and Annual Report are available at www.proxyvote.com.

You are cordially invited to attend the meeting, which will be held virtually online. Whether or not you expect to attend the Annual Meeting of Stockholders, please vote online or, if you have requested to receive paper materials, by mail or by telephone as promptly as possible in order to ensure your representation at the Annual Meeting of Stockholders. Voting instructions are provided in the Notice of Internet Availability of Proxy Materials, or, if you have requested to receive paper materials, the instructions are printed on your proxy card and included in the accompanying Proxy Statement. Even if you have voted by proxy, you may still vote your shares if you attend the Annual Meeting of Stockholders. Please note, however, that if your shares are held of record by a broker, bank, or other nominee and you wish to vote at the meeting, you must obtain a proxy issued in your name from that record holder.

**TABLE OF CONTENTS**

| | |
|---|---|
| **Voting and Meeting Information** | 1 |
| **Proposal 1: Election of Directors** | 6 |
| Information Regarding the Board of Directors and Corporate Governance | 9 |
| Independence of the Board | 9 |
| Board Leadership Structure | 9 |
| Role of the Board in Risk Oversight | 10 |
| Meetings of the Board | 10 |
| Information Regarding Committees of the Board | 10 |
| Audit Committee | 11 |
| Report of the Audit Committee of the Board | 11 |
| Compensation Committee | 11 |
| Compensation Committee Interlocks and Insider Participation | 12 |
| Nominating and Corporate Governance Committee | 12 |
| Stockholder Communications with the Board | 13 |
| Code of Ethics | 13 |
| Corporate Responsibility | 13 |
| **Proposal 2: Advisory Vote on Executive Compensation** | 17 |
| **Proposal 3: Ratification of Selection of Independent Registered Public Accounting Firm** | 18 |
| Principal Accountant Fees and Services | 18 |
| Pre-Approval Policies and Procedures | 18 |
| **Executive Officers** | 19 |
| **Security Ownership of Certain Beneficial Owners and Management** | 20 |
| **Delinquent Section 16(a) Reports** | 22 |
| **Executive Compensation** | 23 |
| Compensation Discussion and Analysis | 23 |
| Compensation Committee Report | 33 |
| Compensation-Related Risk | 33 |
| Compensation Tables | 34 |
| Pay Ratio | 41 |
| Equity Compensation Plan Information | 41 |
| **Director Compensation** | 42 |
| **Transactions with Related Persons and Indemnification** | 44 |
| **Other Matters** | 45 |

**SECURITY OWNERSHIP OF**
**CERTAIN BENEFICIAL OWNERS AND MANAGEMENT**

The following table sets forth certain information regarding the ownership of the Company's Class A and Class B common stock as of October 18, 2022, by: (i) each director and nominee for director; (ii) each of the Company's named executive officers; (iii) all executive officers and directors of the Company as a group; and (iv) all those known by the Company to be beneficial owners of more than 5% of its Class A common stock or Class B common stock. Unless otherwise indicated, the address for each beneficial owner listed in the table below is c/o Stitch Fix, Inc., 1 Montgomery Street, Suite 1100, San Francisco, California 94104.

| Name of Beneficial Owner[1] | Class A Common Stock | | Class B Common Stock | | % of Total Voting Power[2] |
|---|---|---|---|---|---|
| | Shares | % | Shares | % | |
| **5% Stockholders:** | | | | | |
| Entities affiliated with Baseline Ventures[3] | - | - | 6,563,089 | 25.83 | 19.33 |
| Entities affiliated with Benchmark Capital Partners[4] | 1,000,000 | 1.17 | 3,587,821 | 14.12 | 10.86 |
| Entities affiliated with Working Capital[5] | 11,088,374 | 12.98 | - | - | 3.27 |
| The Vanguard Group, Inc.[6] | 7,481,297 | 8.76 | - | - | 2.20 |
| Jackson Square Partners, LLC[7] | 6,987,799 | 8.18 | - | - | 2.06 |
| BlackRock, Inc.[8] | 6,347,416 | 7.43 | - | - | 1.87 |
| Slate Path Capital LP[9] | 4,282,056 | 5.01 | - | - | 1.26 |
| **Named Executive Officers and Directors:** | | | | | |
| Katrina Lake[10] | 252,805 | * | 10,008,523 | 38.73 | 29.16 |
| Elizabeth Spaulding[11] | 785,992 | * | - | - | * |
| Dan Jedda[12] | 375,940 | * | - | - | * |
| Scott Darling[13] | 240,261 | * | - | - | * |
| Sachin Dhawan[14] | 393,586 | * | - | - | * |
| Michael Smith[15] | 172,845 | * | 514,177 | 2.01 | 1.56 |
| Steven Anderson[16] | - | - | 11,875,544 | 46.74 | 34.98 |
| J. William Gurley[17] | 3,219,133 | 3.77 | 3,587,821 | 14.12 | 11.52 |
| Sharon McCollam[18] | 17,527 | * | 49,200 | * | * |
| Neal Mohan[19] | 18,713 | * | - | - | * |
| Mikkel Svane[20] | 41,557 | * | - | - | * |
| Elizabeth Williams[21] | 38,485 | * | - | - | * |
| **All directors and executive officers as a group (12 persons)[22]** | **5,556,844** | **6.37** | **26,035,265** | **99.97** | **76.49** |

\* Less than one percent.

(1) This table is based upon information supplied by officers, directors, and principal stockholders, as well as and Schedules 13D and 13G filed with the SEC. Unless otherwise indicated in the footnotes to this table and subject to community property laws where applicable, the Company believes that each of the stockholders named in this table has sole voting and investment power with respect to the shares indicated as beneficially owned. Applicable percentages are based on 85,403,036 shares of Class A common stock and 25,405,020 shares of Class B common stock outstanding on October 18, 2022, adjusted as required by rules promulgated by the SEC.

(2) Percentage of total voting power represents voting power with respect to all shares of our Class A and Class B common stock, as a single class. The holders of our Class A common stock are entitled to one vote per share, and holders of our Class B common stock are entitled to ten votes per share.

(3) Consists of (i) 4,039,490 shares of Class B common stock held by Baseline Ventures 2009, LLC, (ii) 1,980,288 shares of Class B common stock held by Baseline Increased Exposure Fund, LLC ("BIE"), (iii) 277,911 shares of Class B common stock held by Baseline Cable Car, LLC, and (iv) 265,400 shares of Class B common stock held by Baseline Encore, L.P. Mr. Anderson, the sole managing member of Baseline Ventures 2009, LLC, BIE, Baseline Cable Car, LLC, and Baseline Encore Associates, LLC, and the general partner of Baseline Encore, L.P., has the sole power to vote these shares. As a Member of BIE and through such membership interest, Mr. Anderson indirectly owns up to 54,893 shares of the Class B common stock held by BIE. The address for the Baseline entities is 680 S. Cache Street, Suite 100-10820, Jackson, WY 83002.

(4) Consists of (i) 2,734,414 shares of Class B common stock held by Benchmark Capital Partners VII, L.P. ("Benchmark VII"), (ii) 853,407 shares of Class B common stock held by Benchmark Capital Partners VI, L.P. ("Benchmark VI"), and (iii) 1,000,000 shares of Class A common stock held by Benchmark Capital Partners IX, L.P. ("Benchmark IX"). Benchmark Capital

20

Management Co. VII, L.L.C., the general partner of Benchmark VII, may be deemed to have sole power to vote the shares held by Benchmark VII, and Matthew R. Cohler, Bruce W. Dunlevie, Peter H. Fenton, J. William Gurley, Kevin R. Harvey, Mitchell H. Lasky, and Eric Vishria, the managing members of Benchmark Capital Management Co. VII, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. VI, L.L.C., the general partner of Benchmark VI, may be deemed to have sole power to vote the shares held by Benchmark VI, and Alexandre Balkanski, Matthew R. Cohler, Bruce W. Dunlevie, Peter H. Fenton, J. William Gurley, Kevin R. Harvey, Robert C. Kagle, and Mitchell H. Lasky, the managing members of Benchmark Capital Management Co. VI, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. IX, L.L.C., the general partner of Benchmark IX, may be deemed to have sole power to vote the shares held by Benchmark IX, and Peter H. Fenton, Miles Grimshaw, J. William Gurley, An-Yen Hu, Chetan Puttagunta, Sarah E. Tavel and Eric Vishria, the managing members of Benchmark Capital Management Co. IX, L.L.C., may be deemed to have shared power to vote these shares. The address for the Benchmark entities is 2965 Woodside Road, Woodside, CA 94062.

(5) Consists of 11,088,374 shares according to the Schedule 13G/A filed on February 9, 2022, which reported that that High Street Partners, Ltd. ("High Street") had shared voting and shared dispositive power over 4,815,626 shares, Working Capital Partners, Ltd. ("Working Capital Fund" and together with High Street, the "Private Funds") had shared voting and shared dispositive power over 6,272,748 shares, Working Capital Advisors (UK) Ltd. (the "Investment Manager") had shared voting and shared dispositive power over 11,088,374 shares, Working Capital Management Pte. Ltd. (the "Parent Company") had shared voting and shared dispositive power over 11,088,374 shares, and Kenneth Chan (collectively, with the Private Funds, the Investment Manager, and the Parent Company, the "Working Capital entities") had shared voting and shared dispositive power over 11,088,374 shares. Kenneth Chan is the sole owner of the Parent Company. The Parent Company is the sole owner of the Investment Manager. The Investment Manager serves as the investment manager to the Private Funds. The address for the Working Capital entities is Queripel House, Unit 2,1 Duke of York Square, London SW3 4LY, United Kingdom.

(6) Consists of 7,481,297 shares held by The Vanguard Group, Inc. ("Vanguard Group") according to its Schedule 13G/A filed on February 9, 2022, which reported that it had shared dispositive power over 220,984 shares, sole dispositive power over 7,260,313 shares, shared voting power over 151,785 shares, and sole voting power over 0 shares. The address for Vanguard Group is 100 Vanguard Blvd., Malvern, PA 19355.

(7) Consists of 6,987,799 shares held by Jackson Square Partners, LLC ("Jackson Square") according to its Schedule 13G filed on February 11, 2022, which reported that it had shared dispositive power over 0 shares, sole dispositive power over 6,987,799 shares, shared voting power over 0 shares, and sole voting power over 5,549,785 shares. The address for Jackson Square is One Letterman Drive, Building A, Suite A3-200, San Francisco, CA 94129.

(8) Consists of 6,347,416 shares held by BlackRock, Inc. ("BlackRock") according to its Schedule 13G/A filed on February 7, 2022, which reported that it had shared dispositive power over 0 shares, sole dispositive power over 6,347,416 shares, shared voting power over 0 shares, and sole voting power over 6,138,008 shares. The address for BlackRock is 55 East 52nd Street, New York, NY 10055.

(9) Consists of 4,282,056 shares held by Slate Path Capital LP ("Slate Path") according to its Schedule 13G filed on February 11, 2022, which reported that it had shared dispositive power over 0 shares, sole dispositive power over 4,282,056 shares, shared voting power over 0 shares, and sole voting power over 4,282,056 shares.

(10) Consists of (i) 9,378,897 shares of Class B common stock held by the Katrina M. Lake Revocable Trust dated May 23, 2016, of which Ms. Lake is the trustee, (ii) 9,557 shares of Class A common stock and 191,648 shares of Class B common stock held by the John C. Clifford and Katrina M. Lake Revocable Trust dated May 23, 2016, of which Ms. Lake and John C. Clifford are trustees, (iii) 243,248 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022, and (iv) 437,978 shares of Class B common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022.

(11) Consists of (i) 142,136 shares of Class A common stock held by the Jeffrey T Spaulding and Elizabeth H Spaulding Living Trust, of which Ms. Spaulding is a trustee, (ii) 571,250 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022, and (iii) 72,606 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(12) Includes (i) 142,531 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022 and (ii) 68,137 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(13) Includes 156,476 shares of Class A common stock issuable under outstanding options vested and exercisable as of November 30, 2022.

(14) Includes (i) 280,679 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022 and (ii) 38,261 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(15) Includes (i) 121,473 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022, (ii) 150,813 shares of Class B common stock issuable under outstanding options vested and exercisable within

21

60 days of October 18, 2022, and (iii) 4,016 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(16) Consists of (i) 4,039,490 shares of Class B common stock held by Baseline Ventures 2009, LLC, (ii) 1,980,288 shares of Class B common stock held by BIE, (iii) 277,911 shares of Class B common stock held by Baseline Cable Car, LLC, (iv) 265,400 shares of Class B common stock held by Baseline Encore, L.P., and (v) 5,312,455 shares of Class B common stock held by Mr. Anderson. Mr. Anderson, the sole managing member of Baseline Ventures 2009, LLC, BIE, Baseline Cable Car, LLC, and Baseline Encore Associates, LLC, and the general partner of Baseline Encore, L.P., has the sole power to vote these shares.

(17) Consists of (i) 2,734,414 shares of Class B common stock held by Benchmark VII, (ii) 853,407 shares of Class B common stock held by Benchmark VI, (iii) 1,000,000 shares of Class A common stock held by Benchmark IX, (iv) 2,149,762 shares of Class A common stock held by Mr. Gurley, and (v) 69,371 shares of Class A common stock held by limited partnerships controlled by Mr. Gurley. Benchmark Capital Management Co. VII, L.L.C., the general partner of Benchmark VII, may be deemed to have sole power to vote the shares held by Benchmark VII, and Mr. Gurley, a managing member of Benchmark Capital Management Co. VII, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. VI, L.L.C., the general partner of Benchmark VI, may be deemed to have sole power to vote the shares held by Benchmark VI, and Mr. Gurley, a managing member of Benchmark Capital Management Co. VI, L.L.C., may be deemed to have shared power to vote these shares. Benchmark Capital Management Co. IX, L.L.C., the general partner of Benchmark IX, may be deemed to have sole power to vote the shares held by Benchmark IX, and Mr. Gurley, a managing member of Benchmark Capital Management Co. IX, L.L.C., may be deemed to have shared power to vote these shares.

(18) Includes (i) 11,707 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022, (ii) 49,200 shares of Class B common stock issuable under outstanding options exercisable within 60 days of October 18, 2022, and (iii) 4,016 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(19) Includes (i) 12,502 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022 and (ii) 4,016 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(20) Includes (i) 29,568 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022 and (ii) 4,016 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(21) Includes (i) 25,800 shares of Class A common stock issuable under outstanding options vested and exercisable within 60 days of October 18, 2022 and (ii) 4,016 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022.

(22) Consists of (i) 3,762,526 shares of Class A common stock held by our current directors and executive officers, (ii) 1,595,234 shares of Class A common stock issuable under outstanding stock options vested and exercisable within 60 days of October 18, 2022, (iii) 199,084 shares of Class A common stock issuable upon the vesting of RSUs within 60 days of October 18, 2022, (iv) 25,397,274 shares of Class B common stock held by our current directors and executive officers, and (v) 637,991 shares of Class B common stock issuable under outstanding stock options vested and exercisable within 60 days of October 18, 2022.

## DELINQUENT SECTION 16(a) REPORTS

Section 16(a) of the Exchange Act requires the Company's directors, officers, and beneficial owners of more than 10% of a registered class of the Company's equity securities, to file with the SEC initial reports of ownership and reports of changes in ownership of common stock and other equity securities of the Company. Officers, directors, and greater than 10% stockholders are required by SEC regulation to furnish the Company with copies of all Section 16(a) forms they file.

To the Company's knowledge, based solely on a review of the copies of such reports furnished to the Company and written representations that no other reports were required, we believe that all such SEC filing requirements were met in a timely manner during the fiscal year ended July 30, 2022, other than with respect to one Form 4 for each of Ms. Spaulding, Mr. Jedda, Mr. Darling and Ms. Barkema.

**EXECUTIVE COMPENSATION**

**Compensation Discussion and Analysis**

**Introduction**

This Compensation Discussion and Analysis describes the compensation program for our chief executive officer ("CEO"), our chief financial officer ("CFO"), and our other most highly compensated executive officers for our fiscal year ended July 30, 2022 (our "named executive officers"). During fiscal year 2022, our named executive officers were:

- Elizabeth Spaulding, our CEO;

- Dan Jedda, our CFO;

- Scott Darling, our Chief Legal Officer and Corporate Secretary; and

- Sachin Dhawan, our Chief Technology Officer ("CTO")

As all of our executive officers are named executive officers, and we use those terms interchangeably below. This Compensation Discussion and Analysis describes the material elements of our executive compensation program during fiscal year 2022. It also provides an overview of our executive compensation philosophy and objectives. Finally, it analyzes how and why the Compensation Committee (the "Compensation Committee") of our Board of Directors arrived at the specific compensation decisions for our named executive officers for fiscal year 2022, including the key factors that it considered in determining their compensation.

**Executive Summary**

*Who We Are*

Stitch Fix was inspired by the vision of a client-first, client-centric new way of retail. What people buy and wear matters. When we serve our clients well, we help them discover and define their styles, we find jeans that fit and flatter their bodies, we reduce their anxiety and stress when getting ready in the morning, we give them confidence in job interviews and on first dates, and we give them time back in their lives to invest in themselves or spend with their families. Most of all, we are fortunate to play a small part in our clients looking, feeling, and ultimately being their best selves.

The very human experience that we deliver is powered by data science. Our data science capabilities consist of our rich data set and our proprietary algorithms, which fuel our business by enhancing the client experience and driving business model efficiencies. The vast majority of our client data is provided directly and explicitly by the client, rather than inferred, scraped, or obtained from other sources. We also gather extensive merchandise data, such as inseam, pocket shape, silhouette, and fit. This large and growing data set provides the foundation for proprietary algorithms that we use throughout our business, including those that predict purchase behavior, forecast demand, optimize inventory, and enable us to design new apparel. We believe our data science capabilities give us a significant competitive advantage, and as our data set grows, our algorithms become more powerful.

*Executive Compensation Policies and Practices*

We endeavor to maintain sound governance standards consistent with our executive compensation policies and practices. The Compensation Committee evaluates our executive compensation program on a regular basis to ensure that it is consistent with our short- and long-term goals given the dynamic nature of our business and the market in which we compete for executive talent. The following summarizes our executive compensation and related policies and practices:

23

**OTHER MATTERS**

The Board knows of no other matters that will be presented for consideration at the 2022 Annual Meeting. If any other matters are properly brought before the meeting, it is the intention of the persons named in the accompanying proxy to vote on such matters in accordance with their best judgment.

By Order of the Board of Directors

Scott Darling
Chief Legal Officer and Corporate Secretary

San Francisco, California
November 1, 2022

**A copy of the Company's Annual Report to the Securities and Exchange Commission on Form 10-K for the fiscal year ended July 30, 2022, is available without charge upon written request to: Corporate Secretary, Stitch Fix, Inc., 1 Montgomery Street, Suite 1100, San Francisco, California 94104.**

45