UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RETAIL WHOLESALE DEPARTMENT
STORE UNION LOCAL 338 RETIREMENT
FUND, et al.,

            Plaintiffs,

    v.

STITCH FIX, INC., et al.,

           Defendants.

Case No. 5:22-cv-04893-PCP

[PROPOSED] ORDER GRANTING JOINT
STIPULATION TO FURTHER EXTEND TIME
FOR DEFENDANTS TO ANSWER
PLAINTIFFS' SECOND AMENDED CLASS
ACTION COMPLAINT

Dept:      Courtroom 8, 4th Floor
Judge:     Hon. P. Casey Pitts
Trial Date: Not Yet Set
Date Action Filed: August 26, 2022

The Court, having reviewed Plaintiffs Retail Wholesale Department Store Union Local 338 Retirement Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, Retail Wholesale Department Store Union Local 338 General Fund, and Retail Wholesale Department Store Union Local 338 Benefits Trust Fund's and Defendants Stitch Fix, Inc., Katrina Lake, and Elizabeth Spaulding's Joint Stipulation to Further Extend Time for Defendants to Answer Plaintiffs' Second Amended Class Action Complaint (the "Stipulation"), for good cause shown, **GRANTS** the Stipulation. Defendants shall file their answer to the Second Amended Class Action Complaint by October 2, 2025.

**IT IS SO ORDERED.**

Dated: ___September 23___, 2025

_____
The Honorable P. Casey Pitts
United States District Judge

[PROPOSED] ORDER GRANTING
SECOND JOINT STIP. TO EXTEND DEFS.' TIME
TO ANSWER; 5:22-CV-04893-PCP