UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELONIE SCHULTZ,<br><br>        Plaintiff,<br><br>   v.<br><br>STITCH FIX, INC., et al.,<br><br>        Defendants. | Case No. 25-cv-06152-JD<br><br>**SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable P. Casey Pitts to determine whether it is related to *Retail Wholesale Department Store Union Local 338 Retirement Fund et al. v. Stitch Fix, Inc. et al.*, Case No. 5:22-cv-04893-PCP. Civil L.R. 3-12(c).

The case management conference set for October 23, 2025, is vacated pending further order.

**IT IS SO ORDERED.**

Dated: October 15, 2025

JAMES DONATO
United States District Judge