# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al., | CASE No C  5:22-cv-04893-PCP |
| Plaintiff(s) | |
| v. | STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS |
| STITCH FIX, INC., et al., | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)

☑ **Private ADR** (*specify process and provider*)

   Private Mediation; Michelle Yoshida of Phillips ADR as Mediator

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*

☑ other requested deadline:  November 13, 2025

Date: 10/14/2025

/s/ Rebecca Boon
Attorney for Plaintiff

Date: 10/14/2025

/s/ Patrick Gibbs
Attorney for Defendant

---

☒ IT IS SO ORDERED.
☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE:  October 15, 2025

U.S. DISTRICT/MAGISTRATE JUDGE

---

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-15-2019*