COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC, KATRINA LAKE, and
ELIZABETH SPAULDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>STITCH FIX, INC., et al.,<br><br>        Defendants. | Case No. 5:22-cv-04893-PCP<br><br>**RESPONSE IN SUPPORT OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Judge:      Hon. P. Casey Pitts<br>Trial Date: Not Yet Set<br>Date Action Filed: August 26, 2022 |

COOLEY LLP

Pursuant to Civil Local Rules 3-12(c), 3-12(e), and 7-11, Defendants Stitch Fix, Inc. ("Stitch Fix" or the "Company"), Katrina Lake, and Elizabeth Spaulding (the "Individual Defendants," collectively and together with the Company, "Defendants"), hereby file this Response in Support of Referral for Purpose of Determining Relationship.

Defendants respectfully request the Court find the later-filed stockholder derivative action in this District captioned *Damon Wells, et al., v. Katrina Lake, et al.*, Case No. 4:25-cv-09732-JST (N.D. Cal. Nov. 12, 2025) (J. Tigar) (the "*Wells* Action") related to both the instant action and *Melonie Schultz v. Katrina Lake, et al.*, Case No. 5:25-cv-06152-PCP (N.D. Cal.) (the "*Schultz* Action"), and reassigned to the Honorable P. Casey Pitts.

## I.      LEGAL STANDARD

Under Civil Local Rule 3-12(a), an "action is related to another when: (1) [t]he actions concern substantially the same parties, property, transaction, or event; and (2) [i]t appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."  Pursuant to Civil Local Rules 3-12(c) and 3-12(e), any response in support of relating cases should be filed in the lowest-numbered case.

## II.     FACTUAL AND PROCEDURAL BACKGROUND

Plaintiffs filed this class action lawsuit on August 26, 2022 alleging violations of the federal securities laws against defendant Stitch Fix, Katrina Lake, and Elizabeth Spaulding, among others (the "Securities Class Action").  (*See* ECF No. 1.)  After the Securities Class Action was filed, the *Schultz* Action, a related stockholder derivative case, was filed against certain current and former officers and directors of Stitch Fix (including all the Individual Defendants named herein), for alleged breaches of fiduciary duties and other alleged wrongdoing. (*See* Compl., *Schultz v. Lake,* Case No. 5:25-cv-06152-PCP (N.D. Cal. July 22, 2025) (ECF No. 1) ("*Schultz* Complaint").)  On October 20, 2025, the Honorable P. Casey Pitts found the *Schultz* Action related to the Securities Class Action and ordered the *Schultz* Action be reassigned to him.  (Related Case Order, ECF No. 122.)

On November 12, 2025, a separate related stockholder derivative case – the *Wells* Action – was filed against the same defendants as the *Schultz* Action for alleged breaches of fiduciary duties

Cooley LLP

RESPONSE IN SUPPORT OF REFERRAL FOR
PURPOSE OF DETERMINING RELATIONSHIP
5:22-CV-04893-PCP

and other alleged wrongdoing, based in part on the same statements and factual allegations from the Securities Class Action and *Schultz* Action.  (*See* Compl., *Wells v. Lake*, Case No. 4:25-cv-09732-JST (N.D. Cal.) (ECF No. 1) ("*Wells* Complaint").)  On January 5, 2026, the Honorable Jon S. Tigar referred the *Wells* Action to this Court for consideration of whether the *Wells* Action is related to the Securities Class Action and the *Schultz* Action.  (ECF No. 123.)

### III.     THE SECURITIES CLASS ACTION, THE *SCHULTZ* ACTION, AND THE *WELLS* ACTION ARE RELATED

The allegations at issue in the Securities Class Action, the *Schultz* Action, and the *Wells* Action concern substantially the same parties and events.  Plaintiffs in each action purport to be Stitch Fix stockholders, and the actions involve overlapping defendants (or nominal defendant), including Stitch Fix, Katrina Lake, and Elizabeth Spaulding.  (Second Amended Class Action Complaint (ECF No. 88 ("SAC")) ¶¶ 19-22; *Schultz* Complaint ¶¶ 27-29; *Wells* Complaint ¶¶ 16-20.)  The allegations in all three actions relate, at least in part, to the same events, i.e., the Company's "Direct Buy" or "Freestyle" business and certain of Defendants' public statements made between June 2020 to June 2022 that are alleged to be false or misleading.  (*See* SAC ¶¶ 1-5; *Schultz* Complaint ¶¶ 2-5, 128-141; *Wells* Complaint ¶¶ 1-3, 56-61.)  Indeed, the *Wells* Complaint acknowledges that its allegations are based, in part, on the "court dockets, filings, and orders in pending or related litigation involving Stitch Fix." (*Wells* Complaint at 1.)

Given that similar parties and events are involved in the Securities Class Action, the *Wells* Action, and the *Schultz* Action, it is likely that there will be an unduly burdensome duplication of labor and expense, and potentially inconsistent results, if the cases were to be conducted before different judges.  Accordingly, relating the *Wells* Action to the Securities Class Action and *Schultz* Action will serve the interests of judicial economy and avoid the potential for conflicting results, consistent with Civil Local Rule 3-12(a).  Indeed, securities class actions and derivative suits arising from substantially the same events are routinely deemed related and assigned to a single judge. (*See e.g.*, Related Case Order, *Sneed v. AcelRx Pharms., Inc., et al.,* Case No. 5:21-cv-04353 (N.D. Cal. Dec. 3, 2021) (ECF No. 43).)

Consistent with Local Rule 7-11(a), Plaintiffs in the Securities Clas Action, *Wells* Action,

COOLEY LLP

RESPONSE IN SUPPORT OF REFERRAL FOR
PURPOSE OF DETERMINING RELATIONSHIP
5:22-CV-04893-PCP

and *Schultz* Action, and Defendants in each of the actions, have stipulated and agreed that the *Wells* Action should be deemed related to the Securities Class Action and *Schultz* Action, and that the *Wells* Action should be reassigned to this Court.

## IV.    CONCLUSION

Accordingly, consistent with the concurrently filed Joint Stipulation and [Proposed] Order to Relate Cases, Defendants respectfully request that the Court find the *Wells* Action related to the Securities Class Action and the *Schultz* Action, and that the *Wells* Action be reassigned to the Honorable P. Casey Pitts for all purposes.

Dated: January 9, 2026                                    COOLEY LLP

                                                          By: /s/  Brett H. De Jarnette
                                                              Brett H. De Jarnette

                                                          Attorneys for Defendants
                                                          STITCH FIX, INC., KATRINA LAKE,
                                                          and ELIZABETH SPAULDING

COOLEY LLP

RESPONSE IN SUPPORT OF REFERRAL FOR
PURPOSE OF DETERMINING RELATIONSHIP
5:22-CV-04893-PCP