COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:      (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE,
ELIZABETH SPAULDING, J. WILLIAM
GURLEY, SHARON MCCOLLAM,
ELIZABETH WILLIAMS, STEVEN P.
ANDERSON, NEAL MOHAN, MIKKEL
SVANE, MICHAEL SMITH, KIRSTEN
LYNCH, and MARKA HANSEN
[*Additional counsel on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al.,<br><br>            Plaintiffs,<br><br>      v.<br><br>STITCH FIX, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04893-PCP<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RELATE CASES** |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED] ORDER
TO RELATE CASES
5:22-CV-04893-PCP

| | |
|---|---|
| MELONIE SCHULTZ, derivatively on behalf of STITCH FIX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>KATRINA LAKE, J. WILLIAM GURLEY, MIKKEL SVANE, SHARON MCCOLLAM, ELIZABETH WILLIAMS, STEVEN ANDERSON, NEAL MOHAN, ELIZABETH SPAULDING, MARKA HANSEN, MIKE SMITH, AND KIRSTEN LYNCH,<br><br>    Defendants,<br>  And<br><br>STITCH FIX, INC.,<br><br>Nominal Defendant. | Case No. 5:25-cv-06152-PCP |
| DAMON WELLS and JENNIFER KONIKOWSKI, derivatively on behalf of STITCH FIX, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>KATRINA LAKE, ELIZABETH SPAULDING, J. WILLIAM GURLEY, SHARON MCCOLLAM, ELIZABETH WILLIAMS, STEVEN P. ANDERSON, NEAL MOHAN, MIKKEL SVANE, MICHAEL SMITH, KIRSTEN LYNCH, and MARKA HANSEN,<br><br>    Defendants,<br>  And<br><br>STITCH FIX, INC.,<br><br>Nominal Defendant. | Case No. 4:25-cv-09732-JST |

Pursuant to Civil Local Rules 3-12 and 7-11, the parties in *Retail Wholesale Department Store Union Local 338 Retirement Fund, et al., v. Stitch Fix, Inc., et al.*, Case No. 5:22-cv-04893-PCP) (the "Securities Class Action"), *Melonie Schultz v. Katrina Lake, et al.*, Case No. 5:25-cv-06152-PCP (the "*Schultz* Action"), and *Damon Wells, et al., v. Katrina Lake, et al.*, Case No. 4:25-cv-09732-JST (the "*Wells* Action") (collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on August 26, 2022, the Securities Class Action captioned *Retail Wholesale Department Store Union Local 338 Retirement Fund, et al., v. Stitch Fix, Inc., et al.*, Case No. 5:22-cv-04893-PCP), was filed against Stitch Fix, Inc. ("Stitch Fix"), Katrina Lake, and Elizabeth Spaulding, among others;

WHEREAS, on July 22, 2025, plaintiff Melonie Schultz filed a verified stockholder derivative complaint captioned *Melonie Schultz v. Katrina Lake, et al.*, Case No. 5:25-cv-06152-PCP, asserting claims derivatively on behalf of Stitch Fix against Katrina Lake, William Gurley, Mikkel Svane, Sharon McCollam, Elizabeth Williams, Steven Anderson, Neal Mohan, Elizabeth Spaulding, Marka Hansen, Michael Smith, and Kirsten Lynch;

WHEREAS, on October 20, 2025, the Court in the Securities Class Action found that the *Schultz* Action related to the Securities Class Action and reassigned the *Schultz* Action to the Honorable P. Casey Pitts;

WHEREAS, on November 12, 2025, the plaintiffs Damon Wells and Jennifer Konikowski filed a verified stockholder derivative complaint captioned *Damon Wells, et al., v. Katrina Lake, et al.*, Case No. 4:25-cv-09732-JST, asserting claims derivatively on behalf of Stitch Fix against the same defendants as in the *Schultz* Action;

WHEREAS, the Securities Class Action and *Schultz* Action are assigned to the Honorable P. Casey Pitts, and the *Wells* Action is currently assigned to the Honorable Jon S. Tigar;

WHEREAS, on January 5, 2026, the Honorable Jon S. Tigar referred the *Wells* Action to the Honorable P. Casey Pitts for consideration of whether the *Wells* Action is related to the Securities Class Action and *Schultz* Action;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1

STIPULATION AND [PROPOSED] ORDER
TO RELATE CASES
5:22-CV-04893-PCP

WHEREAS, the Parties agree that the *Wells* Action should be related to the Securities Class Action and *Schultz* Action pursuant to Local Rule 3-12 and transferred to the Honorable P. Casey Pitts because the Securities Class Action, *Schultz* Action, and *Wells* Action concern substantially the same parties, events, and factual allegations, such that there will likely be unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different judges of this Court;

**IT IS HEREBY STIPULATED AND AGREED,** by the Parties, through their undersigned counsel, as follows:

1.  The *Wells* Action shall be deemed related to the Securities Class Action and the *Schultz* Action; and

2.  The *Wells* Action shall be reassigned to the Honorable P. Casey Pitts.

Dated: January 9, 2026

COOLEY LLP

By:    */s/ Brett H. De Jarnette*
        Brett H. De Jarnette

Attorneys for Defendants
*Stitch Fix, Inc., Katrina Lake, Elizabeth Spaulding, J. William Gurley, Mikkel Svane, Sharon McCollam, Elizabeth Williams, Steven Anderson, Neal Mohan, Marka Hansen, Mike Smith, and Kirsten Lynch*

ORRICK, HERRINGTON & SUTCLIFFE LLP
James N. Kramer
405 Howard Street
San Francisco, California 94105
(415) 773-5700

Attorneys for Defendant *Sharon McCollam*

Dated: January 9, 2026

SCHUBERT JONCKHEER & KOLBE LLP
By:    */s/ Dustin L. Schubert*
        Dustin L. Schubert

Dustin L. Schubert (254876)
(dschubert@sjk.law)
Robert C. Schubert (62684)
(rschubert@sjk.law)
Willem F. Jonckheer (178748)
(wjonckheer@sjk.law)

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED] ORDER
TO RELATE CASES
5:22-CV-04893-PCP

2001 Union. St., Suite 200
San Francisco, California 94123
Telephone: (415) 788-4220
Facsimile: (415) 788-0161

Attorneys for Wells Plaintiffs
*Damon Wells and Jennifer Konikowski*

Dated: January 9, 2026                    THE DIULIO FIRM PC

By: */s/ Kristopher P. Diulio*
　　　Kristopher P. Diulio

Kristopher P. Diulio (229399)
KDiulio@FordDiulio.com
3200 Park Center Drive, Suite 210
Costa Mesa, California 92626
Telephone: (714) 450-6830

SQUITIERI & FEARON, LLP
Lee Squitieri (*pro hac vice* forthcoming)
lee@sfclasslaw.com
205 Hudson, 7th Floor
New York, New York 10007
Telephone: (212) 421-6492

MOORE LAW, PLLC
Fletcher Moore (*pro hac vice* forthcoming)
fletcher@fmoorelaw.com
30 Wall Street, 8th Floor
New York, New York 10005
Telephone: (212) 709-8244

Attorneys for Schultz Plaintiff
*Melonie Schultz*

Dated: January 9, 2026                    BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP

By: */s/ Rebecca E. Boon*
　　　Rebecca E. Boon

REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
ALEC T. COQUIN (*pro hac vice*)
(alec.coquin@blbglaw.com)
JASON NAGEL (*pro hac vice*)
(Jason.Nagel@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED] ORDER
TO RELATE CASES
5:22-CV-04893-PCP

Fax: (212) 554-1444

JONATHAN D. USLANER (256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

Attorneys for Lead Plaintiffs
*Retail Wholesale Department Store Union
Local 338 Retirement Fund, Retail Wholesale
Department Store Union Local 338 Health &
Welfare Fund, Retail Wholesale Department
Store Union Local 338 General Fund, and
Retail Wholesale Department Store Union
Local 338 Benefits Trust Fund*

**ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 9, 2026                              */s/ Brett H. De Jarnette*
                                                      Brett H. De Jarnette

\*      \*      \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED,**

DATED: _____

                                The Honorable P. Casey Pitts
                                United States District Judge

4

STIPULATION AND [PROPOSED] ORDER
TO RELATE CASES
5:22-CV-04893-PCP