COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
ZIWEI XIAO (314861)
(zxiao@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:     (650) 843-5000
Facsimile:     (650) 849-7400

Attorneys for Defendants
Stitch Fix, Inc., Katrina Lake, and
Elizabeth Spaulding

BERNSTEIN LITOWITZ BERGER &
GROSSMANN LLP
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
SCOTT FOGLIETTA (*pro hac vice*)
(scott.foglietta@blbglaw.com)
ALEC T. COQUIN (*pro hac vice*)
(alec.coquin@blbglaw.com)
JASON NAGEL (*pro hac vice*)
(Jason.Nagel@blbglaw.com)

1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

-and-

JONATHAN D. USLANER (256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575
Los Angeles, CA 90067
Tel: (310) 819-3470

Counsel for Lead Plaintiffs Retail Wholesale
Department Store Union Local 338 Retirement
Fund, Retail Wholesale Department Store Union
Local 338 Health & Welfare Fund, Retail
Wholesale Department Store Union Local 338
General Fund, and Retail Wholesale Department
Store Union Local 338 Benefits Trust Fund

[Additional counsel appear on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>STITCH FIX, INC., et al.,<br><br>Defendants. | Case No. 5:22-cv-04893-PCP<br><br>**STIPULATION AND [Proposed] ORDER VACATING CASE DEADLINES**<br><br>Dept:      Courtroom 8, 4th Floor<br>Judge:     Hon. P. Casey Pitts<br>Trial Date: Not Yet Set<br>Date Action Filed: August 26, 2022 |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiffs Retail Wholesale Department Store Union Local 338 Retirement Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, Retail Wholesale Department Store Union Local 338 General Fund, and Retail Wholesale Department Store Union Local 338 Benefits Trust Fund (collectively, "Lead Plaintiffs") and Defendants Stitch Fix, Inc., Katrina Lake, and Elizabeth Spaulding (collectively, "Defendants," and with Lead Plaintiffs, the "Parties"), hereby file this joint stipulation and propose vacating all case deadlines:

WHEREAS, on August 26, 2022, Lead Plaintiffs filed the Complaint for Violations of the Federal Securities Laws alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (ECF No. 1);

WHEREAS, on May 22, 2023, the Court issued an Order Granting the Local 338 Funds' Motion for Appointment as Lead Plaintiff and Approval of Its Selection of Lead Counsel (ECF No. 42);

WHEREAS, on September 13, 2024, Lead Plaintiffs filed the Second Amended Class Action Complaint for Violations of the Federal Securities Laws (the "SAC") (ECF No. 88);

WHEREAS, on November 8, 2024, Defendants filed a motion to dismiss the SAC ("Motion to Dismiss") (ECF No. 91);

WHEREAS, on July 9, 2025, the Court issued an Order granting in part and denying in part Defendants' Motion to Dismiss (ECF No. 101);

WHEREAS, on September 24, 2025, the Parties filed a Joint Case Management Conference Statement (ECF No. 110);

WHEREAS, following a Case Management Conference hearing on October 9, 2025, the Court entered a Case Management Order (ECF No. 119);

WHEREAS, the Case Management Order provides in relevant part that the Parties complete ADR by November 13, 2025, and that Lead Plaintiffs file a motion for class certification by February 13, 2026 (ECF No. 119);

WHEREAS, on November 13, 2025, the Parties participated in a private mediation and reached an agreement in principle to settle the action;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

-1-

STIP. AND [PROPOSED] ORDER
VACATING CASE DEADLINES
5:22-CV-04893-PCP

WHEREAS, the Lead Plaintiffs have filed contemporaneously herewith a motion seeking preliminary approval of the settlement that provides for the creation of a Settlement Class and proposes the entry of all other settlement related deadlines, subject to Court approval;

WHEREAS, in light of the settlement, the Parties agree and respectfully request that the Court vacate all current case deadlines pending the Court's consideration of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement;

WHEREAS, under Civil Local Rule 6-1(b), a Court order is required for any enlargement or shortening of time that alters an event or deadline fixed by Court order or that involves papers required to be filed or lodged with the Court;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE as follows, through their undersigned counsel:

All current deadlines and any associated deadlines under the Federal Rules of Civil Procedure and Local Rules are vacated pending the Court's consideration of Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

**IT IS SO STIPULATED.**

STIP. AND [PROPOSED] ORDER
VACATING CASE DEADLINES
5:22-CV-04893-PCP

Dated:    February 10, 2026

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

By: */s/Rebecca E. Boon*
        Rebecca E. Boon

Counsel for Lead Plaintiffs Retail Wholesale Department Store Union Local 338 Retirement Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, Retail Wholesale Department Store Union Local 338 General Fund, and Retail Wholesale Department Store Union Local 338 Benefits Trust Fund

FRIEDMAN & ANSPACH
Eugene S. Friedman
(efriedman@friedmananspach.com)
Anusha Rasalingam
(arasalingam@friedmananspach.com)
1500 Broadway, Suite 2300
New York, New York 10036
Tel: (212) 354-4500
Fax: (212) 719-9072

Additional Counsel for Lead Plaintiffs

Dated:    February 10, 2026

COOLEY LLP

By: */s/ Brett De Jarnette*
        Brett De Jarnette

Attorneys for Defendants Stitch Fix, Inc., Katrina Lake, and Elizabeth Spaulding

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

-3-

STIP. AND [PROPOSED] ORDER
VACATING CASE DEADLINES
5:22-CV-04893-PCP

**CIVIL L.R. 5-1(h)(3) ATTESTATION**

Pursuant to Civil Local Rule 5-1(h)(3), I, Rebecca E. Boon, hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from all signatories.

Dated: February 10, 2026

By: */s/ Rebecca E. Boon*
Rebecca E. Boon

**IT IS SO ORDERED.**

Dated: February 12 , 2026

_____
The Honorable P. Casey Pitts

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

-4-

STIP. AND [PROPOSED] ORDER
VACATING CASE DEADLINES
5:22-CV-04893-PCP