COOLEY LLP
PATRICK E. GIBBS (183174)
(pgibbs@cooley.com)
BRETT H. DE JARNETTE (292919)
(bdejarnette@cooley.com)
JANELLE M. FERNANDES (322217)
(jfernandes@cooley.com)
3175 Hanover Street
Palo Alto, CA  94304-1130
Telephone:    (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
STITCH FIX, INC., KATRINA LAKE, and
ELIZABETH SPAULDING

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> STITCH FIX, INC., et al., <br><br> Defendants. | Case No. 5:22-cv-04893-PCP <br><br> **DEFENDANTS' STATEMENT OF NON-OPPOSITION TO LEAD PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** <br><br> Courtroom: Courtroom 8 - 4th Floor <br> Judge:    Hon. P. Casey Pitts <br> Date:     April 2, 2026 <br> Time:     1:00 p.m. |

On February 10, 2026, Lead Plaintiffs Retail Wholesale Department Store Union Local 338 Retirement Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, Retail Wholesale Department Store Union Local 338 General Fund, and Retail Wholesale Department Store Union Local 338 Benefits Trust Fund ("Lead Plaintiffs") filed the Unopposed Motion for Preliminary Approval of Settlement (the "Motion") (ECF No. 126).  Defendants Stitch Fix, Inc., Katrina Lake, and Elizabeth Spaulding respectfully submit this written statement of non-opposition to the Motion.

Dated: February 24, 2026                    COOLEY LLP


                                            By: */s/ Brett H. De Jarnette*
                                                Brett H. De Jarnette

                                            *Counsel for Defendants* Stitch Fix, Inc.,
                                            Katrina Lake, and Elizabeth Spaulding