**BERNSTEIN LITOWITZ BERGER
 & GROSSMANN LLP**
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
SCOTT FOGLIETTA (*pro hac vice*)
(scott.foglietta@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

*Counsel for Lead Plaintiffs and
Lead Counsel for the Settlement Class*

[Additional counsel appear on signature page.]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| RETAIL WHOLESALE DEPARTMENT STORE UNION LOCAL 338 RETIREMENT FUND, et al., | Case No. 5:22-cv-04893-PCP |
| | CLASS ACTION |
| Plaintiffs, | **REPLY IN FURTHER SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| v. | |
| STITCH FIX, INC., et al., | Courtroom: Courtroom 8 - 4th Floor |
| Defendants. | Judge:  Hon. P. Casey Pitts |
| | Date:    April 16, 2026 |
| | Time:   10:00 a.m. |

On February 10, 2026, Lead Plaintiffs Retail Wholesale Department Store Union Local 338 Retirement Fund, Retail Wholesale Department Store Union Local 338 Health & Welfare Fund, Retail Wholesale Department Store Union Local 338 General Fund, and Retail Wholesale Department Store Union Local 338 Benefits Trust Fund ("Lead Plaintiffs") filed a motion for preliminary approval of the Parties' proposed Settlement in this Action (ECF No. 126) (the "Motion"). Any opposition to the Motion was due by February 24, 2026. *See* Local Civil Rule 7-3(a). No opposition to the Motion was filed. In addition, on February 24, 2026, Defendants filed a Statement of Non-Opposition to the Motion. ECF No. 129.

Accordingly, the Motion is fully briefed. Lead Plaintiffs respectfully submit that—if the Court wishes—the Motion may be decided without a hearing, which would allow the process of sending notice of the proposed Settlement to potential Settlement Class Members to begin.

For the reasons set forth in the Motion, Lead Plaintiffs respectfully request that the Court preliminarily approve the proposed Settlement; approve the form and manner of giving notice of the proposed Settlement to the Settlement Class; and schedule a final settlement hearing before the Court for 110 calendar days after entry of the Preliminary Approval Order, or as soon thereafter as the Court may schedule.

Dated: March 2, 2026

BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP

*/s/ Rebecca E. Boon*
REBECCA E. BOON (*pro hac vice*)
(rebecca.boon@blbglaw.com)
SCOTT FOGLIETTA (*pro hac vice*)
(scott.foglietta@blbglaw.com)
ALEC T. COQUIN (*pro hac vice*)
(alec.coquin@blbglaw.com)
JASON P. NAGEL (*pro hac vice*)
(Jason.Nagel@blbglaw.com)
1251 Avenue of the Americas
New York, NY 10020
Tel: (212) 554-1400
Fax: (212) 554-1444

JONATHAN D. USLANER (Bar No. 256898)
jonathanu@blbglaw.com
2121 Avenue of the Stars, Suite 2575

Los Angeles, CA 90067
Tel: (310) 819-3481

***Counsel for Lead Plaintiffs and
Lead Counsel for the Settlement Class***


**FRIEDMAN & ANSPACH**
Eugene S. Friedman
(efriedman@friedmananspach.com)
Anusha Rasalingam
(arasalingam@friedmananspach.com)
1500 Broadway, Suite 2300
New York, New York 10036
Tel: (212) 354-4500
Fax: (212) 719-9072

***Additional Counsel for Lead Plaintiffs***